# EXHIBIT 1



September 18, 2020



**Professional Improvement Plan**

As documented in the Clinical Psychology Ph.D. Handbook, when the program has a concern with a student, a Professional Improvement Plan (PIP) may be created to better help the student be successful in the program for the upcoming semester.

Based on your performance on the First Year Research Project (FYRP) and your Spring Semester Research Evaluation, you are being placed on warning status within the program. The nature of these concerns are summarized below; however, you are also encouraged to thoroughly review the feedback provided to you following the FYRP and in the evaluation from your mentor. Given the nature of your performance on the FYRP benchmark and the continued difficulties in your work with your mentor, the program would like to note that the concerns expressed in this PIP are significant and in need of immediate and continued efforts to improve your research performance. Failure to do so may result in you being placed on probation or being dismissed from the program.

## FYRP

During the Spring 2020 semester, you did not receive passing grades on your FYRP. As a result, the program is requiring that you repeat this benchmark again using the same material/project used in the first attempt at this benchmark. The program will arrange for a separate committee to evaluate this second attempt at this benchmark. This committee will consist of three core faculty members from the department. The DCT and your research mentor will also be in attendance for the presentation but will not formally evaluate your performance on that date.

Because the FYRP benchmark is a precursor to the Master's Thesis, you will not be permitted to formally propose your thesis until this benchmark is successfully achieved. The program understands that, by nature, this will change the deadline requirements for you. We would expect that you continue to work on your Master's Thesis as you prepare for the FYRP such that you are able to propose your MA Thesis no later than the end of the second week of the Spring Semester.

You are required to complete this FYRP benchmark by the end of the Fall 2020 semester, at the latest. However, you are strongly encouraged to attempt this benchmark prior to this date given its relation to the Master's Thesis benchmark. Failure to achieve this benchmark by the appropriate deadlines might result in further disciplinary action by the program, including potential dismissal.

## Research

As noted in your Spring 2020 research evaluation provided to you by Dr. Greeson, significant concerns have been brought to the program's attention about your research progress in the program. Some of these concerns were also raised with you during a meeting held in the DCT office with you, Dr. Greeson, and the DCT. These concerns are detailed in depth in that evaluation and you have had the opportunity to discuss these concerns with the DCT and Dr. Greeson. Because of the depth of feedback provided to you in that document, it will not be repeated here; however, it is significant to note that Dr. Greeson's evaluations were consistently "below" or "significantly below" expectations. In his evaluation of you, Dr. Greeson provided great depth and detail regarding his own evaluation of your progress and recommendations for your growth and improvement. It is imperative that you attend to, and remediate these concerns during the Fall 2020 semester and beyond. You are also encouraged to continue to discuss those concerns with Dr. Greeson, the DCT, and any other relevant parties in order to make sure you are clear about the expectations for you in the program. It should be noted that failure to improve markedly in these areas of research productivity may result in you formally being placed on a probationary status at any time. Additionally, continued evaluations in which you are deemed to be making below or significantly below progress/expectations will result in you being placed on probation. Additionally, dismissal from the program may also result from a lack of satisfactory progress.

## Feedback to the Program Director

The program would like to remind you that our ultimate goal is your success in the program and we are willing to work with you to help you find additional supports or gather additional information needed to make you successful. We would also remind you that you have the right to appeal program decisions as noted in the student handbook.

## Summary

Within 14 days (including weekends)/10 business days of receiving the PIP, the Director of the Program will schedule at least one mandatory meeting with you and your mentor to discuss this letter.

Please acknowledge receipt of this letter within the aforementioned time frame as well.

Your progress with this PIP will be reviewed and documented periodically, or as deemed necessary during the Fall 2020 semester with you and the appropriate parties.

The Program encourages you to engage in continued discussion with your mentor, the DCT, and other relevant parties to secure any additional support needed for you to improve your performance in the program.

The program is aware that receiving a PIP and being placed on warning status may be an unsettling event to the recipient. The program believes, however, that proactive and preventive steps (early, often and/or soon) in remedying concerns with students will help them to be successful within our program.

As an addendum to this original email, and based on our feedback meeting on 10/9/2020, you are also being asked to submit a detailed response to Dr. Greeson's Spring 2020 Research

evaluation that was issued to you. This response should be sent to the DCT and Dr. Greeson by 10/23/2020.

The signatures below are in recognition that you received this letter on 9/28/2020, that, in collaboration, we agreed to a meeting on 10/9/2020 to review its contents, and that you have had the opportunity to review the details of the PIP plan with the DCT and your research mentor. As noted in our meeting on 10/9/2020, you are welcome to continue communications with the DCT and your research mentor about the PIP and your progress within the program.

_Mary Lou Kerwin, PhD, BCBA-D_

_____

Mary Louise Kerwin, Ph.D.

Date: 10/15/2020

_Jim A. Haugh, PhD_

Jim A. Haugh, Ph.D.

Date: 10/12/2020

Date: 10/14/2020

_Jeff. G.._

_____

Jeffrey Greeson, Ph.D.

Date:

10/15/2020

**Department of Psychology**

College of Science & Mathematics
Robinson Hall
201 Mullica Hill Road                    856-256-4870
Glassboro, New Jersey 08028-1701         856-256-4892 fax

# EXHIBIT 2



<u>**October 26, 2020**</u>

**(2019-2020)**
**Summary of**
**Remediated First Year Research Project**

█████████

The program would like to take this opportunity to provide you with the quantitative results of your first year research project. On <u>**October 16, 2020**</u>, you received a ***failed (70 ) score*** of <u>**69.67**</u> on the remediated first-year research project benchmark.  The program DCT would like to schedule a feedback session to discuss and review the range of quantitative and qualitative scores received on this benchmark. Your mentor is also invited to the feedback session.

The programs concerns continue to reflect issues with your awareness, knowledge, and skill within this benchmark.  We as the program, are not confident that you will continue to succeed in the Ph.D. in Clinical Psychology program at Rowan during this time.  Please feel free to contact me at  856-256-4500, ext 53781 or haugh@rowan.edu for additional comments and questions before our meeting.
Sincerely,

Jim A. Haugh
Associate Professor
Director of Clinical Training

**Department of Psychology**

College of Science & Mathematics
Robinson Hall
201 Mullica Hill Road                              856-256-4870
Glassboro, New Jersey 08028-1701                                        856-256-
4892 fax

**Rowan University**

**Quantitative Feedback**

| CATEGORY | Average Score |
|---|---|
| 1. Introduction Average | 7 |
| 2. Methods | 7 |
| 3. Research Questions and Hypotheses | 8 |
| 4. Theoretical Framework/Model and or Review of Operational Definitions and Variables | 7 |
| 5. Overall Summary and or Future Directions/Next Steps and or Anticipated Results/Preliminary and or Anticipated Conclusion | 5 |
| 6. Presenters Slide Content | 8 |
| 7. Diversity and or Health Psychology/Integrated Primary Care and or Quality of Life | 6 |
| 8. Reply Oral & Peer, Faculty and Audience Interaction/Ability to Respond | 5 |
| 9. Organization of presentation | 8 |
| 10. Professionalism | 8 |
| Average | 7 |
| Overall % | 70 |
| # of Evaluators | 3 |
| Pass or Fail | **Fail** |

**Department of Psychology**

College of Science & Mathematics
Robinson Hall
201 Mullica Hill Road                                    856-256-4870
Glassboro, New Jersey 08028-1701                                    856-256-
4892 fax

# EXHIBIT 3



Professional Improvement Plan (PIP)
and Notice of Probationary Status

**Date of Meeting: 11/13/2020**

**Name of Trainee:** ▇▇▇▇▇▇▇

**Primary Mentor: Jeff Greeson, Ph.D.**

**Names of All Persons Present at the Meeting:** ▇▇▇▇▇▇▇ Dr. Jeff Greeson, Dr. Jim A. Haugh

This letter is a follow up to the PIP issued to you on 9/18/2020. At that time, you were officially placed on warning status in the program and a PIP was issued to you and agreed upon by all parties. According to that PIP, you were required to present your FYRP again to a group of faculty members. You presented your second FYRP on 10/09/2020; however, the faculty evaluated your performance and provided an overall rating which was below the required score to successfully pass this benchmark. The failure to pass this benchmark successfully upon a second attempt is reason enough for dismissal from the program. However, the program has decided to place you instead on probationary status. This was verbally communicated to you in a meeting held on 11/6/2020. Present at that meeting was yourself, Dr. Greeson, and Dr. Haugh. At that meeting, you were given the opportunity to discuss having not successfully passed the FYRP benchmark for a second time and factors that you believe might have contributed to this outcome. At that meeting, you were also given the opportunity to discuss your reactions to Dr. Greeson's Spring Semester Research Evaluation of your research competencies and your progress toward meeting those competencies. As noted on your PIP from 9/18/2020, a written response to your spring research evaluation was due to both Dr. Greeson and Dr. Haugh by 10/23/2020. However, they were not received from Dr. Haugh until 11/04/2020.

In keeping with the APA's Competencies for Health Service Psychology (paraphrased below), the following competencies have been identified as in need of remediation. Deficiencies in these competencies and others have been noted in your FYRP and in the evaluation of your research competencies as provided by Dr. Greeson.

1. Scientific Knowledge and Methods.
   a. Be knowledgeable about psychological research methods and techniques of data collection and analysis
   b. Be knowledgeable about the biological, cognitive, affective, social, and life span developmental bases of behavior; be able to critically evaluate relevant literature and apply that knowledge
2. Research/Evaluation
   a. Critically evaluate relevant health and behavior research related to populations to be served. Conduct research that contributes to the scientific and professional

**Department of Psychology**

College of Science & Mathematics
Robinson Hall
201 Mullica Hill Road                    856-256-4870
Glassboro, New Jersey 08028-1701          856-256-4892 fax

knowledge base or evaluates the effectiveness of various professional activities in health care and health promotion. Use research skills for program development and evaluation as well as for quality improvement related to health care services. Be familiar with health research methods

3. Reflective Practice/Self-Assessment/Self-Care
   a. Engage in reflective practice conducted with personal and professional self-awareness, including attention to one's health behaviors and well-being and their potential impact on practice. Conduct self-assessments designed to continuously improve competency.

4. Interpersonal Skills and Communication
   a. Relate effectively and professionally with patients, colleagues, and communities.
   b. Relate effectively with professionals from other disciplines and demonstrate competence in interprofessional collaborative practice.
   c. Communicate clearly and appropriately in written and oral form with patients, colleagues, other health professionals, and the public.

It is important to note that you have taken some efforts to rectify the problems noted by Dr. Greeson during his semester evaluations of your research progress. To date, these efforts have included a) attempting to improve communication with Dr. Greeson and your mentor-mentee relationship, b) carrying out specific tasks asked by you in relationship to research team goals (e.g., preparing weekly lab meeting agendas, taking minutes on weekly lab meetings, re-reading core Mindfulness Lab articles, and reading the APA Publication Manual), c) consulting with research-team members to improve relational and skill deficits.

It is also important to note that considerable time has been invested by Dr. Greeson and Dr. Haugh in working with you to a) understand noted deficits and b) rectify such deficits. Furthermore, it should be noted that the goal of this, and any PIP issued by the program, is intended to help you succeed in the doctoral program and matriculate in the program.

## Competency Remediation Plan

You have now failed to meet passing standards on your FYRP after two attempts. As noted in your first PIP plan, you were "required to complete this FYRP benchmark by the end of the Fall 2020 semester, at the latest." In light of the significant pressures facing students during this time of their training, the program is allowing you to repeat the FYRP one additional time. However, the criterion for passing this benchmark will be receiving satisfactory performance marks by ALL faculty members evaluating the FYRP in ALL sections of the rubric provided to you by the program. The program is requiring that you repeat this benchmark again using the same material/project used in the first two attempts at this benchmark. The program will arrange for a committee to evaluate this third attempt at this benchmark. This committee will consist of three core faculty members from the department. These faculty may or may not be the same faculty members who evaluated your first or second attempt at achieving this benchmark. The DCT and

**Department of Psychology**

College of Science & Mathematics
Robinson Hall
201 Mullica Hill Road                    856-256-4870
Glassboro, New Jersey 08028-1701          856-256-4892 fax

your research mentor will also be in attendance for the presentation but will not formally evaluate your performance on that date. Given the time constraints noted below regarding your MA Thesis proposal, successful completion of your FYRP must be completed no later than the first day of the Spring semester. You are formally required to submit weekly progress updates to your research mentor and the DCT by the Friday of each week by 5pm eastern time. Such weekly updates should detail the work that you have been doing to prepare for the FYRP benchmark presentation. These updates should indicate direct efforts you have made to prepare for the FYRP benchmark. Failure to meet ANY of these weekly deadlines and/or failure to successfully pass the FYRP benchmark will be reason for dismissal from the program.

Because the FYRP benchmark is a precursor to the Master's Thesis, you will not be permitted to formally propose your thesis until this benchmark is successfully achieved. The program understands that, by nature, this will change the deadline requirements for you. We would expect that you continue to work on your Master's Thesis as you prepare for the FYRP such that you are able to propose your MA Thesis no later than the end of the second week of the Spring 2021 Semester.

In addition to the FYRP, and as noted in your previous PIP, you are required to improve the ratings by Dr. Greeson on your research evaluation that is conducted each semester (except summer) by the program. Your most recent evaluation resulted in 0/9 areas receiving marks at or above the "meets expectations" mark. It is expected that you would be able to raise these marks to a "meets expectations" in at least 6 of the 9 areas on your research evaluations by the end of the Fall 2020 semester, with none of the remaining falling below a "below expectations" designation. The specific concerns are detailed in depth in the Spring 2020 evaluation, and you have had the opportunity to discuss these concerns with the DCT and Dr. Greeson previously. Because of the depth of feedback provided to you in that document, it will not be repeated here; however, it is significant to note that Dr. Greeson's evaluations were consistently "below" or "significantly below" expectations. In his evaluation of you, Dr. Greeson provided great depth and detail regarding his own evaluation of your progress and recommendations for your growth and improvement. It is imperative that you attend to and remediate these concerns during the Fall 2020 semester and beyond. You are also encouraged to continue to discuss those concerns with Dr. Greeson, the DCT, and any other relevant parties in order to make sure you are clear about the expectations for you in the program. Given that the current evaluations of your performance in the program has resulted in you being placed on probationary status, it should be noted that continued evaluations in which you are deemed to be making below or significantly below progress/expectations will be reason for dismissal from the program. In addition to the weekly reports noted above, you are also asked to submit weekly progress updates to your research mentor and the DCT by the Friday of each week by 5pm eastern time. These weekly reports should specifically detail efforts made in each specific domain in which your research progress is assessed and should include (with specific examples) WHAT deficient core competencies were addressed, HOW they were remediated, and the OUTCOME of those remediation efforts, as indicated by new learning or insights that demonstrate tangible progress toward improving in all 9 areas on the research evaluation.

**Department of Psychology**

College of Science & Mathematics
Robinson Hall
201 Mullica Hill Road                          856-256-4870
Glassboro, New Jersey 08028-1701               856-256-4892 fax

It is important to note that the requirement of weekly updates and taking concrete action toward such goals is only one aspect of demonstrating adequate progress toward achieving competency as noted in this PIP. In fact, meeting this objective should not be considered as having meet the minimum requirements of maintaining satisfactory progress in the program. As an example, we discussed in depth at previous meetings the difference between a student noting that they have read an article and being able to demonstrate, in discussion or writing, their understanding of that article and its place in the greater context of the research literature.   Indicating that you read an article would be considered and objective measure of completing a task, but it may not represent an adequate understanding of the content of that article and how it fits into the lager literature. Similarly, merely fixing slides on the FYRP would be considered completing a task, but may not reflect an adequate understanding of the scientific reasoning, research methods, statistics, and contribution of your project makes to the larger field. The failure to regularly achieve this latter goal of training is a key competency that needs to be demonstrated at a level commensurate with your current level of training.

**Feedback to the Program Director**

The program would like to remind you that our ultimate goal is your success in the program and we are willing to work with you to help you find additional supports or gather additional information needed to make you successful as is appropriate. We would also remind you that you have the right to appeal program decisions as noted in the student handbook.

**Summary**

Within 14 days (including weekends)/10 business days of receiving the PIP, the Director of the Program will schedule at least one mandatory meeting with you and your mentor to discuss this letter and initial progress toward the PIP. At this time or before then, the student will also have the right to provide a written response to the letter that will be placed in their file as an official part of their record.

Please acknowledge receipt of this letter within the aforementioned time frame as well via email within one business day of this meeting.

Your progress with this PIP will be reviewed and documented periodically, or as deemed necessary during the Fall 2020 semester, with you and the appropriate parties.

The Program encourages you to engage in continued discussion with your mentor, the DCT, and other relevant parties to secure any additional support needed for you to improve your performance in the program. You are also encouraged to think about your goals for engaging in clinical training in a program where research training and competency are highly valued. In doing so, you should seriously consider the efforts needed to successfully matriculate through such a program.

The program is aware that receiving a PIP and being placed on probation may be an unsettling event to the recipient. The program believes, however, that proactive and preventive steps (early,

**Department of Psychology**

College of Science & Mathematics
Robinson Hall
201 Mullica Hill Road                        856-256-4870
Glassboro, New Jersey 08028-1701             856-256-4892 fax

often and/or soon) in remedying concerns with students will help them to be successful within our program.

_Mary Lou Kerwin, PhD, BCBA-D_
_____
Mary Louise Kerwin, Ph.D.

_Jim A. Haugh, PhD_
_____
Jim A. Haugh, Ph.D.

Date: 11/13/2020

Date: 11/13/2020

Date: 11/13/2020

_Jeff M. Greeson_
_____
Jeff Greeson, Ph.D.

Date: 11/13/2020

–

**Department of Psychology**

College of Science & Mathematics
Robinson Hall
201 Mullica Hill Road
Glassboro, New Jersey 08028-1701

856-256-4870
856-256-4892 fax

# EXHIBIT 4



# Professional Improvement Plan and Probationary Status Notice

**Date of Letter:** 6/16/2021

**Name of Trainee:** ▮▮▮▮▮▮▮▮

**Primary Mentor:** Jeffery Greeson, Ph.D.

**Names of All Persons Included in this Notice:** ▮▮▮▮▮▮▮, Dr. Jeffery Greeson, Dr. Jim A. Haugh

**cc: Dr. Sue Bausch, Vice Dean of CSM**

This letter is a follow up to the Probationary Status Notice and PIP issued to you on 11/30/2020. At that time, you were officially placed on a probationary status in the program and a PIP was issued to you and agreed upon by all parties. According to this PIP plan, you were required to present your FYRP for a third time to a group of faculty members. This third attempt was granted based on the hardships presented by the pandemic and stress associated with graduate training during a pandemic year. Upon your third attempt, you received a passing score by receiving the minimum passing score of 93% (rounded from a 92.9% score).

In addition to this part of your PIP, you were also asked to submit weekly progress updates to your research mentor and the DCT by the Friday of each week by 5pm eastern time. In these weekly updates, you were asked to detail the work that you have been doing to prepare for the FYRP benchmark presentation and to remediate any deficiencies noted in your semester research evaluation. You did complete each of these weekly updates on time, and you have been continuing to do so. In addition, Dr. Greeson, although not required, did provide some additional feedback on the evaluations he received from you.

Following your passing FYRP score, you were then permitted to hold your Master's Thesis Defense meeting which is a required benchmark for program continuation. The evaluation of the three committee members indicated that you did not pass this benchmark according to program policies as outlined in the student handbook that is accessible to you via the student google drive. In addition to difficulties achieving other research benchmarks, the failure to achieve this program benchmark in and of itself is reason enough to seek dismissal from the program according to program policies and procedures as outlined in the student handbook. However, you have been granted one attempt to remediate problems with your MA Thesis Defense. The understanding is that this second attempt will take place on 6/18/21. The purpose of this letter is to inform you that failure to pass this benchmark on a second attempt will result in the program moving toward dismissal from the program. If you are able to pass your second proposal meeting attempt, a second meeting will be called to discuss your progress as noted on your research evaluations and to update that aspect of your probationary status and PIP.

## Feedback to the Program Director

The program would like to remind you that our ultimate goal is your success in the program and we are willing to work with you to help you find additional supports or gather additional information needed to help you be successful. We would also remind you that you have the right to appeal program decisions as noted in the student handbook that is accessible to you via the student google drive.

## Summary

Given the short time frame, please acknowledge receipt of this letter within 24 hours of its receipt.

Your progress with this PIP will be reviewed and documented periodically, or as deemed necessary during the Summer 2021 semester with you and the appropriate parties.

The program encourages you to engage in continued discussion with your mentor, the DCT, and other relevant parties to secure any additional support needed for you to improve your performance in the program. You are also encouraged to think about your goals for engaging in clinical training and the efforts needed to successfully matriculate through the program.

**Department of Psychology**

College of Science & Mathematics
Robinson Hall
201 Mullica Hill Road                    856-256-4870
Glassboro, New Jersey 08028-1701         856-256-4892 fax



The program is aware that receiving a PIP and being placed on probation may be an unsettling event to the recipient. The program believes, however, that proactive and preventive steps (early, often and/or soon) in remedying concerns with students will help them to be successful within our program.

_____                _____        _____

▉▉▉▉                           Jeffrey Greeson, Ph.D.        Jim A. Haugh, Ph.D.

Date:_____             Date:__6/17/21_____        Date:__6/16/21_____

Mary Louise Kerwin, Ph.D.

Date: __6/16/2021_____

**Department of Psychology**

College of Science & Mathematics
Robinson Hall
201 Mullica Hill Road                        856-256-4870
Glassboro, New Jersey 08028-1701             856-256-4892 fax

# EXHIBIT 5



**Ph.D. Qualifying Exam Results**

October 25, 2021

Dear ███,

On August 31st and September 2nd 2021, you completed the Ph.D. Qualifying Exam. Please find your qualitative scores below.

| Content Area Score | |
|---|---|
| 1. Assessment | **PASS** |
| 2. Intervention I & II | **NON-PASS/FAIL** |
| 3. Ethics | **PASS** |
| 4. IPC/Health | **NON-PASS/FAIL** |
| 5. Psychopathology | **NON-PASS/FAIL** |
| 6. Methods/Stats | **PASS** |
| 7. Super/Consult | **NON-PASS/FAIL** |

**SUMMARY:** Unfortunately, the results of your QE indicate that you failed 4 of the 7 sections on the exam. According to program policy, this indicates that you have failed the exam and will need to retake the exam at the next available date.

**PASS:** Pass means you received an 83% or higher from all reviewers.

**NON-PASS/FAIL:** Non-pass/fail means that your score was lower than 83% from two reviewers.

If you received a non-pass/fail score, the DCT will be in contact with you in 7-10 business days at the latest to discuss the next steps and how this decision impacts your standing in the program. Please review your program handbook in the meantime.

Please acknowledge receipt of this letter within 24-48 hours of receipt of the letter.

If you would like more information about any scores on this exam, please contact the DCT for an appointment. Your mentor(s) can be present for any meeting regarding your exam scores.

Sincerely,



Dr. Jim A. Haugh
Director of Clinical Training

**Department of Psychology**
College of Science & Mathematics, Robinson Hall, 201 Mullica Hill Road Glassboro, New Jersey
08028-1701 856-256-4870 │ 856-256-4892 fax

# EXHIBIT 6

# Accredited on Contingency

# Ph.D. Program in

# Clinical Psychology



# 2021-2022

# Program Handbook

**The most current version of this document can be found on the Google Team Drive!**

*Please ensure that you are using the most recent handbook and appendix of evaluations by checking the footer at the bottom of each page.*

Rowan University

College of Science and Mathematics

| | |
|---|---|
| **Opening Pages** | **7** |
| **Introduction to the Handbook** | **7** |
| **Legacy Instructions For Prior Handbooks And Policies** | **7** |
| **Relationship Between The Handbook And Other University Policies** | **7** |
| **The Impact of the COVID-19 Pandemic** | **7** |
| **Welcome from the Director of Clinical Training** | **8** |
| **Introduction to the University, College of Science and Mathematics, and Rowan Global** | **9** |
| **Rowan University: A Brief Overview Of Our Rich History** | **9** |
| **The Future of Rowan University is Now** | **9** |
| **The College Of Science And Mathematics** | **11** |
| **Global Learning and Partnerships of Rowan University ("Rowan Global")** | **12** |
| **The School of Graduate Studies** | **12** |
| **Introduction to the PhD Program in Clinical Psychology** | **13** |
| **Our History & Location** | **13** |
| **Our Vision** | **13** |
| **Our Mission** | **14** |
| **The Mentorship Model** | **14** |
| **The Faculty** | **15** |
| **Core Faculty** | **15** |
| **Program Overview** | **17** |
| **Program Benchmarks and Training Program in Brief** | **17** |
| **Length of the Program & Relation to Previous MA Degree(s)** | **17** |
| **Aims, Objectives, and Competencies of the Training Program** | **18** |
| **APA Commission On Accreditation Standards  and Relationship to Program Curriculum** | **19** |
| **The Clinical Psychology Curriculum & Requirements** | **20** |
| **Elective Coursework** | **22** |
| **Elevator Speech Benchmark** | **23** |
| **Clinical Experience, Training & Benchmarks** | **24** |
| **Practicum Experience and Training** | **24** |
| **Overview** | **24** |
| **Finding, Interviewing, and Selecting a Practicum Site** | **24** |
| **Practicum Contract and Start Dates** | **24** |
| **Liability Insurance** | **25** |
| **Tracking Practicum Hours** | **25** |
| **Assessment Training and Experience** | **25** |
| **Practica, Year 2** | **26** |
| **Practica, Year 3 and Beyond** | **26** |
| **Relationship between the Program and practicum sites** | **26** |

**Students' Completion of Clinical Experience and Evaluation Requirements**                  26

**Maintenance and Transmission of Clinical Records During Practicum**                  27

**Supervision**                  27

**Case Conceptualization Benchmark**                  29

**Overview of the Conceptualization Benchmark**                  29

**Content, Format, and Presentation Guidelines**                  29

**Evaluation Standards and Guidelines**                  30

**Suggested Timeline**                  30

**Internship**                  31

**Helpful Sites for Internship Information**                  32

**Maintenance and Transmission of Clinical Records During Internship**                  32

**Drug Testing and Background Checks for Internship**                  32

**Research Experience, Training & Benchmarks**                  35

**Overview**                  35

**Preparing For Research**                  35

**Ethics and Ethics Training**                  35

**CITI Training**                  35

**The Institutional Review Board at RU**                  36

**Additional Ethics Training Related to Grant Submissions**                  36

**HIPAA Compliance**                  36

**Ethics and IRB Requirements Outside of RU's Main Campus**                  36

**Collaboration with the School of Graduate Studies and Rowan Global**                  37

**Research Presentations And Publications**                  37

**Publications**                  37

**Presentations At Professional Conferences**                  37

**Expectations for Research Presentations & Publications**                  37

**First Year Research Project (FYRP)**                  39

**Overview of the First Year Research Project**                  39

**Evaluation of the First Year Research Project**                  40

**Content, Format, and Presentation Guidelines**                  40

**Timeline for Completing the FYRP**                  42

**June 30: final date for  FYRP deliverable to be completed and submitted to the DCT.**                  43

**Master's Thesis Project**                  43

**Overview of the Master's Thesis**                  43

**The Master's Thesis Committee**                  43

**Assembly of the Master's Thesis Committee:**                  43

**Roles and Responsibilities of the Master's Thesis Committee:**                  44

**The Master's Thesis Proposal and Proposal Meeting**                  44

**The Master's Thesis Document and Defense Meeting**                  45

**Approval and Scheduling of Master's Thesis Proposal and Defense Meetings**                  45

**Content, Format, and Presentation Guidelines**                  46

Evaluation of the Thesis Proposal and Defense                                        46
The Master's Thesis Paperwork                                                        47
Timeline for Completing the Master's Thesis                                          47
Doctoral Dissertation Project                                                        48
Overview of the Doctoral Dissertation                                               48
The Doctoral Dissertation Committee                                                 48
Assembly of the Doctoral Dissertation Committee:                                    48
Roles and Responsibilities of the Doctoral Dissertation Committee                   49
The Doctoral Dissertation Proposal and Proposal Meeting                             49
The Doctoral Dissertation Document and Defense Meeting                              50
Approval and Scheduling of Dissertation Proposal and Defense Meetings               51
Content, Format, and Presentation Guidelines                                        51
Evaluation of the Dissertation Proposal and Defense                                 51
The Doctoral Dissertation Paperwork                                                 52
Timeline for Completing the Doctoral Dissertation                                   52

Qualifying Examination                                                              54
Overview of the Qualifying Exam                                                     54
Content, Format, and Test Guidelines                                                54
Evaluation Standards & Guidelines                                                   55
Appeal of Comprehensive Examination Grade                                           55
Timeline for Qualifying Exams                                                       56
Scheduling of Exam                                                                  56
Rescheduling the Qualifying Exam                                                    56
Sample Qualifying Exam Question                                                     56

Diversity Resources, Experience, Training, & Benchmarks                             57
Overview                                                                            57
Additional Support and Resources                                                    57
Disability Services                                                                 58

Student Behavior and Professionalism                                                59
Ethical Conduct and Professional Behavior                                           59
Prohabition of Sexual Harassment And Discrimination                                 59
Personal And Emotional Competency                                                   59
Student Professionalism                                                             60
Professional Etiquette Reminders                                                    60
Time Management                                                                     61
Representation of Yourself While in Training                                        62
Including Your Research Mentor and Research Affiliation                             63
What am I Called in the Classroom                                                   63
Preferred Name Policy at Rowan University                                           63

Additional Policies And Procedures                                                  64

**Working Outside of the Program**                                                           64
    **Overview**                                                         64
    **Practicing with MA-level Licensure**                               64
**Changing Mentors**                                                                         65
**Figure 1. Process of Requesting a Change in Research Mentor**                              65
**Approval of Previous Graduate Level Coursework or Master's Thesis Project**                66
**Masters Thesis Projects Conducted Prior To Program Admission**                             67
**Program Meetings And Student Representatives**                                             67
    **DCT Student Meetings**                                             67
    **Student Representatives at Program Meetings**                      67
    **Additional Student Meetings**                                      68
**Notices and Email Announcements**                                                          68
**Communal Space in Robinson Hall**                                                          68
**Registration and Enrollment**                                                              69
**Brief Leaves of Absence**                                                                  70
    **Scheduling Time Away**                                             70
    **Summer Session and Attendance Expectations**                       71
    **Religious Observances**                                            71
    **Excused Absences for Program Related Activities**                  71
    **Extended Leaves Of Absence**                                       71
**Drug Testing, Background Checks, & Medical Testing/Vaccination Requirements**              72
**Sexual Harassment And Discrimination Policy**                                              72
**Academic Integrity**                                                                       73
**Mobile Device Policy**                                                                     73
**Inclement Weather & Other Emergency Situations at the University**                         73
**Teaching in the Program**                                                                  74
**Making Your Schedule**                                                                     75
**5th Year Funding**                                                                         75
**Course Prerequisites**                                                                     75
**Time to Degree Completion**                                                                76
**Registering for Variable Credit Courses**                                                  76

**Student Funding, Life and Living**                                                         77
    **Funding**                                                          77
        **Fellowship Paperwork**                      77
        **Program Funding**                           77
        **Student Grant Funding And Research Awards** 78
        **Travel Policy And Reimbursement Procedures** 78
            **Student Travel Guidelines** 78
    **Health Insurance**                                                 79
    **Housing & Dining**                                                 79
    **Computing and Technology**                                         79

| | |
|---|---|
| Stress, Mental Health & Well-Being | 79 |
| **Evaluation of Student Progress & Due Process Procedures & Policies** | **81** |
| Overview | 81 |
| Student Records And Evaluations | 81 |
| Evaluation Domains & Standards | 82 |
| Evaluations Of Readiness | 82 |
| Evaluation of Readiness to Continue Beyond the MA and Qualifying Exams | 82 |
| Evaluation of Readiness to Advance to 2nd Year Practicum and Additional Practicum | 83 |
| Evaluation of Readiness to Advance to Internship | 83 |
| Rubrics, Forms, and Evaluation Forms | 83 |
| Course Grades & Academic Standing | 83 |
| Relationship Between Rowan Global Academic Warning, Probation, and Dismissal Policies and Program Policy | 84 |
| Minimum Satisfactory Academic Progress | 85 |
| Possible Disciplinary Actions | 86 |
| Concern | 86 |
| Warning | 86 |
| Probation | 86 |
| Forced Leave of Absence | 87 |
| Dismissal | 87 |
| Program dismissal | 87 |
| Automatic dismissal | 88 |
| Execution of  Dismissal Decisions | 89 |
| Due Process Policies And Procedures | 89 |
| Overview | 89 |
| Psychology Department Organizational Leadership Chart | 91 |
| Appeal of Program-Level Decisions | 91 |
| Appeal Process and Hearing After a Dismissal Decision | 92 |
| Grade Disputes | 93 |
| Post-baccalaureate and Graduate Student Dismissal Form | 93 |
| CSM/SHP Post-baccalaureate & Graduate Student Dismissal Form | 94 |
| Student Appendix, Evaluations and Mental Health Resources Signature Page | 96 |

## Opening Pages

### Introduction to the Handbook

The Student Handbook is designed to be the definitive guide to the policies and procedures that are related to clinical training at Rowan University. Thus, students should make sure to carefully review the handbook prior to beginning their clinical studies and carefully review changes that are made each year and throughout their training. The handbook is updated each year and some policies and procedures may also be updated throughout the academic year as needed. These changes will be announced via email and/or a student meeting. Ideally, students will have an opportunity to comment on proposed changes and these changes will be made with enough time for students to adjust to the policies; however, some situations may require quick changes in response to emergent situations.

Although these policies and procedures are subject to change, curricular (e.g., what classes need to be taken) requirements for graduation will be dictated by the handbook issued to a student at the time they begin the program. The only exceptions to this would be if a requirement is removed (e.g., requirements are lessened) or relevant legal, ethical, or accreditation standards changes necessitate training changes.

All students should familiarize themselves with this handbook and all relevant  policies at the university. All students are required to read this handbook and sign the "**Handbook Acknowledgement Affidavit**" *no later than the last business day of the 3rd week of the fall semester* and return the signed form to the Clinical Office or submit the form online.

Hard copies of the  handbook are available upon an email request to the DCT. The DCT will also send an electronic copy of the updated handbook to each student and faculty every year by the beginning of the fall semester at the latest regardless of this request.

***Legacy Instructions For Prior Handbooks And Policies***

Each year the handbook and related forms are updated at various levels. Students are required to thoroughly read and review the handbook to ensure that they are in compliance with all policies, rules and procedures of the program. While the program will promptly inform students of changes to policies, procedures and rules after the annual distribution of the handbook, the student is always advised to spend the first 3 weeks of the new academic year reviewing the handbook for changes and updates. Finally, the present handbook represents the policies and procedures that students must adhere to in the program. *If a student entered into the program under a prior handbook and would like to be legacied into prior policies and procedures, this request must be made in writing no later than October 1st or the next business day following October 1st. However, approval of such requests are rare.*

### Relationship Between The Handbook And Other University Policies

The handbook and the policies and procedures are not meant to be a comprehensive listing of policies and procedures that regulate student and faculty behavior at the university. Instead, it contains those program and university policies and procedures that are most relevant to the students' clinical training. A comprehensive list of Policies and Procedures at Rowan University can be found here.

### The Impact of the COVID-19 Pandemic

The pandemic that has impacted the nation and our training program significantly since the Spring Semester of 2020 was unexpected and unprecedented. The pandemic has resulted in specific university and program policies having to change rapidly and adapt to emerging local and national guidelines intended to protect the health and safety of individuals at all levels of involvement at the university. The program and the department administration will continue to monitor such emergent shifts in policies and notify students as soon as possible about any changes to their training or changes to program expectations. If students have any questions or concerns about their safety as it pertains to program requirements, they are asked to consult with the DCT as soon as possible so that the program can collaboratively come to an agreement about how to proceed.

### Welcome from the Director of Clinical Training



Congratulations on being accepted into the PhD Program in Clinical Psychology at Rowan University. With our competitive application and interview processes, you have truly earned your position in our prestigious program. Our program is part of a rapidly growing campus in southern New Jersey, 20 minutes east of Philadelphia. We have all the benefits of a large university, but with a small campus feel. Although Rowan University is one of New Jersey's newest public research universities, its Department of Psychology was established in 1969. Currently, our department is part of the College of Science & Mathematics; it also offers Master's degrees and advanced Graduate Certificate Programs in Applied Behavior Analysis, Clinical Mental Health Counseling, and School Psychology. Our clinical faculty also teach and mentor students in these programs as well as psychology undergraduate majors and minors.

Our faculty are very excited and honored to train you over these next years. We hope you feel this excitement every time you interact with them, with staff, and with your fellow students in the Department of Psychology. Furthermore, this is a historic time for Rowan University. The PhD Program in Clinical Psychology is the second PhD Program at the Glassboro Campus following the Engineering PhD Program. Our first cohort of students was enrolled in fall 2016 and the program received accreditation on contingency in 2019.

Since the early 2000's, the clinical faculty and department head have worked tirelessly on creating a new PhD Program in Clinical Psychology. Our program provides superior training in health psychology and integrated healthcare. In addition to the traditional clinical psychology courses, our students will be enrolled in courses that address integrated healthcare and health psychology. To further support this training, we have partnered with various training centers in New Jersey, Philadelphia, and Delaware to create practicum experiences that address physical and mental health aspects of various populations. These practica provide excellent training for students looking for external practica addressing integrated healthcare and health psychology. Some of these practica may be housed at one of Rowan's two medical schools and/or at the MD Anderson Cancer Center of Rowan University among many other healthcare centers in the area. Our program's mission is to train graduate students to use empirically supported therapies and to engage in relevant research. Along with your peers, you will acquire a great wealth of knowledge and experience within clinical psychology.

We seek to develop well-trained, enthusiastic scientist-practitioners who are equipped to address gaps in our current knowledge in health psychology and integrated healthcare. As a graduate faculty, we take great pride in our program and the emerging leaders that are part of our training program! We look forward to you being part of that during your time in the program and beyond!

Care,

*Dr. H*

Jim A. Haugh, PhD

# Introduction to the University, College of Science and Mathematics, and Rowan Global

### Rowan University: A Brief Overview Of Our Rich History

Rowan University has evolved from its humble beginnings in 1923 as a normal school, with a mission to train teachers for South Jersey classrooms, to a comprehensive university with a strong regional reputation. In the early 1900s, many New Jersey teachers lacked proper training because of a shortage of schools in the state that provided teacher training. To counter the trend, the state decided to build a two-year training school for teachers, known then as a normal school, in southern New Jersey. The town of Glassboro was an early favorite because of its excellent rail system, harmonious blend of industry and agriculture, natural beauty, and its location in the heart of South Jersey.

In September 1923, Glassboro Normal School opened with 236 young women arriving by train to convene in the school's first building, now called Bunce Hall. Dr. Jerohn Savitz, the school's first president, expanded the school's curriculum as the training of teachers became more sophisticated. Despite the rigors of the Depression, the program was expanded to four years in 1934 and, in 1937, the school changed its name to New Jersey State Teachers College at Glassboro. The college gained a national reputation as a leader in the field of reading education and physical therapy when it opened a clinic for children with reading disabilities in 1935 and added physical therapy for the persons with disabilities in 1944. The college was one of the first in the country to recognize these needs and was in the forefront of the special education movement.

In July 1992, industrialist Henry Rowan and his wife, Betty, donated $100 million to the institution, then the largest gift ever given to a public college or university in the history of higher education. Later that year, the school changed its name to Rowan College of New Jersey. The college achieved university status in 1997 and changed its name to Rowan University.

From 1946 to 1998, presidents extended the reach of the university. To lead Rowan University into the 21st century, the Board of Trustees named Dr. Donald J. Farish as the sixth president in July 1998. Under his leadership, the University worked on an aggressive improvement plan that gave the university a national reputation for excellence and innovation and will make it the public university of choice in the region. The plan called for a greater campus-wide focus on academic and student support initiatives as well as more than $500 million in campus construction and renovation projects. The University also has seen a marked increase in private and alumni giving and the development of its student and institutional profile. These efforts have caught the attention of national organizations that evaluate colleges and universities.

### *The Future of Rowan University is Now*

*US News & World Rep*ort ranks Rowan University in the "Top Tier" of Northern Regional Universities. Kaplan included the University in "The Unofficial, Biased Insider's Guide to the 320 Most Interesting Colleges." Also, Kiplinger's named Rowan University one of the "100 Best Buys in Public Colleges and Universities" and the Princeton Review included Rowan in the latest edition of "The Best  Northeastern Colleges." Additionally, Rowan Boulevard, a $300-million mixed-use redevelopment project, is linking the campus with Glassboro's historic downtown. The public/private partnership between the borough, developer SORA Holdings, and Rowan will create a unique college town setting in the form of a corridor complete with student apartments, a Barnes & Noble Collegiate Superstore, a hotel, shops, and restaurants.

The Board of Trustees named Dr. Ali Houshmand Interim President in July 2011 and he became president in 2012. Dr. Houshmand joined Rowan University as Provost and Senior Vice President for Academic Affairs in September 2006. Early on he established the College of Professional and Continuing Education (now the College of Graduate and Continuing Education), oversaw the restructuring of the summer school and graduate school, and established the Office of Institutional Effectiveness and Planning. As interim president, he was responsible for the day-to-day operations of the

school as it continued major initiatives — including the summer 2012 opening of Cooper Medical School of Rowan University and the Rowan Boulevard project. Rowan University is a Carnegie-classified Doctoral University with a diverse student body of approximately 18,500 students. Rowan has been recognized as one of the top 100 public universities in the nation and is ranked third among public institutions in the North by U.S. News & World Report. Its main campus is located in Glassboro, N.J., 20 miles southeast of Philadelphia, with additional medical campuses in Camden and Stratford. The University comprises 7 academic colleges and 5 schools-the William G. Rohrer College of Business; the Henry M. Rowan College of Engineering; the Colleges of Communication and Creative Arts, Education, Humanities and Social Sciences, Performing Arts, and Science and Mathematics; the Cooper Medical School of Rowan University; the Rowan University School of Osteopathic Medicine; the Graduate School of Biomedical Sciences; the School of Health Professions; and the School of Earth and Environment-with an Honors College that spans across disciplines. Rowan is one of two public universities in the country to offer M.D. and D.O. medical degree programs. The institution is also home to the South Jersey Technology Park, which fosters the translation of applied research into commercial products and processes.

The College of Science & Mathematics enrolls over 3,000 undergraduate and graduate students in the Departments of Biological Sciences, Chemistry & Biochemistry, Computer Science, Mathematics, Molecular and Cellular Biosciences, Physics & Astronomy, and Psychology. The School of Health Professions has over 1000 undergraduate and graduate students in the Departments of Health & Exercise Science and Nursing.

From the modest normal school begun more than 85 years ago, Rowan University has become an extraordinary comprehensive institution that has improved the quality of life for the people of New Jersey, the surrounding states, and internationally. Rowan is accredited by Middle States Association of Colleges and Schools, the National Council for Accreditation of Teacher Education, the Association to Advance Collegiate Schools of Business; is approved by the National Association of State Directors of Teacher Education and Certification, New Jersey Department of Education; and is a member of the American Association of Colleges for Teacher Education and the American Association of Higher Education.



**The College Of Science And Mathematics**

The PhD. Program in Clinical Psychology is a proud member of the College of Science and Mathematics at Rowan University. All of the activity of our program and the Department of Psychology falls under the

umbrella of the CSM which is governed by the Dean of the CSM and the rest of the Dean's Office. Additionally, the dean's office is a rich source of support for faculty and students in the program.

During the course of their training, students will have the opportunity to interact with various members of the Dean's office and they should be familiar with the offerings of the CSM and the administrators in charge of the college. The Dean's office is located in Robinson Hall, Room 118. Contact information for the respective Dean's in the CSM can be found here, with selected contact information listed below. Of particular importance to students, it should be noted that forms that require a "Dean of CSM" signature should be directed to Dr. Sue Bausch, Vice Dean in the CSM.

| | | | |
|---|---|---|---|
| Vojislava Pophristic, Ph.D. | Dean | (856) 256-4850 | pophristic@rowan.edu |
| Suzanne Bausch, Ph.D. | Vice Dean | (856) 256-4527 | bausch@rowan.edu |
| Greg Caputo, Ph.D. | Associate Dean | (856) 256-5453 | caputo@rowan.edu |
| Grace Farber, Ph.D. | Associate Dean | (856) 256-4344 | farber@rowan.edu |
| Jennifer Ravelli, MPH, Ed.D. | Assistant Dean | (856) 256-4869 | ravelli@rowan.edu |
| Colleen Migeot | Dean's Office Operations Coordinator | (856) 256-4500 ext. 53556 | migeotc@rowan.edu |
| Kristen Hicks | Budget & Finance Coordinator | (856) 256-4868 | hicksk@rowan.edu |
| Brigid Milone | Public Relations & Event Coordinator | (856) 256-4867 | milone@rowan.edu |
| Jane Rynex | Administrative Assistant | (856) 256-4862 | rynex@rowan.edu |



**Global Learning and Partnerships of Rowan University ("Rowan Global")**

The Clinical Psychology Program is an integral part of the Department of Psychology in the College of Sciences & Mathematics. Rowan Global Learning and Partnerships, formerly the College of Graduate & Continuing Education (CGCE), is Rowan University's vehicle to reach out and serve the needs of college students, working adults, lifelong learners, and the business community. Students enrolled in our academic programs include college graduates pursuing master's or doctoral degrees and returning college students pursuing the completion of a baccalaureate degree or certification. The college places foremost emphasis on making quality education accessible, convenient, and affordable by using delivery modes that address the vast range of adult student needs and preferences. Information about our program and other programmatic offerings through Rowan Global can be found in the RU Graduate Catalog and via the Rowan Global Website.

Rowan Global Learning & Partnerships (Rowan Global) is housed in the Enterprise Center. Rowan Global is located on the second floor of the Enterprise Building in between the Barnes and Nobles bookstore and the Courtyard by the Marriott Hotel on 225 Rowan Boulevard. Rowan Global has allocated two floors of the building for lectures and events through four state-of-the-art multi-purpose classrooms, a nursing laboratory room, four executive/auditorium style classrooms, and a number of small break-out rooms for project-based discussions. For more information on utilizing this space, please refer to the Global Learning and Partnerships web page.

All potential graduate student applicants submit applications to Rowan Global, which ultimately sends acceptance letters to the successful applicants for graduate admission. Rowan Global and/or Banner also regulate the course offerings, admissions, and graduation matters of the graduate psychology programs.



**The School of Graduate Studies**

The School of Graduate Studies at Rowan University is housed in the Division of University Research and supports graduate students throughout their academic careers. The School provides support services to master's and doctoral degree programs with research and thesis/dissertation requirements across the academic colleges and schools. The mission of the School of Graduate Studies is to provide excellent personalized support to graduate students in their pursuit of academic, research, creative, cultural, professional, and social development. This information/text was taken from the School of Graduate Studies website. Students interested in learning more about the School of Graduate studies should visit the website. The Dean of the School of Graduate Studies is Tabbetha Dobbins, Ph.D. (dobbins@rowan.edu).

# Introduction to the PhD Program in Clinical Psychology

## Our History & Location

Under the leadership of Dr. Mary Louise Kerwin (Department Head) and Drs. Jim A. Haugh, DJ Angelone, and Tom Dinzeo, the conceptual plan to create a PhD Program in Clinical Psychology was initiated. This flagship doctoral program is the second PhD program at the Glassboro campus. Since August 2016, our clinical psychology program has educated and trained students in the science and practice of clinical psychology. Our program has been at the forefront of addressing the mental and physical health needs of populations in the health psychology and integrated healthcare arenas. The Clinical Program has and continues to live up to the Department of Psychology's legacy of producing graduates that generate ideas and solutions that better humankind. Our faculty is dedicated to research that seeks to answer questions related to mental and physical health. Moving forward, we will continue to develop the scientific knowledge necessary to solve the many problems we face in the United States and around the world. By embracing the Boulder Model, we will collaborate with colleagues in sociology, social work, psychiatry, oncology, nephrology, biology, and engineering to create evidence-based theories, methodologies, and interventions that prevent illness and promote overall health and wellbeing.

At this time, our program does not have tracks. Consistent with the American Psychological Association's Education and Training Guidelines, the program can best be classified as offering an "Experience" in Health Psychology and Integrated Healthcare. This designation indicates that students will have, at minimum, two courses in this area and complete at least one practicum in an integrated healthcare setting.

The Program is a proud member of the Council of University Directors of Clinical Psychology (CUDCP) and adheres to suggestions and regulations from this group regarding the training of future clinical psychologists. As noted on their website, "CUDCP's purpose is to "promote the advancement of graduate education in Clinical Psychology that produces psychologists who are educated and trained to generate and integrate scientific and professional knowledge and skills as to further psychological science, the professional practice of psychology, and human welfare" (Bylaws of the Council of University Directors of Clinical Psychology, 1995, p. 1).

The Psychology Department is housed primarily in two wings of Robinson Hall, suites 115 through 116, although lab space and faculty offices are located throughout the first floor of Robinson Hall and our space continues to grow with time! Many faculty also have lab space off-campus or on other campus locations outside of the main campus in Glassboro. If you need to know it, the exact mailing address for the Department is:

Rowan University

Department of Psychology

201 Mullica Hill Rd.,

Glassboro, NJ 08028-1701

## Our Vision

The PhD Program in Clinical Psychology will be one of the premier doctoral programs that produces highly sought after scientist-practitioners while attracting a cadre of skilled faculty and mentors who will implement empirical research, therapies, and interventions; conduct cutting-edge research; and promote health psychology and integrated healthcare in New Jersey and beyond.

**Our Mission**

The PhD Program in Clinical Psychology trains qualified scientists-practitioners who can develop, participate in, and initiate empirically supported behavioral research, therapies, assessments, and interventions in integrated healthcare and health psychology; educate students to develop research and provide clinical services that reflect individual differences and cultural diversity; develop a national standing as one of the pre-eminent PhD Programs in Clinical Psychology in the country; disseminate empirically supported information to the public about the psychological aspects of health and integrated healthcare; and positively influence relevant psychological policies and standards.

We envision developing scientist-practitioners who are skilled in the prevention, diagnosis, and treatment of mental health problems and factors that affect physical and mental health. The program is grounded in a bio-psycho-social paradigm with an integrative approach to theoretical orientations. Students will also learn to assess and treat individuals within a systemic framework that respects and gives deference to cultural diversity and individual differences. The primary focus of our student training will be with adults, although opportunities to learn about and work with children and adolescents will also be a regular part of students training.



**The Mentorship Model**

We believe beginning students need to start by acquiring the most basic skills and knowledge related to clinical practice and research. Intermediate level students will continue to build on their knowledge and techniques in clinical practice and research, with guidance from the faculty. Advanced students will begin to acquire higher levels of mastery and autonomy in research and clinical skills. In short, our program is meant to be sequential and cumulative in nature.

The program focuses on the development of students' abilities to formulate, conduct, and publish empirical research on clinical psychological phenomena that meet the professional needs of society in the twenty-first century. All students are expected to conduct research throughout their graduate study under the guidance and mentorship of a faculty member with matched research interests. Some students may be in a joint lab and have two core faculty members as co-mentors. A student's faculty mentor is typically the person who mentors the student's research progress, including either the first year project, master's project, dissertation, and/or other research projects, along with the students' ethical and professional development. The match between student and faculty research interests is emphasized as early as the pre-application process through the program's fact sheets, website, and other materials. The mentor will be in the depth area that is parallel to the student's interests in health psychology and/or integrated healthcare. In this way, the student can acquire quality research and clinical experiences for their CV and career development. A student may work on a breadth research area, as necessary or deemed appropriate with approval from the mentor and DCT. There are many strategies to incorporate a research breadth area, however, the student's depth area should be the main focus of their research. The faculty member also serves as the student's academic mentor and primary consultant for any other issues relevant to the student's training or career planning.

In addition to the core clinical faculty members, associated faculty (i.e., those that are adjuncts, instructors, or three-quarter time faculty) may also serve as a student's research co-mentor. In cases in which a student has a research co-mentor that is an associate faculty, a primary mentor (i.e., a core faculty member) will be designated. In addition to general advising, the co-mentor will serve on committees for program requirements (i.e., master's projects and doctoral dissertations). Thus, the primary research mentor (core

faculty) and the co-mentor (associate faculty) must both be committee members for all of the required programmatic meetings – unless otherwise noted.

Students and their mentor(s) should maintain clear lines of communication in regards to the student's progress in the program. As such, students meet with their mentors on a regular basis (typically, once a week). Meeting schedules may vary as a function of mentor and student preference, mentor and student schedule, project requirements, or progress in the program. If meetings are occurring at less than optimal frequency for the student, the need for change should be voiced directly to the mentor to ensure adjustments occur as soon as possible. Mentors are often very busy with their own research and unable to micromanage student activities. We expect our students to demonstrate guided independence and responsibility for their research progress and to communicate about problems or delays immediately.

## The Faculty



The clinical faculty has a great deal of autonomy over the day-to-day functioning of the program as well as the program's philosophy and long-range goals. Core clinical faculty members meet at least monthly to administer the program and discuss problems and issues. Responsibilities rotated among the clinical faculty include internship issues, comprehensive exams, summer jobs, externship, and admissions.

The faculty is productive, energetic, and supportive and values interdisciplinary research. It establishes strong collaborations within the department and its various areas. The faculty also foster collaborations across various departments on campus, both medical schools, and among a variety of other professionals in the field. A list of core faculty is presented below and on the program website. The program website also listed affiliated faculty members who may also serve as members of the students thesis and dissertation committees and fulfill various roles in the training program.

### *Core Faculty*

| Name<br>*Title* | Email |
|---|---|
| **Angelone, D.J.,**<br>*PhD, Full Professor* | angeloned@rowan.edu |
| **Arigo, Daniele**<br>*PhD, Associate Professor* | arigo@rowan.edu |
| **Brunwasser, Steven**<br>*PhD, Assistant Professor* | brunwasser@rowan.edu |
| **Dinzeo, Tom**<br>*PhD, Associate Professor* | dinzeo@rowan.edu |
| **Diorio, Sarah**<br>*PsyD, Lecturer* | diorios@rowan.edu |
| **Fife, Dustin**<br>*PhD, Assistant Professor* | fife@rowan.edu |
| **Gotham, Katherine**<br>*PhD, Assistant Professor* | gotham@rowan.edu |
| **Greeson, Jeffrey** | greeson@rowan.edu |

| | |
|---|---|
| *PhD, Assistant Professor* | |
| **Haugh, Jim A.**<br>*PhD, Associate Professor, DCT* | [haugh@rowan.edu](mailto:haugh@rowan.edu) |
| **Joppa, Meredith**<br>*PhD, Assistant Professor* | [joppa@rowan.edu](mailto:joppa@rowan.edu) |
| **Lassiter, Johnathan**<br>*PhD, Assistant Professor* | [lassiter@rowan.edu](mailto:lassiter@rowan.edu) |
| **Raiff, Bethany**<br>*PhD, Associate Professor* | [raiff@rowan.edu](mailto:raiff@rowan.edu) |
| **Simmons, Christina**<br>*PhD, Assistant Professor* | [simmonsc@rowan.edu](mailto:simmonsc@rowan.edu) |
| **Young, Chelsie**<br>*PhD, Assistant Professor* | [youngcm@rowan.edu](mailto:youngcm@rowan.edu) |

## Program Overview

**Program Benchmarks and Training Program in Brief**

Prior to beginning the program, students are expected to obtain and have prior knowledge of APA's undergraduate guidelines for psychology majors. Once admitted to the program, students are expected to maintain regular progress toward graduation by completing the courses outlined in the program curriculum. Additionally, students are expected to successfully make progress toward, and complete, all program benchmarks as discussed in depth in the handbook and as illustrated below. The program is designed to be completed in four years with the final, fifth year spent at an APA-accredited internship. However, it is not uncommon for students to take more time to complete the program. Please note that the table below is meant to be a nice visual of when major benchmarks are completed versus a comprehensive list of required deadlines and requirements. Specific deadlines are noted throughout the handbook and in the "Comprehensive Overview of Student Deadlines" document.

*Suggested Sequence of Benchmarks*



**Length of the Program & Relation to Previous MA Degree(s)**

Please note that the Rowan University Clinical Psychology program is ***not*** a terminal master's degree program in psychology. Even students accepted with a previous Masters degree will complete and obtain a MA Degree as part of their progression in the program. Additionally, not all students admitted to the program are guaranteed to be advanced to doctoral candidacy and allowed to complete the program following the conferral of their MA degree. Decisions regarding students advancement to doctoral candidacy are noticed elsewhere in the handbook If all requirements of the program are met, all students should expect to spend between 3-6 years in the program plus a year of internship off-site

**Aims, Objectives, and Competencies of the Training Program**

| |
|---|
| **Aim #1: Prepare psychologists who are competent in the foundation of the science of psychology and the field of health service psychology.** |

**Objectives for Aim #1: Prepare psychologists who have knowledge of psychology and of clinical psychology who can demonstrate this knowledge through various activities where scientific thinking and research skills are needed.**

**Competencies Expected for these Objectives:**

1. Demonstrate mastery of academic material required in depth and breadth courses.

2. Demonstrate the ability to write clearly.

3. Demonstrate the ability to orally communicate psychological knowledge received from various courses including reviewing the literature.

| |
|---|
| **Aim #2: Prepare psychologists to design, implement, and disseminate findings from empirically supported research.** |

**Objectives for Aim #2: Prepare psychologists who can implement a research project from beginning to end.**

**Competencies Expected for these Objectives:**

4. Demonstrate ethical underpinnings of research.

5. Demonstrate the ability to develop and use IRB applications.

6. Demonstrate the ability to create research questions and hypotheses.

7. Demonstrate the ability to create an analytic strategy and conduct appropriate analyses.

8. Demonstrate the ability to write a research report in APA style

9. Demonstrate the ability to present research orally or written.

10. Demonstrate the ability to submit conference posters and/or empirical articles for professional review.

| |
|---|
| **Aim #3: Prepare psychologists who are ethical and empirically grounded in their provision of clinical services (assessment and intervention) to a diverse client base.** |

**Objectives for Aim #3: Prepare psychologists who can perform clinical services to a diverse client base (broadly defined per the ADDRESSING Framework, Pamela Hays-(see proseminar syllabus for full description).**

**Competencies Expected for these Objectives:**

11. Demonstrate the ethical underpinnings of clinical practice.

12. Demonstrate the ability to understand theory of and selection of appropriate tests for a diverse client base (broadly defined).

13. Demonstrate the ability to understand the psychometrics of selected tests.

14. Demonstrate the ability to determine a diagnosis from various sources of data.

15. Demonstrate the ability to differentially diagnose through the use of the current diagnostic manual.

16. Demonstrate the ability to organize, synthesize, and write a report of provided clinical services.

17. Demonstrate the ability to orally communicate case conceptualization and integration of assessment and treatment goals.

18. Demonstrate the ability to use supervision theories and models.

19. Demonstrate the ability to have knowledge in at least two theories and methods of empirically supported interventions/psychotherapy.

**Aim #4: Prepare psychologists who are life-long learners of the psychological science relevant to diverse populations (broadly defined) through training, practice, and/or research.**

**Objectives for Aim #4: Prepare psychologists who will attend, engage, and/or develop workshops, seminars, and/or services to broaden their knowledge of psychological science.**

**Competencies Expected for these Objectives:**
20. Demonstrate knowledge of emerging ethical and empirically supported assessments, interventions, and/or research.

21. Demonstrate the ability to practice psychology independently (licensure) – a distal outcome; the proxy for this is for students to demonstrate basic knowledge of the sections of the EPPP and the purpose of the EPPP-proximal outcome.

## APA Commission On Accreditation Standards and Relationship to Program Curriculum

The program is accredited on contingency by the American Psychological Association as of April, 2019. Furthermore, our program is designed and implemented to be in compliance with the Standards of Accreditation for Health Service Psychology and Accreditation Operating Procedures. As such, the requirements are built to cover all of the Discipline-Specific Knowledge and Profession-Wide Competencies that are part of these standards. Additional information about accreditation can be found at the APA Office of Accreditation.

Questions related to the program's accredited status should be directed to the

Commission on Accreditation.

Office of Program Consultation and Accreditation

American Psychological Association

750 1st Street, NE, Washington, DC 20002

Phone: (202) 336-5979 / E-mail: apaaccred@apa.org

**The Clinical Psychology Curriculum & Requirements**



The curriculum of the program is designed for four years of full-time, didactic coursework. The course numbers, names, and equivalent semester hours are noted in the table below. The maximum load for graduate students is 15 credit hours per semester. Students that wish to enroll in more classes per semester than what is suggested in the sample program below will need permission to do this from the DCT. All courses must be taken at Rowan University in the Department of Psychology and cannot be taken elsewhere unless previously approved by the DCT. In addition to coursework, students should be engaged in research during all 12 months of the year. Practicum work typically runs through parts of the summer, with students having approximately one month between practicum settings (although this is not guaranteed).

It should be noted that credit hours are not equivalent to work hours in regard to a student's dissertation, thesis, or practicum courses (and sometimes other courses too!). We believe that student's research benchmarks, evaluations of research and clinical competencies, and deliverables noted on their CV are a more appropriate measure of progress in these areas.

The curriculum table below should be used as a guide to registration each semester. Courses listed below should be the same as those listed by the university registrar and in section tally. ***Students are expected to register during open registration unless specific permission is granted by the DCT***. Information about registration can be found at the <u>Registrar's Office,</u> and dates for registration and other important university events/dates can be found <u>here</u>.

**[1]Ph.D. Program in Clinical Psychology Curriculum by Year and Semester**

|  | Fall | Spring | Summer |
|---|---|---|---|
| Year 1 | PSY 03.701 Assessment I: Psychometrics and Cognitive Testing<br><br>PSY 01.623 Psychopathology I: Diagnosis and Epidemiology<br><br>PSY 03.710 Intervention I: Foundational Clinical Skills<br><br>PSY 02.706 Research Methods<br><br>PSY 03.721 Professional Proseminar I (1) | PSY 03.704 Assess II: Individual Differences and Personality<br><br>PSY 01.624 Psychopathology II: Conceptualization and Etiology<br><br>PSY 03.712 Intervention II: Evidence-Based Interventions with Adults<br><br>PSY 07.714 Statistics for Clinical Psychology I: Univariate<br><br>PSY 03.722 Professional Proseminar II (1) | PSY 03.740 Professional, Ethical & Legal Issues in Clinical Psychology<br><br>PSY 03.830 Health Psychology<br><br>PSY 03.742 Introductory Practicum |

[1] All courses are 3 sh unless otherwise noted

| Year 2 | PSY 09.700 Human Development | | |
| | PSY 03.838 Health Care Models and Service Delivery | | |
| | PSY 07.740 Statistics for Clinical Psychology II: Multivariate | PSY 10.630 Biological Bases of Behavior | PSY 05.621 Social Issues in Health and Wellness |
| | PSY 03.744 Foundational Practicum I | PSY 03.746 Foundational Practicum II | PSY 03.748 Foundational Practicum III |
| | PSY 03.815 Thesis Research (1-2) | PSY 03.815 Thesis Research (1-2)[2] | |
| | PSY 03.723 Professional Proseminar III (1) | PSY 03.724 Professional Proseminar IV (1) | |
| Year 3 | PSY 03.800 Intermediate Practicum I | PSY 10.780 Behavioral Pharmacology and Psychopharmacology OR PSY10.610 Psychopharmacology & Biological Bases of Behavior | PSY 01.750 Multicultural Perspectives |
| | PSY 01.855 Dissertation Research[3] (1-6) | | |
| | PSY 03.725 Professional Proseminar V (1) | PSY 03.802 Intermediate Practicum II | PSY 03.804 Intermediate Practicum III |
| | | PSY 01.855 Dissertation Research (1-6) | |
| | | PSY 03.726 Professional Proseminar VI (1) | |
| Year 4 | PSY 03.820 Advanced Practicum I (3-7) | PSY 03.822 Advanced Practicum II[4] (3-7) | |
| | PSY 01.855 Dissertation Research (1-6) | PSY 01.855 Dissertation Research (1-6) | PSY 01.855 Dissertation Research IV (1-6)[3] |
| | PSY 03.727 Professional Proseminar VII (1) | PSY 03.728 Professional Proseminar VIII (1) | |
| Year 5 | PSY 03.860 Internship (0) | PSY 03.860 Internship (0) | PSY 03.860 Internship (0) |

[3]Dissertation Research is variable credit (1-6 sh) and may be repeated up to 6 times;  [4]Advanced Practicum can be taken up to 4 times

NOTE: variable credit courses can be taken in .5 credit increments.

---

[2] Thesis Research is variable credit (1-2) and may be repeated up to 4 times

**Elective Coursework**

Elective coursework may be offered at times during the program. Announcements will be issued via email. These classes will run only if enough students express interest and register for them. A list of potential elective courses are listed below.

PSY 02.630 Experimental Foundations of Behavior Therapy (3)
PSY 03.715 Intervention III: Evidence-Based Interventions with Children and Adolescents  (3)
PSY 03.832 Behavioral Medicine  (3)
PSY 03.835 Pediatric Psychology (3)
PSY 03.717 Advanced Cognitive-Behavioral Assessment and Therapy (3)
PSY 03.900 Advanced Seminar in Health Psychology and Behavioral Medicine (3)
PSY 03.902 Advanced Seminar in Evidence-Based Practice (3)
PSY 03.834 Neuropsychological Assessment (3)
PSY 07.745 Statistics for Clinical Psychology III: Advanced Multivariate (3)

## Elevator Speech Benchmark

The Elevator Speech Benchmark is the first ever benchmark in the program. It is completed during the Annual Program Welcome Event at the beginning of the Fall Semester (typically the 3rd or 4th Friday in September). At this meeting, each student will be asked to provide a brief introduction of themselves to the program community. The introduction should take between 1-2 minutes. This introduction will involve students stating: a) their name and educational background, b) the reason they choose RU's Clinical Program for graduate school, c) a statement of why they are interested in health psychology and integrated healthcare, and d) a statement of who they are working with, their mentor's research area, and (if applicable) a more specific statement of their research focus/interest and plans for their first year project, and e) something about themselves as a person outside of the program.

Students will have only a few minutes to deliver their speech (i.e., as though you have to get it done between floors 1-19 in an elevator ride!). Students will be evaluated on how clearly they deliver the information, their adherence to the time limit, and the ability to handle the anxiety of talking in front of a group. If students are judged by the DCT to have struggled for any reason delivering their speech, they will be given one opportunity to present their elevator speech again to the DCT within 2 weeks following the Welcome Event.

## Clinical Experience, Training & Benchmarks

### Practicum Experience and Training

*Overview*

Practicum training begins during the students second year in the training program and continues throughout their remaining time in the program unless otherwise negotiated with the DCT. One of the primary goals of the program is to develop practitioners with diverse experience and strong skills who are well prepared for internship and eventual licensure. The program and practicum placements are designed to develop these skills over time and in a progressive fashion. Given that one of the goals students come to the program with is becoming a practitioner, these experiences can be some of the most exciting and rewarding of their time in the training program. However, because students are also working with challenging clients and clinical presentations, these experiences can also be extremely stressful and trying. Students are encouraged to monitor and care for their own stress-management and well-being during these experiences and consult with supervisors, their mentor, and the DCT as needed.

Regardless of their year in the program and level of training, students are always expected to have knowledge of and comply with APA Ethical Principles of Psychologists and Code of Conduct. Additionally, students should be aware of, and comply with, all state laws and university guidelines related to practicum training and clinical practice. Any issues or questions related to such compliance should be brought to the attention of all relevant supervisors, practicum course instructors, and the DCT immediately.

### *Finding, Interviewing, and Selecting a Practicum Site*

Students will work with their practicum and/or proseminar instructors and the DCT to review and select practica sites where they want to apply for training. A core faculty member may also serve in the role of Practicum Coordinator. The most important part of making the decision about where to pursue practicum training is a clear evaluation of the student's current skills and training experiences, an understanding of weaknesses that might need to be improved, and an understanding of how the choice fits into their short- and long-term professional development goals. Most of these sites will be advertised via the PENDELDOT consortium. PENDELDOT consists of training programs and practicum sites from the Pennsylvania, Delaware, and Southern New Jersey area. Students can also obtain practica from sites that are not part of the PENDELDOT system or that are part of  NYNJADOT (New York/New Jersey) system. Information about other sites will be distributed to students as they become available to the DCT. Additionally, students may seek out other training opportunities in the area. However, the DCT and the students current practicum instructor should be consulted prior to students making contact with other agencies and such communications and training opportunities need to be approved by the DCT and the practicum instructor. ***The list of sites where students will be applying and the final decision to accept a training position must be approved by the DCT prior to applications and final decisions. The date when this list is due to the DCT will be announced toward the end of the Fall semester. A general timeline for preparation of your practicum application and various material will be discussed with you by your practicum instructor, DCT, or both.*** The timeline for the PENDELDOT application and matching process can be found here.

### *Practicum Contract and Start Dates*

Each practicum that a student participates in must have an affiliation agreement on file. This agreement is processed through the program and requires signatures from the practicum site, the program, and the University Provost. Because these agreements take time to process (sometimes up to 12 weeks), it is important that students facilitate the agreement getting signed by their site and sent to the program quickly. Please plan all these timelines and start date(s) accordingly. ***No activity at a practicum site should take place before this paperwork is completed;*** thus, a delay in processing may result in a delay in your ability to accumulate clinical hours and experience. Students should also ensure that their practicum schedule is consistent with course offerings, research responsibilities, and other program requirements. You should consult the "making a schedule" section later in the handbook when negotiating times/days that you will be at practicum and consult with your mentor and the DCT if you have any questions about scheduling time at practicum sites. Completion of your practicum placement agreement should begin shortly after accepting a

practicum training opportunity for the coming academic year. Announcements regarding how to do this will be issued by the Clinical Office and students are expected to respond promptly to such notices and follow all deadlines presented to them.

### Liability Insurance

Students' clinical work falls under the malpractice insurance of the university and potentially the site as well. Students are also required to purchase professional liability insurance for graduate students in psychology. Please visit the American Psychological Association Insurance Trust for more information. Other insurance policies may be appropriate, but need to be approved by the DCT. Proof of personal liability insurance needs to be documented and sent to the Clinical Office annually.

### Tracking Practicum Hours

It is important for the student to log their practicum activity during their practicum experiences. ***Students are required to do this on a regular basis by logging hours into Time2Track (time2track.com).*** The Time2Track subscription is paid for by the training program and ***students are expected to keep their hours updated on a regular basis (once a month at minimum).*** Aside from being a requirement, and perhaps most importantly, tracking your hours will be useful in completing the internship application form. Such record keeping is simple if students start early and update their records weekly beginning with their first practicum experience. ***The number of hours that students are encouraged to accrue over the different training years are highlighted in the "Hours and Activities at Clinical Sites" table at the end of this section.*** Some students may have fewer hours than those listed in the table but more publications or other research activity. This ratio will be discussed with students in DCT annual feedback meetings and should also be discussed and negotiated with the students mentor. Students should strive to gain clinical hours through the summer months as well to help achieve their clinical goals.



### Assessment Training and Experience



The DCT, assessment instructor, and/or other relevant faculty in the program supervise students' initial assessment work. Students' first practicum-like experience will typically be assessment focused. Students usually practice with volunteers and have to demonstrate competency before approval is granted to conduct evaluations on actual clients. The faculty teaching the assessment sequence will also be involved in logistic monitoring and sometimes clinical supervision of the testing work conducted by the first year students.

To be competitive for APA Accredited Internships and local practica/externships, students should strive to complete a variety of comprehensive batteries each year they are enrolled in a doctoral program. These full batteries should include a combination of tests that tap into intellectual/cognitive and emotional/psychiatric functioning. The number of batteries that a student should conduct prior to application to internship will vary based on the students interest and internship sites of interest. It is recommended that students consult with their practicum instructor, DCT, and clinical supervisors early and often to figure out how many batteries they might need to conduct. If students cannot reach suggested numbers during their primary practicum placements, they are encouraged to seek out other opportunities to gain testing experience, and they should work with supervisors, relevant faculty members, and the DCT to make sure they have appropriate experience necessary to be competitive for an internship. Although not formally required, students should seek out early

experiences that allow them to obtain testing experience with adult and child populations. The remaining comprehensive batteries and test reports <u>should</u> parallel the students' depth areas/populations, research focus, and career development, although this is not a formal program requirement.

***Practica, Year 2***

For the second year, the practicum will be held at an approved site secured through PENDELDOT or an alternative means as discussed above. The DCT will provide more verbal and written information about policies, procedures and timelines and will work with students more closely at this stage given that this will constitute their first practicum placement. However, the general timeline for the PENDELDOT application and matching process, and thus rough program timelines, can be found <u>here.</u> Students' practicum training will be coupled with past coursework. Thus, the second year practicum would typically be more therapy-focused or include brief interventions as a responsibility because students have taken Intervention I and Intervention II during their first year in the program. To be competitive for APA-accredited internships and local practica, students should continue to strive for quality practicum experiences in the area of individual and group therapy. These experiences <u>should</u> be consistent with the students depth area, research focus, and career goals, although this is not a formal program requirement.

***Practica, Year 3 and Beyond***

Practica during the third year and beyond (prior to internship) are increasingly competitive across the South Jersey, Pennsylvania, and Delaware area, as students at this level of training are encouraged to seek out more specialized experiences that might have fewer training spots available. ***During the third year practicum, students should have at least one individual therapy case, as an individual therapy case is required for the case conceptualization benchmark.*** Students are mentored in their third year by the practicum instructor and DCT for this presentation. This gives students an opportunity to discuss cases and integrate knowledge from classes with real experiences. If a student is not going on an internship in Year 5, they should take additional practica after the fourth year to fine tune their clinical experience. Students are allowed to spend more than one year (but no more than two) at the same site. Others choose to rotate yearly. Each student should keep in mind their professional goals during this process, and selection of practicum training sites should be consistent with said goals..

***Relationship between the Program and practicum sites***

The Program maintains contact with the practicum and externship sites in five ways:

1. The Affiliation Agreement.
2. Meetings between clinical supervisors and the DCT and/or other relevant faculty members.
3. Structured evaluations completed by the supervisor twice a year.
4. Informal phone conversations and email communication between site supervisors and faculty so that problems are dealt with in an expeditious manner when they occur.
5. Oversight of student progress at their practicum site by the professor teaching their practicum course.

***Students' Completion of Clinical Experience and Evaluation Requirements***

Practicum experiences are considered complete only when students have given the DCT ***AND*** the practicum course instructor the combined "***Student Evaluation by Practicum Supervisor***" and "***Clinical Competency Tracking Form.***" These forms can be found in the Handbook Appendix. The Evaluations and Standards document also contains the "***Graduate Annual Review,***" which is the evaluation form completed by the faculty at the end of the year to determine the student's progression and final grade. **The submission deadline is the week before the last day of class in both Fall and Spring semesters**. Delayed submission of these forms will delay grade submission, which often causes problems for subsequent changes to incomplete grades; thus compromising students' transcripts because incomplete grades are often interpreted as inadequate progress. Any changes to the evaluation and practicum clinical hours can be reported on a subsequent addendum to the initial evaluation forms, as necessary.

Students should plan to have practicum evaluation forms completed with/by their supervisors at one of their supervision sessions to facilitate the discussion of students' strengths and weaknesses. Students and immediate clinical supervisors should complete and sign these forms together to indicate their understanding

of the evaluation. These forms are available in the Handbook Appendix, and students may examine them early on in order to know the evaluation criteria. Early review of these forms with the clinical supervisors also provide an opportunity for systematic feedback for students to make adjustments to their performance throughout the course of their clinical training. On that form, the supervisors are also asked to give a grade to the student. That grade only partially informs the students' course grade. The program retains the full right and responsibility of grade assignment. In some cases, the clinical sites may have their own evaluation forms or narrative summaries of students' performance. We welcome them but may still require our own forms as well, especially if the DCT determines that the forms are not detailed enough for programmatic evaluation and/or student competency tracking purposes.

### *Maintenance and Transmission of Clinical Records During Practicum*



In observing the issues of confidentiality and patient welfare, the Health Insurance Portability and Accountability Act (HIPAA) and Family Educational Rights and Privacy Act (FERPA) requirements, and other laws, students should adhere to their practicum and externship sites' practices of maintaining and storing progress notes, testing reports, admission/intake and discharge/termination summaries, and any other official documents of their clients/patients. Whenever there are conflicting practices, students should address those issues with their clinical and administrative supervisors and the DCT.

Besides the official medical/clinical records of their clients at the practicum site, students should not keep a separate set of records or have any personal records with identifying client information. If students have to keep a copy of the notes for later documentation of their own training experience (for instance, a testing report or discharge summary as a writing sample for internship application) or for use between clinic and home (for instance, taking the notes to show to an off-site supervisor), they should mask the patients'/clients' names and identifying information to avoid any HIPAA violations.

Students should refrain from composing, opening, and printing confidential documents on a public access computer or sending confidential files via email. Students should exercise much caution handling the electronic files because emailed files are often automatically stored in temporary internet caches without the users' knowledge. Students should use password-protected personal flash drives and digital media, desktop computers, and individual confidential electronic files, or use their word-processor programs to replace client names on files they have to email to clinical supervisors for editing and comments.

### *Supervision*

Students' practicum work must always be supervised by a licensed psychologist affiliated with their training site unless otherwise negotiated with the DCT. **Students must receive at least one hour a week of individual supervision.** When a site requires more supervision than is available from the staff, or where the training model uses only group supervision, adjunct supervisors may provide the needed individual supervision. Sites should try to maintain a ratio of one hour of supervision for every three client contact hours. **All students are required to receive direct observation of at least one client per practicum site each semester.** Direct observation means that the credentialed supervisor views the clinical work by audio, video, in person or other means that is not based on self-report from the student. Direct observation is required by all APA accredited programs and is clearly delineated and documented on clinical evaluations. It should be noted that some sites may not provide weekly one-hour blocks specifically dedicated to supervision and instead may have various times available for supervision during the week that totals one hour per week.

Students practicing in New Jersey should understand and abide by New Jersey laws governing supervised psychological practices. New Jersey Laws apply to all sites within New Jersey irrespective of where one's university, residence, or supervisor is located. A student's supervisor should be licensed in the state where the services are being performed. Students practicing in Pennsylvania, Delaware, or any other jurisdiction, or in a combination of jurisdictions should follow the laws of their respective jurisdictions.

While the program only refers students to clinical sites with licensed supervisors, or arranges offsite supervision by licensed psychologists, students should actively remind their clinical supervisors to complete and file any forms (if applicable) required by law of the jurisdiction before they engage in any supervised psychological practices. This is more than a program requirement. It is the law.



**Other supervisory arrangements might be acceptable, but they should be pre-approved by both the practicum instructor and DCT. Any changes to the supervisory relationship at a site should be reported to the DCT and practicum course instructor PRIOR to that plan being changed at the site unless the situation is an emergent one that requires immediate action/changes.**

**Case Conceptualization Benchmark**

*Overview of the Conceptualization Benchmark*

  The purpose of the case conceptualization benchmark is for students to demonstrate their mastery of their applied clinical skills in a practice setting. More specifically, the presentation allows the student to integrate and apply their knowledge of the APAs CoA Profession-Wide Competencies in the field of Clinical Psychology. These areas include the following broad categories: assessment, psychopathology, intervention, ethical and legal standards, supervision, consultation and interprofessional/interdisciplinary skills, cultural diversity, professional values and attitudes, and communication and interpersonal skills. Additionally, because many of our practicum sites are at integrative health centers, students will also have to display knowledge of biological bases of behavior, psychopharmacology, health, and integrated-care, among other areas. Thus, the case-conceptualization represents a true integrative experience and benchmark.

  Students should use information from a client they have seen in individual therapy during their third-year practicum placement. Cases from group therapy or pure assessment cases are not allowed. Once a case is selected, students will prepare a powerpoint presentation that they will deliver orally to a committee of clinical faculty members and invited guests. The case conceptualization presentation is scheduled during the spring semester of the third year. Selection of an appropriate case for presentation and preparation of the presentation will be facilitated by the instructor of the third-year practicum course and the DCT.

*Content, Format, and Presentation Guidelines*

  Specific instructions for the oral presentation format and the scheduling of the presentations will be communicated to students by the third-year practicum coordinator and the DCT. Preliminary planning, selection of an appropriate case for presentation, and further discussion of the content areas of the oral presentation will begin during the fall semester of the third year and continue until the final presentation dates. Students will be given the opportunity to practice their presentations during their practicum course; however, the majority of their planning and practice will occur outside of the formal classroom.

  Historically, there has only been one day granted for the case conceptualization presentation with multiple students presenting. Per cohort, the Doctoral Training Committee will decide if there is a need for one or two dates during that Spring Semester. All students will be given 30 minutes to orally present their case. The presentation will be followed by a 30 minute Q&A period from those in attendance. The *depth* of content of the oral presentation and powerpoint may vary between students because the variety of appropriate clients that might be identified will vary between settings. Despite this variety and differences in the depth of information presented, all presentations are required to address the following areas in their presentations. In addition to these content areas, students will also be evaluated based on their response to questions, professionalism, and overall presentation style and format. These areas also constitute the domains that faculty will evaluate based on the rubric for this benchmark. The primary content areas include:

1. Assessment (may or may not include formal testing)
2. Review of presenting problems and its etiology
3. Theoretical formulation
4. Rationale for the chosen treatment and goals of treatment
5. Treatment progress and outcomes
6. Termination
7. Diversity and/or cultural context
8. Integrated primary care/healthcare and/or Health
9. Supervision and/or Consultation
10. Transference, countertransference, and resistance issues
11. Ethical and legal issues relevant to the case

*Evaluation Standards and Guidelines*

Prior to their presentation, students will be assigned a 4-member committee who will evaluate the students competency. The committee will consist of 3 core- or affiliated-faculty members depending upon demand and availability and the DCT. The students mentor(s) **may not** be one of the committee members, although they are encouraged to attend the presentation. In addition to the committee members, additional faculty, staff, and students will be invited to attend the presentations and engage in the Q&A period. However, first priority of questions will be given to the committee members during the Q&A period.

A passing grade on this benchmark is an average score (across the evaluation domains noted above) of 83% or better. Remediation will be required if a student does not pass at the minimum grade OR if two or more of the evaluators indicate that their knowledge is below a "5" in a given category. In this case, a remediation plan would be put into place for the student to obtain competency in the relevant category. Remediation plans could either require that a student present their entire case conceptualization again to the same committee members that were present at the first presentation using the same case. Alternatively, a specific remediation plan that requires the student to ameliorate weaknesses in the specific domain areas might also be developed. The students' response to this specific remediation plan will be evaluated by the members of the original committee. A second presentation will typically be triggered if a student fails to achieve the 83% overall minimum score whereas more specific remediation plans will be more typically triggered by failing scores on specific domains. All decisions regarding remediation will be made by the Clinical Training Committee in consultation with the evaluators for that student's presentation.

Because a student's passing of the case conceptualization benchmark has significant implications on their being able to continue in additional practicum work, students will be given a limited time to complete the remediation process (typically 2 weeks after receiving formal feedback). The CTC also reserves the right to require remediation if only one domain area is failed but that the committee deems the failure in need of remediation. Rubrics used in evaluating student performance on this benchmark can be found in the *Handbook of Evaluations and Forms.*

Unsuccessful completion of all or parts of the benchmark may lead to changes in funding, ability to complete additional coursework, and status in the program (i.e., probation, termination, removal from practicum). A student who has failed the benchmark in part or entirely **twice** will be dismissed from the program.

*Suggested Timeline*

1. Fall 3rd Year: Students work with practicum instructors, DCT, and clinical supervisors to identify an appropriate case to present for the benchmark.
2. Fall of 3rd year:
    a. Students work with a practicum instructor and DCT to identify the case they will be using and begin preparation for their presentation.
    b. Students should review benchmark rubric and presentation guidelines and consult with their practicum instructor and DCT with questions
3. Beginning of Spring Semester: Students will be informed about committee members and the times for their presentations.
4. Middle/End of Spring Semester: Presentations occur, with a typical deadline at the end of April.

**Internship**

All students are required to attend a full-time internship before they can graduate from the Clinical Psychology PhD Program. All internship sites must be APA-accredited unless otherwise approved by the Clinical Training Committee (CTC) and DCT. Internship is typically 40 hours per week, lasting one calendar year, starting between June and September. Prospective local and nonlocal training sites for this experience are selected by the student, in consultation with the DCT and with any other clinical faculty member(s) of the student's choice (see the *Council of University Directors of Clinical Psychology Internship Eligibility* document)**.**

Typically the fifth year of training is spent on internship, but all students are urged to view the web site for the National Association of Psychology Postdoctoral and Internship Centers and the National Match Services website early in their graduate training (i.e., mid first year and, at the latest, prior to the start of the second year when practicum begins). Students should print out the complete application to be apprised of the types of information and record keeping that will be needed. Check the site annually to see if the forms have changed. Records kept during the course of practicum training will make the eventual application process much easier and less stressful.

All transcript grades must be finalized before applying to internship (e.g., resolving incomplete grades). Also, students must have a dissertation prospectus approved before applying for an internship placement. This procedure is in place to enable students to begin and hopefully complete data collection prior to leaving for internship. It is to the student's advantage to defend his or her dissertation prior to internship departure. **The deadline for the prospectus meeting is October 1st.** However, students are advised to complete prospectus meetings well in advance of this October 1st deadline to allow time for making any changes, which might be required.

Finally, the CTC does not allow students to register for the match until the dissertation is proposed (October 1st) and they have been approved by the DCT and CTC to apply (two separate steps). ***It is to the advantage of the student not to apply for the match until they have at least three interviews.*** This stipulation is put in place because if a student withdraws from the match, this will adversely affect the overall Program's match statistics. Although not required by the program, students may benefit from defending their dissertation before beginning an internship. The benefits to defending the dissertation before internship include but are not limited to: a) being more appealing to internship sites during the interview process, b) having more time to focus on clinical training during internship, c) being able to begin new research projects at internship, d) completing paperwork required for dissertation while you are still near campus.



Students begin the process of reviewing internship program descriptions and assembling materials in the summer preceding the fall application. Information about completing the necessary steps to successfully secure an internship will be reviewed by the DCT and during the proseminar during the students' third year in the program. The application process is lengthy, time consuming, and detailed, and includes writing essays regarding the students clinical experiences, documenting all clinical work (including contact hours with clients, supervision time, etc.), and seeking 3-4 letters of recommendation from practica/externship supervisors and faculty. Students need to provide faculty and practicum supervisors with letter requests well before (i.e., at least 6 weeks before) any application deadlines. APPIC applications are completed on-line for students, the DCT, and recommenders. The application process is also expensive and students are encouraged to start preparing financially well in advance of the year they intend to apply.

The DCT meets individually with each student applying for internships to go over necessary information and documents. There are at least two general internship information meetings organized by the DCT throughout each academic year to give upcoming applicants an opportunity to ask questions and better understand the requirements and process of applying for internships.

***Helpful Sites for Internship Information***
- **APPIC Directory: https://www.appic.org/**

- **ACBS friendly internship sites:** **https://contextualscience.org/act_internships**

*Maintenance and Transmission of Clinical Records During Internship*

The same policies and procedures noted under the "practicum" section also apply to clinical records during internship. However, students should be aware that their internship may also have specific policies and procedures about clinical records that may differ from those stated in this handbook. As students are considered employees of the site during their internship year, they should abide by the internship's policies and procedures. If any conflicts arise and students have significant concerns, they should consult with the DCT.

*Drug Testing and Background Checks for Internship*

Students should be aware that some internship sites require drug testing and background checks. The information on the following page is from APPIC and provides information that students should know about this process and potential requirements.

**APPIC MATCH POLICIES (From APPIC 08202018)
Drug Testing and Background Checks**

**Background Checks**

**APPIC Match Policy # 7b states**, "Appointments of applicants to internship positions may be contingent upon the applicants satisfying certain eligibility requirements. Such eligibility requirements must be clearly specified in the internship programs' written materials and provided to applicants in advance of the deadline for submitting rankings for the APPIC Match."

**Students:**  It is important to understand that most sites consider interns to be employees, which means that they have the same expectations of interns as they do of any other employee.  Many sites now conduct background checks, drug testing, or other pre-employment screenings that a student must pass in order to be employed as an intern.  Remember that the APPIC Match Policies allow you to be denied appointment or dismissed if you fail any pre-employment screenings.  Thus, if you have a criminal history or currently use a controlled substance, careful attention to sites' pre-employment requirements is essential as you decide where to apply and which programs to rank.  Keep in mind that, in some cases, criminal records that have been sealed or expunged *may be included* in these background checks.

**Internship Programs:**   Match Policy #7b requires the advance disclosure of your site's eligibility requirements so that students can understand these requirements and make informed decisions about whether or not to apply to or rank your site.  Most importantly, it minimizes the possibility of your program being matched to an intern who is ineligible for hire.  Thus, if your site has such pre-employment requirements, please ensure that your public materials (web site, brochure, APPIC Directory Online listing, etc.) are as clear and detailed as possible. Specifically:

   A.  Please be clear about your eligibility requirements and, as much as possible, what constitutes a "pass" and a "fail."  For example, it is generally not enough to simply say that you conduct a "background check," since that doesn't tell the applicant what past behavior is and is not acceptable (e.g., will a misdemeanor constitute a pass or a fail?).  Similarly, saying that you conduct "drug testing" doesn't clearly specify what your expectations are of the applicant in terms of their drug use (e.g., is marijuana use acceptable?  if so, under what circumstances?).  The goal here is to be as disclosive as possible in order to minimize the possibility that an ineligible student will apply (or, worse, get matched) to your site.
   B.  To achieve what we are asking in the previous paragraph, it is essential that you work closely with your Human Resources department in order to craft wording that is clear and covers all of your institutions' policies and eligibility requirements for employees.  We have seen a number of situations where HR determines that the student has failed a requirement that wasn't disclosed in advance, often because the Training Director wasn't aware of the requirement or how it would be administered, interpreted, or enforced.

**Drug Testing**

Some internship programs perform drug testing prior to and/or during the internship year.  One of the most misunderstood issues in this area is with regard to the recreational and medical use of marijuana (cannabis).  Some students assume that having a prescription for marijuana, or being matched to an internship program that is located in a jurisdiction that allows the recreational use of marijuana, means that their use of marijuana will be acceptable to the internship program.  However, this is a very risky and potentially incorrect assumption, as some internship programs prohibit the use of marijuana in ALL circumstances, and will refuse to hire a student who tests positive for marijuana regardless of medical need, the presence of a prescription, or its legal status.

**Students**:  If you use any controlled substance, regardless of its purpose or legal status, you should carefully review sites' materials to ensure that you apply to sites that will allow you to use such substances.  If a site's materials are unclear, you should consult with sites' HR departments to get clarification of their policies.  We

strongly encourage you to get such a clarification in writing.  While we appreciate that asking for clarification can feel difficult or risky to do, the consequences of not being clear can be devastating.

**Internship programs:**  Please ensure that your public materials are as clear as possible in terms of any drug testing that is performed and the expectations for employees and interns as far as drug use is concerned.  In particular, please be aware that the medical use of marijuana has become increasingly common among the general population, and thus clearly articulating your policies regarding the medical and recreational use of marijuana would be helpful to applicants.

## Research Experience, Training & Benchmarks

**Overview**

The Clinical Psychology Program at Rowan University (RU) is firmly grounded and committed to the scientific foundation of the Clinical Psychology profession. Thus, research training, experience, and productivity are extremely important parts of the training program. ***As such, students are expected to maintain research activity throughout the training year and commit, at minimum, 15 hours of research time to their mentor each week.*** As a regular part of their training, students will complete an empirically based MA Thesis and Dissertation, at minimum. In addition to the major projects and benchmarks, students will also routinely engage in publication and presentation of their research  regulated via peer-review and partake in grant



writing. Students should engage in quality research training that reflects their depth area(s) – for their CV and career development

Student research requirements are regulated by various entities at Rowan University, with one entity being the Clinical Psychology PhD program. This section intends to accurately present those regulations with the intention to help students plan their training, research, and courses. In addition to the policies and procedures of the Clinical Training Program, student research is also overseen by the College of Science and Mathematics, School of Graduate Studies and Rowan Global. However, because some of the regulations may be confusing and situations can be complicated, you are strongly advised to consult with the Director of Clinical Training (DCT) and the policies and procedures of those other entities for their precise policies regulating research at Rowan University. In addition, students are required to be aware of any changes that may not be included in this current version of the handbook. Such changes are typically sent via email or other electronic communication.

In addition to the School of Graduate Research's policies for thesis and dissertations, students are also encouraged to engage in other reading to help them through the thesis and dissertation process. One very helpful resource guidebook for theses and dissertations in graduate psychology programs that is recommended is:

Debora J. Bell, Sharon L. Foster, and John D. Cone (2020). Dissertations and Theses from Start to Finish: Psychology and Related Fields (3rd Ed.). Washington DC: American Psychological Association.

## Preparing For Research

### *Ethics and Ethics Training*

Students are responsible for understanding and complying with all relevant legal, ethical, and professional standards of research conduct while a student in the program. Students should maintain a file with copies of all relevant training and certificates, and some of these certificates are required to be filled in the Clinical Office each year in the program. As a student in the program, students are required to engage in the formal training outlined below. In addition to such training, students are also responsible for knowing and adhering the Ethical Guidelines and Policies for research as noted in the APA Ethical Code of Conduct. It is also recommended that students read the full Belmont Report and federal regulations governing the oversight function of IRB's at the Health and Human Services Website.

### *CITI Training*

All students should complete the Collaborative Institutional Training Initiative (CITI) research and ethics training **(https://www.citiprogram.org).** **Students should complete these requirements their first year of training, preferably during the orientation to the program.** Students are also responsible for

completing any updates to their CITI training as directed by the Rowan University School of Graduate Studies or other entities regulating research at RU.

### *The Institutional Review Board at RU*

Most research protocols emanating from our department are reviewed by the Institutional Review Board (IRB). Students are expected to familiarize themselves with IRB policies and procedures and to comply with these when conducting relevant research activities. Information about the IRB along with downloadable forms and documents, can be obtained from the IRB website.

### *Additional Ethics Training Related to Grant Submissions*

In addition to ethics training required at RU, students may be asked to complete additional ethics training and provide proof of ethics training to various grant agencies. Students should consult with their mentors, the granting agencies and the Office of Sponsored Programs at RU to make sure that they are complying with all necessary training and documentation necessary for any grant proposals. e This training takes about one hour to complete.

### *HIPAA Compliance*

Students having access to protected health information as a result of their involvement in clinical activities, research, educational activities, preparing work samples for internship, or any other activities must act in such a way as to protect the privacy of patients and research participants. Protecting the privacy of patients and research participants requires ongoing continuing education in the form of required HIPAA training (yearly) for all students. Accordingly, students are required to complete HIPAA training for researchers on a yearly basis. Completion of HIPAA training is tracked online by Rowan University. A signed confidentiality agreement that accompanies this training must be submitted to the DCT in response to a yearly announcement about completion.

By statute, any activities that result in a violation of HIPAA guidelines must be reported to the RU Privacy Office, which will undertake an investigation of the incident. As careless and intentional HIPAA violations are seen as unprofessional behavior, a copy of the report of the violation along with a letter highlighting the results of the investigation and/or a letter from the training director will be placed in the student's file. In accordance with institutional policy and depending on the nature of the HIPAA violation, the student may be subjected to disciplinary action up to and including removal from the graduate program as well as penalties imposed by Rowan University and by state and federal law.

### *Ethics and IRB Requirements Outside of RU's Main Campus*

Many students conduct research at agencies outside of RU's main (Glassboro) campus, including frequent collaborations with Rowan University School of Medicine, Cooper University Hospital, and the School of Osteopathic Medicine. Students should be aware that sites may require additional ethics training or other documentation to complete research at such sites. Students are responsible for working with these sites, their mentor, and the DCT to make sure that they are in compliance with all relevant training and documentation when conducting such research.

**Collaboration with the School of Graduate Studies and Rowan Global**

In conjunction with the Clinical Training Program, The School of Graduate Studies and Rowan Global oversees all thesis and dissertation requirements. ***Students are expected to be familiar with all Thesis and Dissertation Policies and Procedures that govern official paperwork, formatting of research documents, and other topics. Furthermore, students are expected to be knowledgeable of all internal paperwork and requirements needed to meet program requirements. Students are required to take the pre-submittal training course through Rowan Global at the beginning of their planning the thesis and dissertation. This course has a one-time $75 fee associated with it. Although students are asked to take this training when beginning both their Thesis and Dissertation, they should only be asked to pay for it one time.*** The student is required to obtain all pieces of paperwork, signatures, and ensure that the paperwork is delivered, in a timely fashion, to the appropriate persons inside and outside the Clinical Psychology PhD Program.

**Research Presentations And Publications**

***Publications***

Students are strongly advised to discuss and have agreements regarding roles, responsibilities, and publication credit prior to engaging in collaborative research with faculty, fellow students, or other research associates. Many research teams enter into formal written agreements with regard to authorship and publication credit. A sample copy of one such publication agreement that can be modified for the student's particular circumstances can be found in ***Handbook of Evaluations and Standards*** (see ***"Publication Policy Guidelines & Acknowledgement Signature Page"***). The authorship of dissertations should reflect the student's primary responsibility for the project and, as such, the student should be the first author. However, students may choose to relinquish their right to first authorship in certain circumstances. For example, they may decide not to publish their findings in a timely manner, yet make arrangements with a collaborator to do so. In any case, publication credit is assigned to those who have contributed to a publication in proportion to the weight of their professional contributions. Students should be aware that ethical principles govern the ownership of data collected in supervised research activities, and that ethical standards govern the publication of data collected with external support or data that has important implications for individual or public health. It is the student's responsibility to become knowledgeable of these principles and to discuss them with their faculty mentor and others with whom they are collaborating.

***Presentations At Professional Conferences***

Students are expected to present their research projects at in house, local, regional, and/or national research conferences. Submissions are typically those in which the student has played a significant role as an investigator. Meeting attendance and conference presentations introduce the students and facilitate their involvement with the broader research community.Completion of multiple conference presentations prior to the awarding of the PhD is strongly advised so that students will be competitive applicants for future employment opportunities. Students are strongly encouraged to attend and present at in-house symposia including the Annual Psychology Department Research Day.

***Expectations for Research Presentations & Publications***

Students are expected to be engaged in scholarly writing and publishing throughout their graduate training and are expected to work with their mentors in the preparation of manuscripts for publication. ***Students are required to complete at least one presentation at a local, national, or international conference every year or to submit a manuscript for publication in a peer-reviewed journal in order to be approved for internship applications.*** This requirement is based on the 2011/2012, CUDCP (Council of University Directors of Clinical Psychology) document requesting that students (in programs like ours) have AT LEAST 3 accepted abstracts at national and/or local conferences (a combination is preferred), OR AT LEAST 1 published,



peer-reviewed article. Again, these are minimum requirements. Given the high research productivity of our faculty, many of our students will surpass this requirement. However, the student should not submit 3 abstracts and/or a publication the fall that they are applying for internships. Thus, it is critical for the student to start early with their mentors regarding their research productivity. Many students have more than 3 accepted abstracts and/or 1 publication before the fall that one applies for an internship (see the *Council of University Directors of Clinical Psychology Expectations for Internship Eligibility* document).



**First Year Research Project (FYRP)**

*Overview of the First Year Research Project*

       The First Year Research Project (FYRP) is intended to help prepare students for their thesis or dissertation project (depending upon their status upon entering the program). As an evaluative exercise, it is also intended to assess their Discipline Specific Knowledge and Professional Wide Competencies in the field of clinical psychology as outlined by the APA's Commission on Accreditation. The FYRP is a graded educational experience where students are evaluated on the following broad categories: research methods, statistics, ethics, diversity, professionalism and communication skills. The format for addressing these categories within the FYRP presentation are further outlined and elaborated upon below.

       In addition to a verbal FYRP presentation, students are also required to submit a FYRP ***deliverable.*** The proposed FYP deliverable is agreed upon between the mentor and mentee and should be proposed on the students ***"FYRP Acceptance Form".*** Acceptable deliverables might include, but are not limited to: a) developing an IRB proposal, b) submitting a peer-reviewed oral or poster presentation to a national or international conference, c) writing a manuscript, d) submitting a manuscript e) completing analyses on archival data and constructing a results section for a given manuscript, or f) completing a pilot study and providing a written update on its progress. Note that authorship level, amount of writing, and who actually submits a deliverable is to be determined by the mentor. Students do NOT have to be first authors on such submissions, but they should have made significant contributions to the deliverable as defined by their mentor. The deliverable only needs to be approved and seen by the student's mentor and the DCT. However, the deliverable should be available upon request if other faculty members or relevant others wish to see it. Any disagreements with regard to the quality of the FYRP deliverable will be sent to the CTC for final deliberation and approval.

       In preparing their FYRP, students are required to plan a research project. This project typically serves as a precursor to what will eventually serve as their thesis or dissertation project (depending on their status upon entering the program). However, the FYRP might also be a seperate project unrelated to their eventual thesis or dissertation. Appropriate alternative projects that could be presented to fulfill the FYRP might include presenting: a) a research proposal that includes information typically presented in an Institutional Review Board (IRB) submission, b) material from a conference presentation (poster or oral presentation) that has been submitted/presented to a professional conference, c) results from analysis of a preexisting data set, or d) a literature review. Additional presentation ideas may also be appropriate. Students pursuing alternative ideas to complete their FYRP benchmark should <u>consult and obtain verbal agreement on such a project from their research mentor and DCT</u> prior to submitting their "FYRP Acceptance Form". If a disagreement between the mentor and DCT should occur, the final decision regarding the appropriateness of a project will be made by the CTC.

       It is expected that students closely consult and meet regularly (i.e., at least every two weeks) with their research mentor to discuss their progress and determine what is best for them and their mentor's program of research. However, the majority of students meet or make contact with their mentor on a weekly basis throughout the year. Students should discuss such arrangements from the beginning of their time with their mentor and regularly as needed. FYRPs occur toward the end of the Spring semester, and the date of the presentations will be provided to students no later than the end of the second week of the Fall semester. All core and affiliated clinical faculty, other Psychology Department faculty, doctoral students, and other appropriate administrators and staff will be invited to attend the FYRP presentations.

       The FYRP is a mentored project and the mentee should not work without the guidance of the mentor. Additionally, it is expected that the FYRP is only a part of the students overall contribution to their mentor's program of research and their own research development. A first year student may be simultaneously working on the FYRP, additional manuscripts, conference abstracts, research studies and other research deliverables. If there are questions, concerns or comments about the FYRP, ask your mentor and/or DCT for help and guidance.

*Evaluation of the First Year Research Project*

       The research mentor and the other core doctoral faculty present during the FYRP presentation are responsible for evaluating the presentation using the rubric for this document which is available to each

student in the Student Google File. While the grade for this benchmark does not appear on the student's transcript, students will receive a written, graded, summary evaluation of their performance from their mentor, the DCT, or another identified faculty member. This evaluation will contain average scores on each evaluation area and summary scores. However, it generally will not contain specific written feedback regarding the students performance, although more detailed feedback may be provided verbally if a student requests it and it is available. The rubric used for evaluating the FYRP is available to students and should be consulted when preparing the FYRP presentation.

A passing grade on the FYRP presentation is an average score of 83% across all evaluation domains. Scores will not be rounded up or down, but will be based on an average of all raters. At least 3 persons (with one being the mentor) should observe and score the student's performance. If the student has 2 mentors, at least 4 persons should observe and score the student's performance. Remediation will be required if a student does not pass at the minimum grade OR if any one domain is consistently scored below an average of "8" or above on the rubric scale.Scores will not be rounded up or down, but will be based on an average of all raters. For example, a student might achieve an average score of 83% but more than half of the faculty indicate that their statistical knowledge is below this criterion (i.e., average rating at or above "8"). In this case, a remediation plan would be put into place for this student to obtain competency in statistical knowledge.

### *Content, Format, and Presentation Guidelines*

All FYRP presentations will consist of a 15-minute oral presentation to core and affiliated clinical faculty, other Psychology Department faculty, doctoral students, and other appropriate administrators and staff. A minimum of 10-minutes of follow up Q&A period will follow each presentation.

When preparing your FYRP material, remember that scientific writing is a skill that must be developed and practiced. You are encouraged to use the Rowan University Writing Center, writing resources, and the APA Publication Manual to assist you with your writing. Your written and oral communication skills are an important part of this milestone.

The content of your presentation should roughly correspond with the outline presented below. Each of these areas may be explicitly placed on a slide or communicated verbally during the presentation. Further elaboration may also occur during the question and answer session that will follow each presentation. Some content may be combined for greater alignment and ease of presentation. If for any reason you feel you cannot cover all of the material in the 15-minute presentation or that some of the information is not relevant to your study, you should discuss this with your mentor prior to your presentation so that alternative arrangements or presentation formats can be agreed upon. If alternative arrangements are agreed upon, they should be outlined in a letter sent to the DCT at least two-months prior to the FYRP presentation. This alternative arrangement must be approved by the DCT in collaboration with the CTC. Outside of such an arrangement, each of the areas are expected to be a part of your presentation and you should be prepared to answer questions regarding any and all of the areas. Although each of these areas is important, it should be noted that the rubric for this benchmark is different than the content noted below (although they do overlap). The information below is meant to help students understand what content should be provided not the rubric that will be used to assess the presentation itself.

1. Title

2. Acknowledgements

3. Goals of the FYRP (i.e., what was the mentee's role in the FYP and what will the mentee be covering in the presentation)

4. Background/Literature Review

   a. At least 3-6 most important/select articles that are seminal or contemporary.

   b. Summary of the current state of scientific knowledge in the topic area of interest.

5. Problem Statement

   a. Please provide a justification for the topic of interest.

    b.   Problem statement should build upon or counter previously published findings on the topic.

    c.   Please provide and identify meaningful gaps in the literature (e.g., do not just state this topic has never been studied before at all or on a certain population- please add more to the justification). This area may be more feasible to address in the background section.

    d.   Please do not present a social problem, but translate the social problem into a research problem.

    e.   Please provide the purpose or intention of the forthcoming study.

    f.   Please have alignment between the purpose or intention of the study and gaps/limitations in the literature.

6.   Significance/"So What?" question

    a.   For the FYRP, please make the original contribution to the literature clear. If an original contribution to the literature is not feasible or possible, please clearly delineate any important contributions.

    b.   How does this area of study relate to integrated primary care, health psychology and/or behavioral medicine?

    c.   The research topic is expected to address clinical psychology (at some level) as well.

    d.   Please explain how this study will impact the area of interest and/or specific fields.

7.   Theoretical Framework

    a.   What theory or theories is the research grounded in?

    b.   Please explain if you will be measuring or assessing the theory in your research. If yes, why? If no, why not?

    c.   Please use an empirically supported theory. If not, please justify and explain.

8.   Diversity, disparities, positive social change and/or social justice areas (broadly defined) applicable to the FYRP.

    a.   Please explain how diversity, health or medical disparities, social change and/or social justice areas are included in the research topic. If not applicable, please explain why.

9.   Nature of the Study/Research Design

    a.   Explain the design of the study.

    b.   Explain why this design was selected.

    c.   Please be able to speak about internal and external validity aspects of the study.

    d.   Please be able to articulate the strengths and limitations of the selected research design.

10.  Research question(s)

    a.   Please remember that the research question is different from the hypothesis/hypotheses.

    b.   The research problem and or statement should reflect scholarly objectivity vs. a bias or a forgone conclusion.

11.  Hypothesis/Hypotheses

    a.   Please present the null and the alternative hypothesis per each research question.

12. Possible types and sources of information or data

    a.   Please briefly provide/explain the appropriate psychometrics of measure/surveys/questionnaires.

    b.   Please briefly provide/explain scoring of main or most important questionnaires.

    c.   Please briefly provide/explain questions of focus group or semi structured interviews – if applicable.

13. Analytic Strategy/Tentative Analytic Strategy

    a.   Please include/explain preliminary analyses – if applicable.

    b.   Please include/explain main analyses with post hoc if applicable.

    c.   Provide rationale/empirical evidence/power analysis for the sample size needed for the study.

14. (Preliminary) Data- if applicable

    a.   Please follow APA guidelines.

15. Preliminary or Anticipated conclusions

    a.   Please provide up to 3 logical, coherent conclusions.

16. Future Directions and Next Steps

    a.   Please provide up to 3 future directions and next steps.

17. What could I have done differently regarding my FYP?

    a.   This area should reflect your ability to think critically about the FYRP and anticipated questions from the audience.

    b.   Please provide up to 3 "things" that you could have done differently with the FYRP.

***Timeline for Completing the FYRP***

    Note that the dates noted below are also presented in combination with all programmatic deadlines in a document located in the Appendix. They are listed here again for ease of access. Additionally, students should recognize that the deadlines below represent hard deadlines and due dates. Progress toward such dates and the completion of benchmarks should continually be discussed with the student's mentor, the DCT, and other relevant parties of the training program.

- 2nd Week of Fall Semester: FYRP dates are finalized and communicated to students.
- November 1st: FYRP Proposal Acceptance Form Due to the DCT
  - The mentee should complete this form in collaboration with their mentor and the proposed FYRP and deliverable should be approved by both the mentor and mentee prior to submitting this form.
- End of April/Early May: 1st year presentations occur.
- June 30: final date for FYRP deliverable to be completed and submitted to the DCT.

## Master's Thesis Project

### *Overview of the Master's Thesis*

The Master's Thesis is an entry-level research project that students conduct in order to learn to be more independent researchers. Students should think of their master's thesis as a collaboration with their research mentor that aims to further the mentor's program of research. In collaboration with their research mentors, students should plan the project, collect and analyze data, write up the results, and prepare the project for professional presentation and dissemination. The usual process involves the student submitting multiple drafts to the research mentor to review, comment, and, sometimes, edit. Obtaining consistent feedback from one's mentor is important in order to increase research productivity and further skill development.Seeking feedback only one time on the project is counterproductive and is discouraged. Students who have trouble with the large size of the project should consider submitting smaller portions of their work  over time to their mentor in order to gain more frequent feedback. That being noted, it is also important for students to work independently on all aspects of their thesis and increase their own competency via outside reading, independent work, and consultation with others as necessary.



The College of Graduate Studies is responsible for setting university based guidelines for the completion of the Master's Thesis. Students are responsible for being familiar with the Thesis and Dissertation Manual, the formatting guidelines, and the policies and procedures governing the Master's thesis in addition to the programmatic guidelines outlined below. All of this information can be found at the College of Graduate Studies website.

### *The Master's Thesis Committee*

#### **Assembly of the Master's Thesis Committee:**

This committee is made up of a *minimum of three faculty members* from the Department of Psychology who have active research programs, with at least two of these members required to be Core Clinical Faculty Members. The third member of the committee can be designated as either a Core Clinical Faculty Member and/or Tenure-Track, Research Faculty Member in the Department of Psychology. One of these faculty members should serve as the Chair of the Thesis Committee. This person is also, typically the students primary mentor. It is optional for the student to have one additional committee member  with a doctoral degree from an outside agency/organization or one of Rowan University's other campuses or hospitals. This person would be classified as an outside person on the committee who contributes to the evaluation of a student's thesis but does not have voting privileges. All other members of the committee have voting rights. *If a student is including a committee member on their thesis committed that is outside of the department, the student should clearly indicate either on the committee form or in the email sent with their form for signatures the clear name, title, and training for that individual.* For example, "Dr. Outside has a PhD from Temple University and is currently an Associate Professor in the Epidemiology Department at Temple." Students could present additional information about why this individual was chosen, but it is not required at this time.

The primary mentor in consultation with the student and DCT identifies potential committee members. The committee will need to be approved, in order, by the mentor, DCT, Psychology Department Head, and the CMS Vice Dean PRIOR to the initial proposal meeting. In order to facilitate this process, the committee approval form should be submitted to the DCT no later than two weeks prior to the proposed thesis proposal meeting. The formal approval of the committee should be documented on the forms which can be found at the School of Graduate Studies Website and in the Appendix. A formal thesis proposal committee meeting cannot be conducted until the committee is formally approved by the parties noted previously.

It is expected that a student's committee will remain the same throughout the entire process. If a change needs to be made, a formal request must be made to the DCT with the reason for this request made clear and explicit (see "Request to ChangeThesis or Dissertation Committee Form"). Failing any part of the

proposal or defense meeting is not an acceptable reason for making a change. The request may take 4-6 weeks to process and a formal decision will be made by the Clinical Training Committee. Once the change is approved, the student must submit a new committee form to all relevant parties in the program and at the university. Students are responsible for any and all delay's changing a committee may cause to their being able to complete the rest of their academic requirements. The College of Graduate Studies will not accept committee changes after the midpoint of the student's FINAL semester.

When completing the committee paperwork, it is suggested that students complete all of the sections of the form (including faculty/administrator names in the "print your name here" sections) before sending the form for formal signatures and dates. Additionally, it should be noted that the signature for the "Dean" is actually sent to the Vice Dean within the College of Science and Mathematics. Finally, students should recognize that turnaround time for such forms may take up to 2 weeks and should be started in enough time to get relevant signatures completed before any other program or university deadlines.

### Roles and Responsibilities of the Master's Thesis Committee:

- Chair – Oversees the organization, flow, and procedures of the meetings and the quality of the thesis proposal and project. This person may be the student's primary mentor. This person has voting rights.
- Committee member(s) – These people oversee the quality of the thesis proposal and project. These persons have voting rights.
- Outside (Community) Person (optional)– This person oversees the quality of the thesis proposal and project. This person does not have voting rights.

### *The Master's Thesis Proposal and Proposal Meeting*

Students should work with their research mentor to plan and develop their thesis proposal. Once this proposal is completed, the student should then plan their proposal meeting with their mentor and the other members of the thesis committee. The purpose of the meeting is to provide a mechanism for providing the student with feedback about their proposal.

The proposal meeting should be approximately 1 ½ to 2 hours in length, although these times might be different if negotiated on and approved by the student's mentor and the rest of the committee. You should prepare a formal presentation of your thesis project for the proposal meeting, and the presentation should be delivered via power- point or another presentation software package. The presentation should be approximately 20 minutes in length. A written thesis proposal document should also be delivered to the thesis committee prior to the proposal meeting. The proposal document should be delivered to committee members at least 2 weeks in advance of the proposal meeting; however, alternative timetables may be established and agreed upon by the student, their mentor, and the committee. If a student does not deliver their proposal or document for the defense meeting at least two weeks prior to the meeting, any member of the committee may call for a delay in that meeting up to and including one day prior to the originally scheduled meeting. The mentor should initiate all discussions and decision making about whether or not a thesis committee should proceed if any violation of these policies occurs. Mentors are responsible for delivering these decisions to the student and all such decisions should be communicated to the DCT/Clinical Office.

On the date of the proposal meeting, all the members of the committee have to be present in order for that meeting to count as a successful proposal meeting unless another arrangement is made and approved by the DCT. It should be noted that the absence of any committee member will only be permitted in rare and extreme situations. In such situations, the student and mentor will work together to ensure that either a) the faculty member is replaced appropriately or b) another mechanism is used for the absent committee member to view, discuss, and vote on the proposal meeting.

### *The Master's Thesis Document and Defense Meeting*

Once a student has completed their thesis project and prepared their thesis document, the student should plan their thesis defense meeting with their mentor and the other members of their thesis committee. The purpose of the defense meeting is to ensure that the student's thesis is of adequate scientific quality and that the student has an adequate knowledge of the thesis content and subject area. Additionally, the project

and the student's understanding of the project should demonstrate the ability to contribute to the furthering of scientific knowledge in the content area of the thesis topic.

Once the student has decided upon a defense date, they are then responsible for advertising that defense date to the faculty, staff, and students in the department; members of the dean's office; and other invited guests of the students. The presentation portion of the thesis defense meeting is open to all university faculty/staff, students, and invited guests of the student. The proposal meeting should be approximately 1 ½ to 2 hours in length, although these times might be different if negotiated on and approved by the student's mentor and the rest of the committee. You should prepare a formal presentation of your thesis project for the proposal meeting, and the presentation should be delivered via power- point or another presentation software package. The presentation should be approximately 20 minutes in length and focus on the results, a discussion of how these results fit into the existing literature, and a critical analysis of the study itself . Following the presentation, members of the audience are excused and the committee meeting begins. The meeting includes critical questions to the student regarding the literature, the method and analyses employed, and the proposed results. The thesis proposal document is also evaluated for organization, writing, clarity of thought, and critical thinking among other elements. Discussion of related research areas, methods, or analyses that are consistent with the context of the thesis may also occur. Finally, the committee may advise the student on how to make the project suitable for potential publication and presentation.

On the date of the defense meetings, all the members of the committee have to be present in order for that meeting to count as a successful defense meeting unless another arrangement is made and approved by the DCT. It should be noted that the absence of any committee member will only be permitted in rare and extreme situations. In such situations, the student and mentor will work together to ensure that either a) the faculty member is replaced appropriately or b) another mechanism is used for the absent committee member to view, discuss, and vote on the  defense meeting.

### Approval and Scheduling of Master's Thesis Proposal and Defense Meetings

Students should work collaboratively with their mentor and committee members to set the proposal and defense meetings. The mentor must approve the final version of the proposal and defense documents prior to scheduling any committee meetings. After approval from the mentor, the student is responsible for providing a copy of the document to the committee members, at minimum, two weeks in advance of the meeting date. This is important because committee members must have time to evaluate the document in order to provide  their approval for the meeting to proceed. Inadequate time for the faculty to examine a document will result in a meeting being cancelled unless all members of the committee agree to proceed with the meeting. Should any member judge the document to be inadequate to proceed to committee, they will indicate so to the mentor and DCT, the meeting will be cancelled, and guidelines for remediation will be provided to the student. A document being judged "adequate" to proceed to a committee meeting does not imply that this document has been judged to pass the quality standards of the committee. In contrast, it simply means that there are no gross deficiencies present in the document that would not allow the committee to provide an evaluation of the product.

Students should take into consideration faculty contracts and time commitments when planning their proposal and defense meetings. Some faculty work 12 months, although most work on 10 month contracts. Thus, the summer becomes a difficult time to hold  meetings. Students should talk to their mentor a semester in advance to make sure the faculty can be available in person. Students should discuss the timing of all meetings with their mentor and committee members. If a student fails to plan their meeting in a timely fashion and faculty are not available to meet because they are out of contract or students did not give them enough time/options to respond, this will be considered the student's obligation. Thus, they will be responsible for any negative consequences resulting from this situation. Students need to coordinate the location and timing of the meeting with the Departmental Support Staff and DCT so that at least two weeks of advance notice can be provided to all invitees. Students should not ask for release time from other program obligations to schedule their thesis proposal or deense meetings.

### *Content, Format, and Presentation Guidelines*

Students should work collaboratively with their mentors when deciding upon the format, style and length of the proposal. Unless otherwise noted, students should follow the APA style and publication

guidelines when preparing their documents. Students are also responsible for preparing documents in accordance with any  university guidelines. It should be noted that the APA and university guidelines may vary and students are responsible for ensuring that their documents are in accordance with these guidelines and submitted at the appropriate times.

### *Evaluation of the Thesis Proposal and Defense*

At the end of the thesis defense and proposal meetings, the committee will provide the student with feedback regarding their project and decide to either accept, accept with revisions, or reject. A decision of acceptance with revisions may include a call for slight or substantive revisions and may require the student to meet again with the committee to have the revisions approved. In such instances, the "Thesis/Dissertation Acceptance with Revisions" form should be completed and signed off on by the committee and student. This form should be filed in the Clinical Office. If a second meeting is scheduled, it should be done using the same format as the original meeting, although the 20 minute presentation may focus primarily on changes made in response to feedback. Alternative presentation formats may be agreed upon by all members of the committee, but a written description of these changes must be  filed with the DCT 2-weeks prior to the second meeting. Regardless of whether a student is required to meet again with the committee, the committee members should be supplied with an updated version of the thesis document once all revisions are made. With regard to the thesis proposal, these changes should be submitted PRIOR TO any data collection. Submission of the revised document should be done within a time-frame set by the committee members and agreed upon by the student. A student does have the right to appeal a time-frame given to them if they feel it is unfair. This appeal will be filed with the DCT and reviewed by the Clinical Training Committee.

Following the thesis proposal and defense meetings, each member of the thesis committee will complete the Rowan University Thesis Scoring Rubric. Students must achieve an average score of 83% or above (non-rounded) by each committee member and a 4 or above on each domain of the scoring rubric to pass the benchmark. Students are responsible for ensuring that committee members have copies of the Thesis Scoring Rubrics for the defense meeting. Once completed, these forms should be filed with the Clinical Office by the committee chairperson within 24 hours of the meeting. Data collection for the project should not begin prior to the Thesis Proposal being approved by the committee.

After the proposal and defense meeting, the thesis project is accepted or rejected and the oral examination is judged as satisfactory or unsatisfactory based on the rules described in School of Graduate Studies' thesis and dissertation manual and the program's grading rubric for this benchmark. If the first defense or proposal meeting is deemed unsuccessful, the student will be placed on Probation. The student will be allowed one more time to propose or defend the thesis. The second proposal or defense must then be completed by the end of the following semester at the very latest (including Summer Session). Students will not be permitted to take Qualifying Exams or proceed with additional coursework in the program until the Thesis Benchmark is completed. Students will also not be permitted to begin their 3rd year practicum placements until the Thesis benchmark is completed.

If the second proposal or defense is deemed unsuccessful, the student will be dismissed from the program. All committee  decisions are transmitted to the CSM Dean, College of Graduate Studies/Rowan Global and the clinical program via the appropriate university and program forms. The student is responsible for making sure these forms are completed and filed properly, with the exception of the rubrics which are the responsibility of the committee chairperson.

A submission of this manuscript to a professional journal is not required to pass the thesis benchmark – unless agreed upon by the student and committee members.

### *The Master's Thesis Paperwork*

The student should familiarize themselves with all appropriate paperwork and bring this paperwork to the various meetings. The student is responsible for all required signatures and submission processes of all paperwork with the exception of the rubrics which are the responsibility of the committee chairperson. It is important to remember that the formal completion of the MA Thesis Benchmark is not done until all of the relevant paperwork is submitted and signed off on by the program, the CSM Dean's Office, and the College of Graduate Studies.

Please note that the thesis committee and approval forms are signed by the Vice Dean of Research in the Dean's office and NOT the Dean of CSM.

### Timeline for Completing the Master's Thesis

It is up to the student to clarify and abide by all timetables as agreed upon between themselves, their mentor and committee, and the DCT.

- The thesis proposal meeting should be scheduled toward the end of the spring semester of your first year and **no later than October 1st of the second year**.
- You are encouraged to start scheduling the defense meeting no later than **January or February of your 2nd year** of the program. The required defense meeting can be scheduled on an individual basis, **but the final date should occur no later than June 1st of the 2nd year** in order for you to be considered in "good standing." Although the June 1st deadline is the final deadline, you are encouraged to defend by the end of the spring semester (typically mid-May) in order to avoid scheduling difficulties during the summer semester. Failure to defend by this date might impact your ability to receive the teaching fellowship stipend increase in the 3rd year and 4th year of the program.
- You are <u>strongly encouraged</u> not to wait until June 1st to defend your thesis, as this is the **final** date for a successful defense to occur.
- You may postpone your first defense meeting for justifiable reasons. However, additional postponements will need to be submitted to the DCT and the Clinical Training Committee for a formal review, and this formal review may take up to 4-6 weeks.
- A suggested research timeline is presented towards the end of this handbook. **This timeline includes time-sensitive tasks in order for students to complete their project by the end of the spring/summer in the second year.**

## Doctoral Dissertation Project

### *Overview of the Doctoral Dissertation*



The dissertation is a substantive empirical research project traditionally completed during the latter part of the student's training. In contrast to the Master's Thesis, the Doctoral Dissertation is intended to be a more independent, and student-led research project that demonstrates the student's ability to conduct independent research and the potential to maintain an independent research program. However, the Doctoral Dissertation should also be considered a collaborative research endeavor that is consistent with the mentor's program of research.

Formulation and planning often begins in the third year of the program or, in many cases, earlier. A research proposal must be prepared, submitted to, and evaluated by a committee. The prospectus document typically includes a review of the relevant literature, a statement of rationale for the study and hypotheses, a description of the research design and methods to be used, power analyses, and planned data analyses. An alternative to an empirical research project may also satisfy dissertation requirements. However, such an alternative must be approved by the student's mentor and the DCT before being presented to the dissertation committee for approval. If there is disagreement between the student's mentor and the DCT, the alternative proposal will be taken to the Clinical Training Committee for a final decision.

The College of Graduate Studies is responsible for setting university based guidelines for the completion of the Master's Thesis. Students are responsible for being familiar with the Thesis and Dissertation Manual, the formatting guidelines, and the policies and procedures governing the Master's thesis in addition to the programmatic guidelines outlined below. All of this information can be found at the School of Graduate Studies Website. A formal dissertation proposal committee meeting cannot be conducted until the committee is formally approved by the parties noted below.

The mentor should initiate all discussions and decision making about whether or not any variations to dissertation policies is undertaken. Mentors are responsible for delivering these decisions to the student and all such decisions should be communicated to the DCT/Clinical Office.

### *The Doctoral Dissertation Committee*

### Assembly of the Doctoral Dissertation Committee:

This committee is made up of a *minimum* of four persons. Two of the committee members should be faculty members from the Department of Psychology who have active research programs. These faculty members should be designated as either Core Clinical Faculty Members and/or Tenure-Track, Research Faculty Members. One of these faculty members should serve as the Chair of the Dissertation Committee. This person is also typically the students primary mentor. The third member should have a doctoral degree and  should be from an outside agency/organization or one of Rowan University's other campuses or hospitals. This person could be an Clinical Affiliated Faculty Member that meets the other specifications, but they may not be either Core Clinical Faculty Member and/or Tenure-Track, Research Faculty Member of the Psychology Department. This person is not required to have an active research program, although it is recommended. The final and fourth member of the committee can fall into either of the two categories noted above and outlined below. Although not required, it is suggested that this person has an active research program and/or specific expertise related to the student's dissertation topic, methodology, or statistical plan. This person oversees the committee processes and is categorized as a committee member who contributes to the evaluation of a student's dissertation but does not have voting privileges. In the case where one of the students' mentors has a secondary appointment to the Psychology Department and Doctoral Program, a second faculty member with a primary appointment to the Psychology Department and Doctoral Program

(i.e., Core Clinical Faculty) must serve as the committee chair. ***If a student is including a committee member on their dissertation committee that is outside of the department, the student should clearly indicate either on the committee form or in the email sent with their form for signatures the clear name, title, and training for that individual.*** For example, "Dr. Outside has a PhD from Temple University and is currently an Associate Professor in the Epidemiology Department at Temple." Students could present additional information about why this individual was chosen, but it is not required at this time.

The primary mentor in consultation with the student and DCT identifies potential committee members. The committee will need to be approved, in order, by the mentor, DCT, Psychology Department Head, and CMS Vice Dean PRIOR to the initial proposal meeting. In order to facilitate this process, the committee approval form should be submitted to the DCT no later than two weeks prior to the proposed proposal meeting. The formal approval of the committee should be documented on the forms supplied by the School of Graduate Studies and Appendix. A formal thesis proposal  meeting cannot be conducted until the committee is formally approved by the parties noted previously.

It is expected that a student's committee will remain the same throughout the entire process. If a change needs to be made, a formal request must be made to the DCT with the reason for this request made clear and explicit (see "Request to ChangeThesis or Dissertation Committee Form"). Failing any part of the proposal or defense meeting is not an acceptable reason for making a change. The request may take 4-6 weeks to process and a formal decision will be made by the Clinical Training Committee. Once the change is approved, the student must submit a new committee form to all relevant parties in the program and at the university. Students are responsible for any and all delay's changing a committee may cause to their being able to complete the rest of their academic requirements. The College of Graduate Studies will not accept committee changes after the midpoint of the student's FINAL semester.

When completing the committee paperwork, it is suggested that students complete all of the sections of the form (including faculty/administrator names in the "print your name here" sections) before sending the form for formal signatures and dates. Additionally, it should be noted that the signature for the "Dean" is actually sent to the Vice Dean within the College of Science and Mathematics. Finally, students should recognize that turnaround time for such forms may take up to 2 weeks and should be started in enough time to get relevant signatures completed before any other program or university deadlines.

## Roles and Responsibilities of the Doctoral Dissertation Committee

- Chair (1st Committee Member) – Oversees the organization, flow, and procedures of the dissertation meeting. This person is typically the student's primary mentor. This person has voting rights.
- 2nd Committee member – This person oversees the quality of the dissertation proposal and project. This person has voting rights.
- 3rd Committee Member (Outside Member) – This person oversees the quality of the dissertation proposal and project. This person has voting rights.
- 4th Committee Member – Ensures that the Chair properly oversees the organization, flow, and procedures of the dissertation meeting. While this person has a voice in this process and reviews the document, this person does not have voting rights.

### *The Doctoral Dissertation Proposal and Proposal Meeting*

Students should work with their research mentor to plan and develop their dissertation proposal. Once this proposal is completed, the student should then plan their prospectus meeting with their mentor and the other members of the dissertation committee. The purpose of the prospectus meeting is to provide a mechanism for providing the student with feedback about their proposal and approve their moving forward with the dissertation project.

The proposal meeting should be approximately 1 ½ to 2  hours in length, although these times might be different if negotiated on and approved by the student's mentor and the rest of the committee. Any such agreements must be made two weeks prior to any defense meeting and need to be approved by the DCT two weeks prior to the proposed new meeting date. Given the turnaround time for such a decision and the possible need for consultation by the CTC, the request should be brought to the DCT at least three weeks prior to the proposed new meeting date.

You should prepare a formal presentation of your dissertation project for the proposal meeting, and the presentation should be delivered via power- point or another presentation software package. The presentation should be approximately 20 minutes in length. A written dissertation proposal document should also be delivered to the thesis committee prior to the proposal meeting. The proposal document should be delivered to committee members at least 2 weeks in advance of the proposal meeting; however, alternative timetables may be established and agreed upon by the student, their mentor, and the committee. If a student does not deliver their proposal or document for the defense meeting at least two weeks prior to the meeting, any member of the committee may call for a delay in that meeting up to and including one day prior to the originally scheduled meeting.

On the date of the proposal meeting, all the members of the committee have to be present in order for that meeting to count as a successful proposal meeting unless another arrangement is made and approved by the DCT. It should be noted that the absence of any committee member will only be permitted in rare and extreme situations. In such situations, the student and mentor will work together to ensure that either a) the faculty member is replaced appropriately or b) another mechanism is used for the absent committee member to view, discuss, and vote on the proposal meeting.

The proposal must be approved before a student can apply for an internship. It is the students responsibility to plan their  proposal defense date with adequate time to ensure  their committee could meet a second time, if necessary, before the date required for internship applications. The minimum time prior to a second proposal meeting is two weeks prior to when application applications are due. Failure to meet this deadline will result in the DCT removing students from the internship match process and will require the student to engage in an additional year in residence in the program.

Students should not ask for release time from other program obligations to schedule their thesis proposal or defense meetings.

### *The Doctoral Dissertation Document and Defense Meeting*

Once a student has completed their dissertation project and prepared their dissertation document, the student should plan their dissertation defense meeting with their mentor and the other members of their dissertation committee. The purpose of the defense meeting is to ensure that the student's dissertation is of adequate scientific quality and that the student has an adequate knowledge of the dissertation content and subject area. Additionally, the project and the student's understanding of the project should demonstrate the ability to contribute to the furthering of scientific knowledge in the content area of the dissertation topic.

 Once the student has decided upon a defense date, they are then responsible for advertising that defense date to the faculty, staff, and students in the department; members of the dean's office; and other invited guests of the students. The presentation portion of the dissertation defense meeting is open to all university faculty/staff, students, and invited guests of the student. The proposal meeting should be approximately 1 ½ to 2  hours in length, although these times might be different if negotiated on and approved by the student's mentor and the rest of the committee. Students should prepare a formal presentation of the dissertation project for the defense meeting, and the presentation should be delivered via power- point or another presentation software package. The presentation should be approximately 20 minutes in length and focus on the results, a discussion of how these results fit into the existing literature, and a critical analysis of the study itself . Following the presentation, members of the audience are excused and the committee meeting begins. The meeting includes critical questions to the student regarding the literature, the method and analyses employed, the results, and any other questions designated as important by the committee members. The dissertation document is also evaluated for organization, writing, clarity of thought, and critical thinking among other elements. Discussion of related research areas, methods, or analyses that are consistent with the context of the dissertation may also occur. Finally, the committee may advise the student on how to make the project suitable for potential publication and presentation.

On the date of the defense meetings, all the members of the committee have to be present in order for that meeting to count as a successful defense meeting unless another arrangement is made and approved by the DCT. It should be noted that the absence of any committee member will only be permitted in rare and extreme situations. In such situations, the student and mentor will work together to ensure that either a) the

faculty member is replaced appropriately or b) another mechanism is used for the absent committee member to view, discuss, and vote on the  defense meeting.

## Approval and Scheduling of Dissertation Proposal and Defense Meetings

Students should work collaboratively with their mentor and committee members to set the proposal and defense meetings. The mentor must approve the final version of the proposal and defense documents prior to scheduling any committee meetings. It should be noted that approval of the proposal or final dissertation document by one's mentor does NOT guarantee approval by the rest of the committee prior to the official meeting dates. After approval from the mentor, the student is responsible for providing a copy of the document to the committee members, at minimum, two weeks in advance of the meeting date. This is important because committee members must have time to evaluate the document in order to provide  their approval for the meeting to proceed. Inadequate time for the faculty to examine a document will result in a meeting being cancelled unless all members of the committee agree to proceed with the meeting. Should any member judge the document to be inadequate to proceed to committee, they will indicate so to the mentor and DCT, the meeting will be cancelled, and guidelines for remediation will be provided to the student. A document being judged "adequate" to proceed to a committee meeting does not imply that this document has been judged to pass the quality standards of the committee. In contrast, it simply means that there are no gross deficiencies present in the document that would not allow the committee to provide an evaluation of the product.

Students should take into consideration faculty contracts and time commitments when planning their proposal and defense meetings. Some faculty work 12 months, although most work on 10 month contracts. Thus, the summer becomes a difficult time to hold  meetings and faculty members on a ten-month contract are not obligated to meet when they are off contract. Students should talk to their mentor a semester in advance to make sure the faculty can be available in person. Students should discuss the timing of all meetings with their mentor and committee members. If a student fails to plan their meeting in a timely fashion and faculty are not available to meet because they are out of contract or students did not give them enough time/options to respond, this will be considered the student's obligation. Thus, they will be responsible for any negative consequences resulting from this situation. Students need to coordinate the location and timing of the meeting with the Departmental Support Staff and DCT so that at least two weeks of advance notice can be provided to all invitees.

Students should not ask for release time from other program obligations to schedule their thesis proposal or deense meetings.

## Content, Format, and Presentation Guidelines

Students should work collaboratively with their mentors when deciding upon the format, style and length of the proposal. Unless otherwise noted, students should follow the APA style and publication guidelines when preparing their documents. Students are also responsible for preparing documents in accordance with any university guidelines. It should be noted that the APA and university guidelines may vary and students are responsible for ensuring that their documents are in accordance with these guidelines and submitted at the appropriate times.

## Evaluation of the Dissertation Proposal and Defense

At the end of the dissertation defense and proposal meetings, the committee will provide the student with feedback regarding their project and decide to either accept, accept with revisions, or reject. A decision of acceptance with revisions may include a call for slight or substantive revisions and may require the student to meet again with the committee to have the revisions approved. In such instances, an "Thesis/Dissertation Acceptance with Revisions" form should be completed and signed off on by the committee and student. This form should be filed in the Clinical Office. If a second meeting is scheduled, it should be done using the same format as the original meeting, although the 20 minute presentation may focus primarily on changes made in response to feedback. Alternative presentation formats may be agreed upon by all members of the committee, but a written description of these changes must be  filed with the DCT 2-weeks prior to the second meeting. Regardless of whether a student is required to meet again with the committee, the committee members should be supplied with an updated version of the dissertation document once all revisions are made. With regard to

the dissertation proposal, these changes should be submitted PRIOR TO any data collection. Submission of the revised document should be done within a time-frame set by the committee members and agreed upon by the student. A student does have the right to appeal a time-frame given to them if they feel it is unfair. This appeal will be filed with the DCT and reviewed by the CTC.

Following the dissertation proposal and defense meetings, each member of the dissertation committee will complete the Rowan University Dissertation Scoring Rubric. Students must achieve an average score of 80% or above (non-rounded) by each committee member and a 4 or above on each domain of the scoring rubric to pass the benchmark. Students are responsible for ensuring that committee members have copies of the Dissertation Scoring Rubrics for the defense meeting. Once completed, these forms should be filed with the Clinical Office by the committee chairperson within 24 hours of the meeting.

After the proposal and defense meeting, the dissertation project is accepted or rejected and the oral examination is judged as satisfactory or unsatisfactory based on the rules described in School of Graduate Studies' thesis and dissertation manual and the program's grading rubric for this benchmark. If the first defense or proposal meeting is deemed unsuccessful, the student will be placed on Probation. The student will be allowed one more time to propose or defend the dissertation. The second proposal or defense must then be completed by the end of the following semester at the very latest (including Summer Session).

If the second proposal or defense is deemed unsuccessful, the student will be dismissed from the program. All committee decisions are transmitted to the School of Graduate Studies and the clinical program via the appropriate university and program forms. The student is responsible for making sure these forms are completed and filed properly, with the exception of the rubrics which are the responsibility of the committee chairperson.

A submission of this manuscript to a professional journal is not required to pass the dissertation benchmark – unless agreed upon by the student and committee members.

**The Doctoral Dissertation Paperwork**

The student should familiarize themselves with all appropriate paperwork and bring this paperwork to the various meetings. The student is responsible for all required signatures and submission processes of all paperwork with the exception of the rubrics which are the responsibility of the committee chairperson. . A student must complete and have all candidacy paperwork approved before defending one's Dissertation. This paperwork is found at the School of Graduate Studies Website. It is important to remember that the formal completion of the Doctoral Dissertation Benchmark is not done until all of the relevant paperwork is submitted and signed off on by the program, the CSM Dean's Office, and the College of Graduate Studies.

Please note that the dissertation committee and approval forms are signed by the Vice Dean of Research in the Dean's office and NOT the Dean of CSM.

**Timeline for Completing the Doctoral Dissertation**

- The dissertation proposal meeting must be successfully completed before students are permitted to apply to internship programs. The minimum time prior to a second proposal meeting is two weeks prior to when application applications are due. Failure to meet this deadline will result in the DCT removing students from the internship match process and will require the student to engage in an additional year in residence in the program. The deadline for this is determined annually, although it usually occurs **October 1st.**
- Most postdoctoral training sites require that a student's dissertation be completed before beginning their postdoctoral training. Students should discuss with postdoctoral training supervisors, their mentor, and the DCT aout requirements to begin earning hours toward licensure. Additionally, the student should discuss the timing of their dissertation defense with their mentor and internship training director (as appropriate) regarding the planning and timing of their dissertation defense meeting.



- The dissertation defense should be completed prior to the end of the Spring Semester, fifth year. If not, the defense must occur, at the very latest, by the calendar date 12 months from the date of internship completion in order for the student to be considered in good standing within the program.

# Qualifying Examination

## Overview of the Qualifying Exam

The qualifying exam is a major benchmark that serves as the final benchmark before students are officially elevated to doctoral candidacy status. The exam is intended to assess students' fundamental knowledge of clinical psychology and practice. The exam is also representative of the APA's Discipline Specific Knowledge areas (DSKs) and Professional Wide Competencies (PWCs) and allows for the assessment of the students competencies and knowledge within these areas. The content areas represented in the exam are covered in the coursework students typically take during Years 1 and 2 of the program.

To do well on the exam, students should have a mastery of the content covered in core clinical courses. However, the exam is also intended to cover content that goes beyond mastery of course material. Students are expected to show an advanced understanding of the major domains covered on the exam. This understanding should include knowledge of recent advances in particular domains (e.g., familiarity with important recent publications in each domain) and how knowledge from different domains can be appropriately integrated.

## Content, Format, and Test Guidelines

The qualifying exam covers 7 content ares, including (in no particular order): 1) Psychopathology, 2) Intervention, 3) Research Methods & Statistics, 4) Assessment: Cognitive and Personality Assessment and Psychometrics, 5) Consultation & Supervision, 6) Ethical and Legal Issue, and 7) Health Psychology & Integrated Primary Care/Healthcare. Diversity and Multicultural issues will be covered across all content areas.

Two months prior to the exam, students will receive 4 questions from each content area to prepare for the exam. Questions will be essay or short answer format and the content will come primarily from content covered during relevant coursework (books and/or peer reviewed articles) related to each content area. To prepare for the exam, students should review and study any and all resources delineated on your course syllabus or lectures from courses related to the content areas.

One professor is designated each academic year as the exam coordinator and, as such, solicits the questions from the faculty, schedules and monitors the examination, distributes the student's answers to respective clinical faculty for grading, compiles the scores, and provides outcome feedback to the student(s). The faculty exam coordinator is also responsible for explaining the format, scoring procedure, and any other pertinent questions students may have about the exam. The clinical faculty write the examination questions. There is "blind" scoring of tests, meaning student names will not be revealed to evaluators. Students will be assigned an ID number by the Assistant to the DCT that only they will know. Students are asked to write in a way that does not allow for their identity to be determined.

The exam itself is typically scheduled toward the end of August between the students 2nd and 3rd year in the program and takes place on campus over a two day period. Each day, up to 4 content areas will be assessed, with up to 2 content areas assessed in each testing block. Testing blocks will be 4 hours in length, with a 4 hr morning block of time and a 4 hr afternoon block of time. Typically, the exam begins at 8am and concludes at 5pm with a 1 hour lunch break in between testing blocks. Prior to beginning each testing block, students will receive up to 4 questions (2 from each content area) and be asked to answer up to 2 of those questions (1 from each content area) during that testing block. Students will be blind to what content areas and what final questions will be selected prior to entering the test on the particular day. You are encouraged to spend no more than 2 hours per content area, although it is up to you to plan and organize your time on the day of the exam.

Students' answers to questions on the day of the exam will be limited to 4 pages of double spaced, 11-inch formatted text using Arial or Times New Roman font using no-more than 1/2-inch margins. Answers to each question should be saved as a separate document using the following name format: ID NUMBER, NAME OF CONTENT AREA, QUESTION # (e.g., "01, Psychopathology, Question 1"). Your unique and confidential ID# will be given to you on the day of the exam. You will be required to either bring a laptop to use on the day of the exam or another computer will be provided for you. No hard copy, electronic or internet

resources can be used when completing your answers. You will be given a flash drive by the proctor to save your answers and your work during the exam. This flash drive will be collected at the end of each day of the exam and your answers for that day of the exam will be removed for distribution and grading.

Some classes use primary resources/peer reviewed articles more than others. Thus, questions may come from a collection of articles versus a book. Some questions might come from a combination of primary sources and books. Regardless of where the material comes from, you are expected to provide appropriate APA, in-text citations in your answers. Although no specific number of citations is required, a passing answer will typically include between 4-6 citations per question. Students are _not_ expected to include a reference list/full-text citation at the end of their answers.

Unfortunately, there is not a comprehensive study guide, as we do not want to mislead the student on what to study versus what not to study. The student should remember that the quality of their writing and the ability to properly cite relevant resources using APA style are part of the evaluation rubric for this benchmark.

## Evaluation Standards & Guidelines

The grading rubric for the qualifying exam is available to students and should be continually consulted as students prepare for the qualifying exam. As noted in that rubric, students will be graded on 1) reading ability/writing/organization (25 points), 2) cultural context/diversity/framework/opposing viewpoints with empirical support (35 points), 3) content with empirical support (35 points), and 4) APA style (5 points). Thus, each question is worth 100 points total.

Two faculty members will grade each response. If both faculty evaluate the answer as a "fail," the student will have been considered as having failed that section. If one faculty member evaluates the answer as a "fail" and the other faculty member evaluates the answer as a "pass," a third faculty member will evaluate the answer to break the tie. A passing grade for an answer will be considered an 83% or above. Students are provided with their scores as soon as possible and no later than one month following the completion of the exam.

All 7 content areas must be passed to matriculate within the Ph.D program and be considered a doctoral candidate. If 1-3 content areas are not passed at an 83% or above, the examinee will have one chance for remediation in each content area. If 4 or more content areas are not successfully passed, the student will be considered to have failed the examination and will be required to complete the entire exam at the next available testing date. All students who failed ANY section of the exam will be required to meet the DCT to discuss their test performance, their options for remediation (if any), and a plan for their progression in the program. The students mentor and other relevant faculty members and/or administrators might also be invited to this meeting. During this meeting, a remediation plan and timeline will be constructed as appropriate. Unsuccessful completion of all or parts of the exam may lead to changes in funding, ability to complete additional coursework, and status in the program (i.e., probation, termination, removal from practicum). A student who has failed the qualifying exam in part or entirely **twice** will be dismissed from the program.

A student who arranges to sit for the qualifying exam, shows up for its administration, and leaves without submitting anything to be graded will be considered as having taken the examination. In this situation, or if a student misses or no shows for any or all parts of the exam, this examinee's grade on the **entire** exam will be recorded as a non-passing grade.

## Appeal of Comprehensive Examination Grade

If a student fails a question on the comprehensive exam and believes that any portion of their exam was not scored fairly or accurately, then the student should write a letter to the DCT explaining in detail why an appeal should be granted. Pending review by the DCT, the appeal will then be brought to the attention of the CTC for disposition. Results of the preliminary examinations may also be open to appeal at the college and university level using appropriate appeal processes outlined elsewhere in this handbook.

**Timeline for Qualifying Exams**

*Scheduling of Exam*

The qualifying exam is offered annually. The exam typically is held in August or early September during the summer term between the students 2nd and 3rd year in the program. The official exam date is typically announced by the end of the Spring semester prior to the exam date. The DCT will meet with students to discuss the exam either during the spring semester or early in the summer session prior to the exam. After this meeting, students are required to complete and submit the "Request To Approve Qualifying Examination" form which must be signed by the student and the DCT or other program representative.

*Rescheduling the Qualifying Exam*

If the examinee cannot take the scheduled exam due to a documented medical, family or other extenuating circumstance/emergency, may be offered to the student at an alternative date determined by the DCT. The exam questions will be chosen from the original list of questions distributed to students, although the questions chosen on the days of the make-up exam may vary from those chosen for the original exam. In such circumstances, students may be allowed to **temporarily** matriculate to Year 3 and doctoral candidacy until the make-up exam is taken and scored. However, the make-up exam must be completed by the end of the fall semester of the student's third year in the program. Undocumented events that preclude the student from taking the exam will not be accepted as an excuse for not taking the scheduled exam, although student will be given time produce necessary documentation. If any unforeseen situations arise that affect the completion of the test, the student should inform the DCT within 48 hours, or as soon as possible, to discuss alternatives - if any.

On occasion, students who have previously committed to an upcoming test administration may wish to delay it until the next administration. There is no penalty for doing so, besides the student not being considered a doctoral candidate and not being part of the traditional curriculum and teaching fellowship guidelines. Notification of withdrawal from the exam must be made by the student in writing to the DCT, the mentor, and the clinical area assistant. Withdrawal requests can be made up to 24 hours (48 hours preferred) in advance of the exam. Requests are routinely granted, but notification is essential and required. After requesting and being granted deferral, the student should contact the DCT to review their options with regard to the program's curriculum sequence as soon as possible.

## Sample Qualifying Exam Question

**Clinical Assessment Question:**

As the head psychologist, you want to purchase a new intelligence test for your facility. Your supervisor, however, does not think the expense is needed, as you already have other tools to use. In order to convince your supervisor to purchase this test, you will need to explain why this instrument is essential. In your argument, identify the test you would recommend the facility to adopt and describe the psychometric properties (reliability, validity, measurement error, norm groups) of the instrument. Remember that the supervisor knows nothing about tests, so you have to define any terms you use in your argument.



.

<u>**Diversity Experience,**</u>        <u>**Resources, Training, &**</u>

<u>**Benchmarks**</u>

## Overview

The PhD Program in Clinical Psychology at Rowan University (RU) trains our graduate students in how to appropriately elicit the best in individuals by being respectful and informed about how individual differences and diversity affect values, attitudes, behaviors, and emotional responsiveness. All of our methods are based on evidence-based research and resources. We further believe that for our graduate students to acknowledge individual differences and diversity in their professional lives requires a psychological understanding of how various unique variables (e.g. age, color, disability, ethnicity, gender, culture, language, national origin, religion, sexual orientation, and socioeconomic status) influence human motivation, goals, and mechanisms for growth and conflict resolution. Our Program maintains policies and practices that demonstrate a non-discriminatory atmosphere. Rowan University, the Department of Psychology, and the PhD Program in Clinical Psychology students, faculty, and staff are broadly diverse.

While there are numerous resources and readings in the diversity literature, the framework for our Program's view on diversity is based on three seminal readings. The first reading is the *ADDRESSING Framework* by Pamela Hays (2008), an APA benchmark book on cultural sensitivity and variables of self-identity, which are: Age, Developmental (acquired; delayed), Developmental (congenital), Religion, Ethnicity/race, Social Economic Status, Sexual Orientation, Indigenous Background, National Origin, and Gender. Other areas are marital/partner status, medical history, health disparities, oppression, "isms," skin color, weight bias, etc. The second reading is the *Counseling the Culturally Diverse: Theory and Practice*, 7th Edition by Sue and Sue (2016). The overarching, guiding principles from this reading when working with diverse communities is ASK: Assessing biases and worldviews, Skills development, and Knowledge acquisition. The third and final seminal reading is the **American Psychological Association's (2002)** ***Guidelines on Multicultural Education, Training, Research, Practice and Organizational Change for Psychologists*** (See: **http://www.apa.org/pi/oema/resources/policy/multicultural-guideline.pdf**)

## Additional Support and Resources

In our program we are committed to a training process that ensures that graduate students develop the knowledge, skills, and attitudes to work effectively with members of the public who embody intersecting demographics, attitudes, beliefs, and values. When graduate students' attitudes, beliefs, or values create tensions that negatively impact the training process or their ability to effectively treat members of the public, the program faculty and supervisors are committed to a developmental training approach that is designed to support the acquisition of professional competence. We support graduate students in finding a belief- or value-congruent path that allows them to work in a professionally competent manner with all clients/patients.

For some trainees, integrating personal beliefs or values with professional competence in working with all clients/patients may require additional time and faculty support. Ultimately though, to complete our program successfully, all graduate students must be able to work with any client placed in their care in a beneficial and non-injurious manner. Professional competencies are determined by the profession for the benefit and protection of the public; consequently, students do not have the option to avoid working with particular client populations or to refuse to develop professional competencies because of conflicts arising from their attitudes, beliefs, or values.

Below please find an abbreviated list of additional resources addressing diversity (broadly defined).

- **American Psychological Association's Guidelines on Multicultural Education, Training, Research, Practice and Organizational Change for Psychologists**
- **APA's Graduate Student Resources**
- **APA's Policy Statements on Disabilities Areas**
- **Rowan University Social Justice, Inclusion and Conflict Resolution**
- **Rowan University Office of Equity and Diversity**

## Disability Services

In compliance with Section 504 of the Rehabilitation Act of 1973, the Americans with Disabilities ACT of 1990, and applicable federal and state laws, Rowan University ensures people with disabilities will have an equal opportunity to participate in its programs and activities. Individuals requesting auxiliary aids,

accommodations, and services to participate in Rowan University's programs must present a current accommodation verification letter (AVL) to the DCT and course instructors before accommodations can be made. AVL's are issued by the Office of Disability Services (ODS). **For more information about disability resources at RU, please click <u>here.</u>**

 When students are accepted and enrolled in the program, we encourage each student to inform the DCT, their research and clinical mentors, and professors of any disability that we, as the faculty, should be aware of to help the student successfully matriculate through the program. For ADA purposes, please go to the Academic Success Center for the proper documentation to provide to the aforementioned persons. Please refer to the diversity appendix for all areas of diversity and possible areas of disabilities.



# Student Behavior and Professionalism

## Ethical Conduct and Professional Behavior

Integrity and ethical conduct is the foundation for everything the professional clinical psychologist does. Likewise, students are responsible for complying with all ethical, legal, and professional guidelines that regulate professional practice and behavior. One of the most important documents that addresses such responsibilities is the American Psychological Association's **Ethical Principles of Psychologists and Code of Conduct**. Students should be aware of these principles and regulations and be in compliance with them throughout their training. In addition to the Ethical Principles, students should also be knowledgeable and in compliance with other policies and procedures that guide behavior as outlined by the Department of Psychology, the PhD Program, and Rowan University (RU). When acting as a representative of the university and program in other settings (e.g., practicum training sites), students should be knowledgeable and in compliance with any policy and procedures that govern their behavior that are unique to that site and setting. In addition to the Ethical Principles, a few other regulatory guides/documents are listed below. However, students should be aware that this list is not comprehensive and other resources can be found throughout this manual, through discussion in classes and research meetings, via onboarding/orientation meetings, and through other mechanisms during the students training.

- General Guidelines for Providers of Psychological Services to Ethnic, Linguistic, and Culturally Diverse Populations
- APA Guidelines for Practitioners
- The Office of Research Compliance
- Rowan University Academic Code of Student Conduct

## Prohabition of Sexual Harassment And Discrimination

Our training program and RU are committed to providing a training environment that is free of any and all harassment and discrimination. Any such activity by students, faculty, staff, or any other person affiliated with the program is solely prohibited and will be acted upon quickly and firmly. Students are expected to be aware of the relevant university policies and professional codes of conduct that govern such behavior. Links to relevant policies and procedures, reporting policies, and additional guidance on such matters are provided in the "Policies and Procedures" section of this handbook.

## Personal And Emotional Competency

The faculty's responsibility for training budding psychologists and graduate students in our program includes the need to attend to the personal and emotional competencies of the students. When, in the judgment of the faculty, a student exhibits behavior that interferes with the student's performance in program-related duties as a teacher, clinical practitioner, or researcher, the faculty may recommend that the student take a leave of absence (for medical or personal reasons) or, if the situation is more serious, discontinue training permanently. While evidence provided by other professionals will be germane to such decisions, the faculty reserves for itself the sole responsibility for determining a student's fitness for continuation in the program.

Faculty have the professional responsibility to monitor areas of student development including, but not restricted to, interpersonal skills, work with clients, conducting sound and ethical research, personal limitations that potentially interfere with competent performance in the clinical setting or in teaching or other obligations (e.g., poor appreciation of one's impact on others, an inability to respond constructively to feedback in supervision). In the case of clinical students, personal and emotional competencies are particularly important because of the impact that student impairment may have on the welfare of clients. In an extreme situation, should the faculty become concerned that a student's behavior is potentially seriously damaging to clients or other individuals (either because of direct observation by the faculty or reports from other of the student's supervisors), the faculty has the right to immediately suspend that student's clinical work and research activities while their performance is being reviewed.

**Student Professionalism**

Each graduate student is expected to conform to reasonable standards of academic and professional conduct in all activities related to the teaching, research, and service functions within the Clinical Area, the Department, and the University. Relevant standards include, for example, the Ethical Standards of the American Psychological Association. Students are responsible for understanding and abiding by these and related standards for clinical psychologists and students in training.

While professionalism is not a part of the student's explicit coursework, it is an implicit expectation every year of their graduate training! Although students may not get a specific grade on professionalism, it can influence evaluations, recommendations, and their grades. It also has the potential to impact their social environment and social functioning. Each graduate student is expected to conform to reasonable standards of academic and professional conduct in all activities related to the teaching, research, and service functions of the Clinical Area, the Department, and the University.

Along with meeting with one's mentor, each student should meet with their practicum supervisor to receive verbal and written feedback on clinical skills, professional and personal development, and any other relevant feedback. The students should also use these periods to self-reflect on their own growth as well as areas of needed improvement. Students are expected to adhere to Rowan University's Honor Code: Member of the Medical Community  & the Student Code of Conduct.

**Professional Etiquette Reminders**

1. Every written communication regarding the program or university matters should be done so in a formal way. These communications may become a legal document or reviewed by a 3rd party. In the current days of texting and blogging, some people may write an email similar to a text or blog. The Program asks each student to be mindful of how they craft/draft emails (which are formal communications) to peers, colleagues, mentors, clients, participants etc.

2. Although currently there is not a formal dress code, it is important to remember that clients and research participants are often seen in the buildings and throughout the Rowan campuses; thus, it is important to dress appropriately, even if students are not seeing a client or research participant.

3. As a professional, especially one in the clinical field, students should carefully consider what they post on the web, Facebook, Twitter, match.com, or any other social media outlets. Similarly, they should consider the nature of their phone messages. It is not uncommon for fellow professionals, potential employers, internship sites, or clients to either seek out or encounter such information. Legal authorities are looking at websites for evidence of illegal activities. Some prima facie evidence may be gained from websites such as photographs, but text may also alert authorities to investigate further. Although signature lines are ways of indicating uniqueness and philosophy, one is not in control of where the emails may eventually end up and this could affect how others view students as a professional.

4. Quotations on personal philosophy, religious beliefs, and political attitudes might cause unanticipated adverse reactions from other people. Similarly, greetings and voicemail messages that might be entertaining to peers, express individuality, and indicate a sense of humor, may also not portray students in a positive and professional manner. If cell phones or home telephones are used for professional purposes (research, teaching, or clinical activities), be sure the greeting is appropriate and professional in connotation and content.

5. Information that seems to be fun, informative, and candid might reflect negatively on the program and place the student in a bad light. What might be seen as "private" self-disclosure indicating their perceptions of themselves among friends is actually very public. This includes blogs, personal pages on the web and other such media. Anything on the web is potentially available to all who seek it. Trainees are reminded that, if the student identifies themselves as a graduate student in the program, then we have some interest in how the student portrays themselves. If the student reports doing something unethical or illegal, then such communications/information may be used by the program to determine probation or even dismissal.

6. Again, if students identify themselves as graduate students in our program, then we have some interest in how they portray themselves. If they report doing something unethical or illegal, then the website may be used by the program to determine probation or even expulsion. As a preventive measure, the program advises that students (and faculty) approach online blogs and websites that include personal information carefully. Is there anything posted that one would not want the program faculty, employers, family, or clients to read or view? Students are advised to engage in "safe" web practices and be concerned about professional demeanor and presentations.

7. Postings to a variety of listservs might also reflect poorly on the student and the program depending upon the content and tone of such submissions. Students should be careful to present themselves and their views in a professional manner.

8. In a related vein, the following is the Program's social media policy, which sees the student as an employee. Online personas and the content that is published should be consistent with Rowan University's values, brand and social media guidelines, policies, and professional standards.

9. Public communications concerning Rowan University, faculty, staff, and all employees of the University and any other affiliates of Rowan University must follow University and Program policies. Accordingly, employee complaints regarding alleged discrimination, unlawful harassment, or safety issues should be made consistent with the complaint procedures in the employee and/or student handbook.

10. Social media communications are deemed individual rather than organizational communications, unless managing a University's sponsored site is done in an official capacity. Employees can be held personally liable for their posts. For this reason employees should use common sense and exercise caution with regards to exaggeration, obscenity, guesswork, copyrighted materials, legal conclusions, and derogatory remarks or characterizations.

11. If students discuss work-related matters online that are within the area of job responsibility, they must disclose their affiliation with the University.

12. Students may not disclose any sensitive, proprietary, confidential, legal, or financial information about the University or individuals affiliated with the University. They may not disclose information protected under FERPA, HIPAA, or other laws or regulations.

13. While students may respectfully disagree with University actions, policies, or leadership decisions, they may not attack personally or post material that is obscene, defamatory, discriminatory, harassing, libelous, or threatening with regard to the University, employees of the University, or any University affiliates.

14. All Rowan University social media accounts must be registered with University Communications and follow Rowan University brand guidelines. Please consult with Human Resources or other appropriate university officials if there are any questions about the appropriateness of publishing information relating to the University, its faculty, staff, or any affiliates.

15. Students RU email addresses may be posted on the departmental website/university website.

16. Students are encouraged to keep a separate personal email account. When conducting Rowan University or Program business, a student must use their RU email address. If the student forwards their personal account, they will need to remember which account they would want to respond to email from clients.

## Time Management

One important aspect of graduate training is for students to learn what works best for them in terms of time management. The multiple and diverse requirements of the Clinical Program necessitate proficient use of time management skills. The consequences for not completing program requirements, or not completing them in a timely fashion, are significant. The most obvious consequence of which is added stress for the student. Should students have difficulty managing the required tasks, we urge consultation with one's mentor for assistance. One's senior peers can also be very helpful. There are several "popular press" self-help books on time management that might be useful (e.g., Julie Morgenstern's "Time Management from the Inside Out" and John D. Cone & Sharon L. Foster's "Dissertation and Theses from Start to Finish") as well as occasional short-course offerings on campus for time management. If you are struggling with time management, you are strongly encouraged to seek consultation from the DCT who can assist you or provide you with other resources that might help you manage your time more effectively.

**Representation of Yourself While in Training**

It is important that students are aware of how they should properly present themselves while in training, and students should recognize that different audiences will have different understanding of what various terms and titles mean. Students should recognize that it is their responsibility, as much as possible, to make sure that those they come in contact with understand their level of training, competency, and standing within the profession. In fact, this is not just a program requirement, but an ethical and legal requirement.

The guidelines below are presented as a guide; however, they are not meant to be comprehensive. Students are ultimately responsible for making sure they are presented correctly and correcting any misperceptions of their current standing. If a student has any questions, they should consult their mentor, supervisors, and the DCT.  Gross violations, or repeated violations, of this policy (i.e., a student presenting themselves as a psychologist while in the program) can be subject to dismissal from the program or other disciplinary action.

The term "PhD Candidate" is a recognized status within academic departments that indicates what degree requirements the student has completed and what remains to be done. "ABD" (i.e., "All But Dissertation") is not an official status, but is shorthand for where a student stands in an academic program. "PhD Candidate" and "ABD," because they convey information in a clear and succinct manner to those who are familiar with academic programs, can be useful when communicating with colleagues within academic communities. To people outside academic communities or who have never been in a doctoral program, however, these terms may be obscure at best in terms of what they are intended to convey. Many of the people who seek clinical services from psychologists in training will have little or no familiarity with academic culture or nomenclature. The Ethics Code directs us to look through the eyes of the beholder.

At the beginning of your training and prior to completion of your MA degree requirements and passing the qualifying exam, you could refer to yourself as a "Ph.D Student" or a student in the Ph.D. Program in Clinical Psychology. After this time, it is fine to use the title "PhD Candidate" when applying for internship applications or when communicating with other professionals in the academic community who are familiar with such nomenclature.  However, as previously mentioned, students should not use the term "Candidate" when communicating with the public, and particularly with clients, who might misconstrue it to imply more training or credentials than the student actually possesses.  Some examples of how you might communicate your standing in email and other communications are listed below.

Your Full Name (M.A. if applicable)
***Ph.D. Student, Clinical Psychology***
Department of Psychology
Rowan University
Robinson Hall
Glassboro, NJ 08028-1701


Your Full Name, M.A.
***Ph.D. Candidate, Clinical Psychology***
Department of Psychology
Rowan University
Robinson Hall
Glassboro, NJ 08028-1701

**<u>Including Your Research Mentor and Research Affiliation</u>**

Some students might also choose to communicate their work with their research mentor. In fact, many of your mentors might require that students do this. Please consult with your research mentor to discuss how they might want you to communicate this affiliation. A standard example is noted below:

Your Full Name (M.A. if applicable)
***Ph.D. Student, Clinical Psychology***
***Graduate Research Assistant to Dr. Seuss***
***Eggs & Ham Research Lab***
Department of Psychology
Rowan University
Robinson Hall
Glassboro, NJ 08028-1701

## What am I Called in the Classroom

Given that you are a teaching fellow, it is best that you present yourself as either a "Teaching Fellow" or "Graduate Teaching Fellow". You can direct students to refer to you using salutations such as Mr., Ms., or Mrs. or by your first (preferred) name. Please do not go by professor, instructor, or lecturer as these are faculty and professional staff positions at RU that carry with them different contractual obligations. If students use these terms when referring to you, it is your responsibility to correct them so that they are aware of your proper title and standing at the university.

### *Preferred Name Policy at Rowan University*

RU currently has a preferred name policy for all students, staff and faulty. Please make sure that you are familiar with the Preferred Name Policy for both yourself and students or other individuals you encounter in a professional context at RU. You can also review a FAQ Document about the Preferred Name Policy that addresses many of the common questions about the policy.

# Additional Policies And Procedures

## Working Outside of the Program

### Overview

Any and all work outside of program requirements and activity needs to be formally requested in writing to the DCT prior to any student engaging in such work. This request should include the a) name of the place of proposed employment, b) the duties/tasks that the student will be engaging in, c) any supervisory arrangement (if applicable), d) the number of hours the student is planning on working/week. Only part-time work will be considered (i.e., 20-hours of work/week or less). The DCT will discuss this proposal with the student's mentor and the Clinical Training Committee (CTC), and a formal decision regarding this work will be provided to the student in writing. If a student's work outside of the program is approved, they will be required to continually update the DCT about their work situation, at minimum, at the end of each semester or until the work situation is concluded. Failure to maintain satisfactory progress in the program, or failure to file semester reports, may result in the CTC re-evaluating the decision to allow students to work outside of the program. It should also be noted that students found to be in violation of this policy (i.e., working outside of the program but failing to notify the program) will be subject to disciplinary action by the program.

Students and their employers are fully liable for the work students perform outside of the program. Students are not covered by university professional liability insurance when performing work that is not associated with a program requirement. Students should consult with their prospective employer regarding professional liability coverage before accepting clinical employment.

After completing their internships, students may need to take a paid position for financial reasons. It is important to remember, however, that there is a seven-year limit for completing all requirements, and taking such a position – especially a full-time position – may jeopardize one's ability to complete all requirements and may ultimately prove to be unwise financially as well.

What students do outside of the Program reflects on the Program whether one wants it to or not. Thus, it is the student's responsibility to see that all work they perform is consistent with the ethical guidelines of the American Psychological Association and with relevant state and federal statutes. This responsibility holds for program-related duties as well as non-program employment or activities. Students should be aware that any violations of statutes and ethical guidelines could affect their status in the program and later license eligibility status. If there is any ambiguity, students should seek advice from the DCT and mentor about whether the work is appropriate to do without having the credentials of a psychologist.

Students are also responsible for informing those associated with the outside activities that their work is unrelated to their university affiliation and ensure that no public claim of a relationship is permitted or assumed.

### Practicing with MA-level Licensure

Students who have MA-level licensure upon beginning the program or who obtain such licensure during training are required to disclose this information to the DCT in writing, on their annual CV,  upon entry in the program, and/or throughout their training. A student must not engage in professional practice except under immediate supervision in a graduate practicum course in which they are formally registered or under the direct supervision of a qualified person designated by the DCT. Any activity involving psychological counseling, psychotherapy or the delivery of professional psychological services that exists in addition to those required by the program must be approved in writing by the DCT.

## Changing Mentors

By program design, a student typically remains with one mentor for the duration of his or her training. However, changes in research interests, career plans, and other factors may necessitate a change of mentor. This is most easily accomplished following completion of a training milestone (e.g., master's project). It is essential that the student discusses the change with the current mentor and must involve the DCT before asking to switch research mentors. Switching research mentors is on a case-by-case basis and may be denied if it is detrimental to a student's matriculation through the program.

To request a change of a mentor, the student must share his or her concerns with the DCT in person and provide the DCT with a written letter. The letter should include: 1) the reason(s) for change, 2) the current mentor, 3) the proposed potential mentor, 4) the completed benchmarks, and 5) an acknowledgment that changing advisors or mentors may delay progress in the student's program. The student's current mentor and DCT should receive a copy of the letter. The letter will be presented at the next faculty meeting. Therefore, each request to change a mentor may take up to 60 days before a decision is made. If a student's request is approved, the student must provide the DCT with a written summary of the change. This summary should also be sent to both the previous and new mentor. Students should know that a request <u>may be</u> denied if it would likely delay matriculation through the program or produce other serious concerns. Students should also be aware that a student's desire to change mentors may not coincide with any faculty mentors being willing to take this student on as a mentor. In such cases, the most likely outcome is the student and program agreeing to part and the student will need to find additional training opportunities in a different program.

## Figure 1. Process of Requesting a Change in Research Mentor



**Approval of Previous Graduate Level Coursework or Master's Thesis Project**

Students who enter the program with previous graduate work and/or a Master's Degree may apply to have previous coursework and/or their Master's Thesis Project accepted and the equivalent course/program requirement waived upon their entry into the program. A maximum of 3 courses may be transferred. Foundational clinical coursework (i.e., assessment, intervention, psychopathology, ethics) can be transferred. In such situations, students will still be asked to sit in on such courses and be an active part of the learning environment, but will typically not be required to complete coursework. All other coursework outside of the clinical coursework may also be transferred. In these situations, students may still attend classes and be part of the active learning community, but they are not required to do so and they are not required to complete relevant coursework while attending these classes.   while not completing coursework. However, unlike the foundational clinical coursework, doing so for these courses will not be required. A student must have received a grade of B or higher for any course to be considered for transfer. 

A student who wishes to transfer previous courses to RU's program must follow the following procedure:

1.  Send an email to the DCT requesting what courses you would like to have transferred.
2.  Complete the Rowan Global "Graduate & Post-Bac Transfer Credit Evaluation Form (TCEF)" form.
    a.  Note that this form requires that student's supply a copy of their transcript and a copy of the syllabi for respective courses in addition to the other information on the form.
3.  Send a copy of syllabi for courses previously taken to the DCT. These course syllabi will be reviewed by the DCT and relevant core clinical faculty to determine if they are equivalent to current courses.

A student who wishes to transfer a previous Masters Thesis to RU's program must follow the following procedure:

1.  Send an email to the DCT requesting to have your Master's Thesis accepted as equivalent to the standards of RU's clinical program.
2.  Provide an official and final copy of your Master's Thesis (must be in APA style).
3.  Provide an official document that identifies the committee members who were responsible for overseeing your Master's Thesis. This document should clearly indicate the names of the committee members, their degrees, and their area of specialization (e.g., clinical, counseling). This form should also clearly indicate who was the primary supervisor/mentor/committee chair. This information should be submitted on official paperwork completed as part of the thesis project. However, if any of the required information is not clear/present on such form, the student may submit additional supporting information as part of their request.
4.  Provide some proof that the Master's Thesis required an official defense meeting that was overseen by faculty (e.g., a copy of the handbook manual which outlines thesis policies would be sufficient, for example).

Ideally, all requests to transfer coursework and/or waive thesis requirements should be made in writing to the DCT as soon as possible after a student is admitted to the program and by August 1st the summer before students apply for their first semester. Requests made after this deadline may be considered in rare circumstances, but such requests **must** be made at least the semester before the class that is being asked to waive is scheduled (e.g., if you want a spring course waived, it should be requested during the fall semester). Students with a master's degree in a field other than psychology are considered to be pre-master's degree students and must complete both coursework and an empirical thesis, or its subsequent equivalence, as part of the program.

Once students submit the necessary paperwork, the DCT will consult with relevant faculty and/or the CTC. A final decision will be made and a written response to the students request will be issued to the student and placed in their student file. Students are responsible for sharing this decision with their respective mentor(s) and/or faculty teaching a particular course. However, in most instances, the DCT will also communicate such decisions to relevant faculty as well.

Please note that there is a difference between transferring credit for a course, "auditing" a course, and having a course "waived". These are often used interchangeably and incorrectly by some people. Transferring means you have taken an equivalent course elsewhere and wish to transfer it in for a course in our program. Auditing a course at RU means that you wish to take a course for NO CREDIT and without having to do any of the coursework (think of it like an extended test drive!). There is no official way to have a course "waived" in the official RU policy/procedure documents. It helps to use the right words when talking to administrative staff at the university if you use the correct terminology and will avoid a lot of headaches for you in the future. Thus, this information is simply provided from an educational perspective.

## Masters Thesis Projects Conducted Prior To Program Admission

Some students may have completed a master's degree from another department or university, in psychology or otherwise, and wish to have their MA Thesis requirement waived. In such circumstances, the student should submit an official copy of their MA Thesis to the DCT and ask to have the requirement waived. This request should also include a list of the students' thesis committee members including their names, degrees, titles, and degree types (e.g., Clinical, Counseling). This information will then be sent to the students' mentors and the rest of the Clinical Training Committee who will judge if that thesis is at the same quality as those completed in the PhD Program. ***This request must be made by the end of the 4th week during the students first semester (Fall) in the program. This formal review and decision  may take 30 to 60 days.*** The decision will be formally documented in  writing and provided to the student. This letter will become part of the students formal record.

## Program Meetings And Student Representatives

### *DCT Student Meetings*

The DCT will meet regularly with student cohorts or the entire student body to provide updates and to discuss issues relevant to the developmental stages of the student's training and to communicate relevant program information to students. Student attendance at such meetings are generally required and students are responsible for knowing information discussed in these meetings.

### *Student Representatives at Program Meetings*



The clinical training committee typically meets at least once a month (usually 1:00 p.m. on Fridays) during the academic year to discuss matters related to the training program. The students elect one student leader from each cohort every year and one alternative who can fill in for the student leader in case of scheduling conflicts. Additionally, the students select one Student Program Representative from either the current cohort leaders or any other students in the program who might wish to fulfill this position. ***These nominations are due to the DCT by the end of the second week of the Fall semester.*** Student leaders from each cohort are allowed to serve multiple years in that position either consecutively or over multiple years.However, student leaders may not serve in that position for more than two year total while in the program. Student leader responsibilities include attending clinical training committee meetings, providing agenda items for such meetings and/or providing student input about current issues during the meeting. Student leaders are also responsible for communicating with members of their cohort and advocating for them in meetings with the clinical training committee and

the DCT. Finally, student leaders are also responsible for communicating information from clinical training committee meetings and other communications to their respective cohort members.

*Additional Student Meetings*

In addition to the regularly scheduled program  meetings, opportunities for students' input, advice, concerns, etc. regarding the program or other issues may occur at other times throughout the training year. These meetings will be held on an as-needed basis and will be announced via email.

Students are also required to meet regularly with faculty mentors and as part of faculty mentor's research teams. Requirements related to such meetings and expectations regarding attendance and participation will be determined by individual faculty mentors. Students are responsible for understanding these requirements and attending such meetings as directed by their faculty mentor.

## Notices and Email Announcements



Information and notices originating from the Clinical Office will be sent via email. It is expected that each student will keep themselves informed of these announcements via their attention to their RU issued email address. ***Students are expected to check their email daily and respond to emails in a timely fashion (i.e., within 24-48 hours of their receipt preferable and within one week at maximum). If students are out of town for any reason and might have a delayed response to email communications, it is expected that they use an "out of office" reply email to indicate this to those who might be communicating with them***. Students are given a Rowan University email account (user@students.rowan.edu) when they start the program and a second, faculty email (user@rowan.edu) when they begin teaching (typically in year two). Students are expected to maintain attention to both emails, although formal program communications will shift from the students.rowan.edu to the rowan.edu during the second year. Your email address will be used for program announcements and official university correspondence. New regulations resulting from HIPAA prohibit the University from forwarding certain emails beyond RU portals, so it is important to ensure that immediate and constant access to Rowan email is preserved.

Some emails will be sent to you asking for a read-receipt response from you. All attempts will be made to limit such correspondences. Although all announcements are important, emails sent asking for a read-receipt contain information that is important for your continued success in the program and that are relevant to program policy or other actions important to students. ***Your response to email communications is considered part of your professional communication competencies and you are expected to maintain timely communication with faculty, the DCT, and the Clinical Office.*** Your response to program communications are tracked and will be part of your evaluation in the program.

## Communal Space in Robinson Hall

There are two communal spaces available in Robinson Hall to all PhD students to be used as work and socialization spaces. These spaces are supplied with a variety of things that can be used by students such as computers, desks, furniture, a microwave, and other various amenities. None of these spaces should not be considered any single person's personal space and are meant for the use of any student at any time Robinson Hall is open. Given that these are communal spaces, students are asked to be respectful of each other when using these communal spaces. The Psychology Department or Program will not be held responsible for any items left in this room that are stolen or damaged and students are responsible for making sure the space is secured (e.g., doors closed, entry codes secured). Additionally, it is the students' responsibility to keep this space clean, especially the microwave and refrigerator. If this room needs to be vacuumed or if something breaks, please notify the DCT or other departmental and program staff in person or via email.

It should be noted that the communal space is not intended for formal meetings and should not be thought of as a space that is "reserved" or closed off to other students in the program. Additionally, this space should not be used for data collection or official research with human subjects or for meetings with other students/individuals who are not part of the clinical training program. Finally, although faculty members attempt to keep this space as a private space for students, faculty and staff do have access to this area and any/all information in this area should be appropriate and in keeping with all ethical, legal, and professional standards.

## Registration and Enrollment

The doctoral program operates on a 12-month schedule. Students are expected to register for coursework every fall and spring semester until graduation as outlined in the course schedule provided in this handbook. Additional coursework may be required during the summer semester. The summer course schedule will be more variable, although it is likely that students will be registered for three credits, at minimum, during the summer semester. ***Students are required to register for courses during the open enrollment/registration period which occurs the semester before courses are taken. Failure to register during this time may result in students not being permitted to register and may delay their progress in the program. Additionally, it will result in other disciplinary action by the program such as a warning or probation.*** In short, registering on time is considered a professional competency and should be attended to as such by students. Registration is important for multiple reasons programmatically, departmentally and at the university level. Any enrollment questions or problems enrolling in classes should be directed to the Office of the Registrar and the DCT.

Students should remember that their bill should reflect a flat tuition fee of $1000/semester regardless of the number of hours for which they are registered (not including fees). If you are ever charged more than this amount, you should NOT pay that bill but instead come to the DCT and other relevant staff in the department to get this bill corrected. If you over-pay for classes, the program will work with you to get this money refunded. However, securing this refund may take a considerable amount of time and have financial repercussions beyond the control of the program.

Students must be continuously enrolled in classes every fall and spring semester in the program, including during their internship year. If for any reason a student is not registering for classes, they must first consult with the DCT and receive specific, written permission to do so. This may require a student to take a leave of absence from the program. Violation of this policy can lead to ineligibility for a teaching fellowship position and/or dismissal from the program.



Any student who is enrolled in classes and actively participating in program requirements (e.g., teaching, research, practicum/internship) are considered full-time students *by the program*. However, *by university standards*, students are considered "full-time" ONLY if they are enrolled in 9 sh/semester. In contrast, "part-time" status at the university is defined as a student enrolled in 4.5-8.5/sh/semester. These university designations are important for students to qualify for health insurance, certain financial aid (e.g., loans), and potential other reasons. Students are responsible for making sure they understand how their enrollment might impact such factors, especially those unique to their situations. Various courses are offered for variable credit so that students can register for the number of credits necessary for their unique situation.

## Brief Leaves of Absence

### *Scheduling Time Away*

The following section is intended to cover brief leaves from the program for things such as illness and vacation. What students should do during university sanctioned holidays or in- and between-semester breaks are also covered in this section. These dates and the rest of the academic calendar can be found here. More extended leaves of absence are covered in a different part of the handbook.

Our program is a year round program, with faculty on 10 or 12 month contracts. Teaching fellowships, while not always for 12 months, are based on a weekly work schedule. The professional component of the training program requires consistent availability and ongoing involvement. In planning brief leaves and for time during university breaks/holidays, the student will need to consider the following:

- If the student is receiving a teaching fellowship or graduate assistantship, they must consult with their supervisor/mentor **prior to** each academic/semester break in order to determine how they will handle their ongoing professional responsibilities during academic break periods. How the student does this will determine whether they will stay in "pay status" (i.e., receive pay for that period or not) during the time the student is  gone. Should the student and their supervisor agree, one option might be making up the hours the student has missed at another time. As an alternative, the student could go off "pay status," which would result in the student not being paid for the time off. A third alternative would be to take personal leave time as described in the next bullet point.

- Consistent with the Rowan University Board of Trustees/Graduate Assistants United agreement, personal leave time can be taken with pay for up to five (5) days per semester appointment. Each graduate assistant or teaching fellow shall be credited with such five (5) days at the beginning of each semester and shall use leave in increments of not less than one (1) day. That is, leave of any part of a day is counted as a full day. Personal time provided under this article cannot not be cumulative (i.e., you either use the time or lose the time when the semester is over)

- Once the student begins their clinical practica, students need to take into consideration the fact that client care is a continuous responsibility at their practicum sites. As such, professional patient care responsibilities require significant advance planning in order to be away, and not all professionals in a setting can be gone at the same time. Expectations with regard to any leave/personal time/absence from a practicum site should be discussed with your practicum supervisor and agreed upon in enough advance notice to accommodate continued patient care. Additionally, policy and procedure with regard to illness or other unexpected events should be discussed with supervisors at the beginning of a students practicum placement. If students have any concerns about taking time away from their practicum commitments, they should be discussed with the DCT and the students practicum instructor.

- If the University is closed for a state holiday or a declared emergency (unless the special condition of the graduate assistant appointment requires working at these times), these days shall not be held against the teaching fellow or graduate assistant with regard to permitted days of leave.

- Informal agreements may be reached between a student and their mentor, practicum supervisors or other supervisors at the university. For example, a supervisor might say "If you are not feeling well, just let me know and stay at home." In such instances, students are permitted to follow these informal arrangements. However, it is wise to make sure such arrangements are documented somewhere in case disagreements arise at a later time. When in doubt, consult with the DCT to avoid future problems.

- **In short, any activity that takes the student away from fulfilling expected activities that are part of their training should be handled professionally by students. This means that students should a) have open communication with all parties involved to make sure that everyone is clear about the situation, b) provide adequate notice to all parties so that activities/obligations can be appropriately covered by others, c) be accountable for any material/information/duties that are missed during the absence and make up for such work as soon as possible. These policies are not intended to regulate what students do in their "down time" or in times where they have no program obligations.**

*Summer Session and Attendance Expectations*

Students are expected to continue working on their research and research benchmarks during each summer of the PhD program. Practicum training typically ends in June or July and students may have some time where they are not actively engaged in clinical work during the summer. Students should discuss summer

sessions and expectations for this time with their research mentors and clinical supervisors. If a student does not have clinical, research or other obligations and such obligations are taken care of, they are free to use their time during the summer for other activities (e.g., vacations). However, time away for such instances should involve prior discussion with, and notification of, clinical supervisors, research mentors, and the DCT (if necessary). A formal leave of absence request and/or taking personal time is not necessary in such instances as long as the arrangements are agreed upon by all parties.

### Religious Observances

Religiously observant students wishing to be absent on holidays that require missing class should notify their instructors, research mentors, clinical supervisors, and the DCT in writing at the beginning of the semester and discuss with them, in advance, acceptable ways of making up any work missed. A formal leave of absence request and/or taking personal time is not necessary in such instances.

### Excused Absences for Program Related Activities

Students participating in an officially sanctioned, scheduled university/program activity will be given the opportunity to make up class assignments or other graded assignments missed as a result of their participation. Examples of such activity might include attending professional conferences, attending practicum or internship interviews, . It is the responsibility of the student to make arrangements with the instructor prior to any missed scheduled examination or other missed assignment for making up the work. A formal leave of absence request and/or taking personal time is not necessary in such instances.

### Extended Leaves Of Absence

We want graduate students to devote themselves full-time to their graduate studies. We also recognize that unexpected things may happen in individuals' lives that make a leave of absence necessary. You would be well advised to discuss the reasons for a potential leave with your mentor and DCT early in your thought processes–you may be able to examine options that you had not considered. Official Leaves of Absence are governed by the RU's Leave Policy. Requests for leave must be made by submitting the "Graduate Student Leave of Absence Request Form." This request then must be approved by the DCT, Department Head, Vice Dean of CSM, and the Dean of the School of Graduate Studies. If you are granted a leave, the School of Graduate Studies/Rowan Global may "stop the clock" on your milestones within the program, such as the deadline to advance to candidacy, and the time restrictions will resume when you return. Students are not required to register during approved leaves of absence. Generally, a leave of absence is only granted to students in good academic standing. A leave of absence will not be granted if the request is made solely because the student is not in good standing or they need more time to meet a program benchmark. All leave of absence requests will be reviewed by the DCT and the CTC before being signed off on by the program. The student should also be in clear communication with their mentor, clinical supervisors, and other relevant program parties regarding their planned leave of absence.



Your request should present the reason for the leave and the duration of leave you are requesting. When a leave is approved, the letter from the program will note the effect of the leave on your remaining deadlines and on the financial support you may expect upon your return to the program. You will also be given a date by which you need to inform the DCT and other relevant parties in writing of your intention to return. This is important because the Department and Program need to plan for assistantships, admissions, and other factors. It is very important that you realize that you are not "taking" a leave but are "requesting" a leave. Leaves can only be granted when all of the official paperwork has been signed and approved. Leaves cannot extend beyond 12 months in total.  Regardless of when a leave starts, you must notify the DCT, in

writing, of your intention to return from leave by the deadline requested in your leave approval letter. Failure to advise the program of your intention to return will be interpreted as your resignation from the program.

Following approval of a leave request, the student should notify all relevant parties and make sure that arrangements to cover their professional activity are in place by other parties as best as possible. It is understood that all of these tasks might not be possible in emergent cases. In such cases, the student should contact the DCT and they will develop a plan of action together in the interim.

## Drug Testing, Background Checks, & Medical Testing/Vaccination Requirements

Currently, drug testing, background checks, and/or medical clearance/tests are not required by the department or program in order to be considered a student in good standing in the program. However, ***these may be required by practicum placements, internships, and eventually licensure bodies.*** If students have concerns or questions about these requests or requirements, it is advised that they seek the consultation of individuals related to the training programs (i.e., supervisors, mentor, DCT) and other relevant individuals that might be of assistance (e.g., legal or medical representatives).

## Sexual Harassment And Discrimination Policy

Our training program and the RU are committed to providing a training environment that is free of any and all harassment and discrimination. Any such activity by students, faculty, staff, or any other person affiliated with the program is solely prohibited and will be acted upon quickly and firmly. Students are expected to be aware of the relevant university policies which can be found at the Office of Diversity, Equity, and Inclusion Office links below. Please see the links below.

- Rowan University Title IX (Student) Policy on Prohibited Sexual Harassment and Gender-based Discrimination in Education Programs and Activities
- Rowan University Title IX (Employee) Policy Against Sexual Harassment in the Workplace

Such behavior is also regulated by our professional ethical codes which can be found at:

- APA Ethical Principles of Psychologists and Code of Conduct,
- Rowan University Title IX Sexual Harassment/Sexual Assault Policy and Reporting

Rowan University is committed to providing every student with an educational experience free from any form of sexual misconduct. Title IX and Rowan's Policies prohibit sexual misconduct — including sexual assault, intimate partner violence, sexual harassment, gender-based discrimination, and stalking. We understand that sexual violence can undermine students' academic success and we encourage students who have experienced some form of sexual misconduct to talk to someone about their experience, so they can get the support they need.

If you or someone you know has been harassed or assaulted, you can receive confidential support at the Wellness Center, 856-256-4333. Alleged violations can be reported non-confidentially to the Title IX Manager or the Title IX Coordinator in the Office of Equity and Diversity at 856-256-5830. Reports to law enforcement can be made to the Rowan University Police Department at 856-256-4911.

If you have any questions about your reporting responsibilities or any issues that may arise, please do not hesitate to contact the Title IX Manager or the Title IX Coordinator in the Office of Equity and Diversity.

## Academic Integrity

Cheating, unauthorized preparation of work, plagiarism, any other violation of academic integrity will not be tolerated and will be dealt with according to the University's Academic Integrity Policy. As stated by this code, the "minimum disciplinary penalty imposed upon a student found to have committed an infraction(s) of this Code shall be no credit for the course assignment or examination in which the infraction(s) occurred; however, a more severe penalty, such as failure in the course involved or suspension from the University, may be imposed depending upon the nature and extent of the infraction(s)." Students are

responsible for being familiar with this policy and what defines an academic integrity violation. This area will continue to be addressed and monitored throughout all of the students' courses and evaluations. It should be noted that academic integrity refers to all aspects of the students training and not just coursework. Students are expected to act with integrity in all of their academic, clinical, and professional pursuits and violations of such behavior will not be tolerated within the program.

## Mobile Device Policy

The use of cell phones, text messaging, Instagram, twitter, Facebook, iPods, and other electronic devices and social media not related to classroom materials are not allowed during class. Please make sure that all cell phones are turned off or placed on silent during class. If the student places their phone on vibrate, they should place their phone on a soft surface or within their bag/ purse/pocketbook, etc. as the vibration is often audible and disruptive to other students. The student is welcome to bring a laptop or PDA to class for the purpose of taking notes. However, they may not use those devices for anything else (e.g. playing games, checking email) during class. Use of electronic devices during class for non-approved reasons may result in loss of points from the student's total grade. If the student has an urgent situation that requires them to be on-call, they should sit beside the door so that they can leave as soon as their device rings.

Students are prohibited from using social media to defame any classmates or instructors, both inside and outside of the program. Under no circumstances should students take pictures or record another classmate or instructor without permission. Students should not post any identifying information of (nor allude to) students, instructors, or practicum supervisors on social media, unless specifically given permission by the individual. Instructors and/or the DCT have the right, at any time, to excuse a student from class, should any part of this electronic device policy be disrupted. Additionally, violation of this policy will result in dismissal from the program. Further, any social media posting or texting regarding clients, in any way, is a direct violation of the law and of the professional code of ethics. Such behavior will have immediate legal (and programmatic) ramifications.

The official university policy regarding  mobile devices in the classroom is regulated by the university. The policy can be found here. Students are expected to adhere to this policy unless explicit course policies outlined on the syllabus differ in some way.

## Inclement Weather & Other Emergency Situations at the University

The University will remain open and classes will be held during inclement weather whenever possible. It is your decision, based on your assessment of the situation, whether or not to attend classes, research activities, and clinical practicum activity. However, such decisions should be discussed with relevant faculty, staff, the DCT, and supervisors PRIOR to making a final decision. Additionally, if students deem that travel to and from obligations due to weather is warranted, they are responsible for making up (and keeping up) with all relevant obligations. If such work is cancelled by the university or other relevant parties, students are responsible for attending to planned changes outlined by those responsible. If necessary, course schedules, assignments, and benchmarks will be adjusted. The official university policy and information regarding such situations can be found here. Additional information and planning for other emergencies at the university can be found at the Office of Emergency Preparedness.

## Teaching in the Program

***Course Textbooks:*** Teaching fellows are required to order books for their classes through the adoption process at Rowan University's bookstore**.** Emails are sent about the adoption policy the semester before the class the fellow is scheduled to teach at Rowan University.

***Teaching Supervision and Consultation:*** All LAs and teaching fellows receive mandatory teaching supervision and must attend these supervision sessions to receive their stipends.  Students are also encouraged to consult with other students and faculty members with teaching experience to help them adjust to this role during their graduate training. If students are interested in additional guidance and supervision, they should contact the DCT who will work with them to find a faculty teaching mentor.

***Teaching Evaluations:*** Teaching fellows undergo teaching observations and student evaluations (each semester) that also must be submitted to the Program. Students are responsible for requesting teaching observations in a timely manner, promoting completion of evaluations by students enrolled in their classes, and sending teaching evaluations to the clinical office in a timely fashion after the conclusion of each semester. Poor teaching observations and/or student evaluations can negatively impact a student's good standing in the program and current or future stipends. Additionally, failure to secure teaching evaluations for courses may be subject to disciplinary action at the program level.

***Teaching Requests and Scheduling:*** Requests for teaching preferences are made by the Department Head and/or Department Chair and often occur up to two semesters BEFORE the actual class is offered. This schedule allows adequate planning to occur between department staff and administration at the university. **Students are responsible for responding promptly to such requests. Failure to do so may result int he student not having a course to teach.** Teaching requests often ask students to indicate both preferred class topic/title, date/time, and format (online/in-person). There are no formal program requirements with regard to course content or format; however, it is strongly recommended that students get some variety of teaching experience during their time in the program. This is especially true for students that might wish to pursue an academic career following graduation. Student requests are considered when assigning courses in the department, but students are not guaranteed their first choice of teaching assignments.

Please remember that a teaching fellowship or LA assignments require a student to teach/assist a course in person or online. <u>Undergraduate in-person courses are typically taught M/W/F, M/W or T/Th. Some courses also meet once a week for an extended time period, although these are more rare.</u> Thus, having back to back/contiguous practicum days or other commitments may require flexibility in scheduling other commitments. It should also be noted that any course might be cancelled by the Dean's office due to low enrollment regardless of the instructor or stipend needs. Historically, evening classes held once a week and early morning classes have been more vulnerable to such under-enrollment issues although other courses may be vulnerable to this as well. Thus, students are encouraged to teach in-person courses between 8-5pm on M/W/F, M/W, or T/Th to ensure lower likelihood of the course being cancelled.

***Additional Information:*** Teaching fellows are also required to use the Department's syllabus template, faculty teaching handbook and duplication services (not the Department's copying machine) when teaching in the program. The Psychology Department's Teaching Handbook and syllabus template will be distributed to teaching fellows prior to their course begins on any given semester. If you are not provided with this manual for any reasons, a request should be made to the Department Chair, Department Head, and the DCT.

## Making Your Schedule

One of your major responsibilities as a student in the program is organizing and planning your schedule each semester. Planning your schedule requires that you balance your commitments to your teaching, clinical/practicum, research, and other obligations. Course schedules can be found on the RU section tally and students are responsible for knowing where and when their courses will be offered each semester. Courses will be listed in section tally during registration which occurs the semester before classes are scheduled to run. It is the students responsibility to adjust their schedules to meet the scheduling requirements for their courses and classes should not be missed in order to meet other scheduling preferences. Typically, course schedules do not change without adequate notice from the department or program. On occasion it may be necessary to change the time of the day a course runs, but the day of the week courses are offered should always remain the same as originally scheduled. **Courses in the program are offered on Tuesdays and Thursdays during the Fall and Spring semesters and sometimes during the Summer semester. Additionally, some program meetings may occur on Fridays. *Students should plan practicum work, research meetings, and any other program activities with these schedules in mind.***

## 5th Year Funding

Some students may wish to voluntarily stay in the program for additional years to pursue more clinical or research training experiences. Such decisions should be made in consultation with the students mentor and the

DCT. Formal requests to stay for a 5th year (and beyond) must be submitted in writing to the DCT by November 1st of the students' 4th year in the program. Students who decide to stay in the program after their fourth year are not guaranteed any funding (tuition or stipend) and should plan on financing their educational and living expenses accordingly. Students MAY have funding available from faculty grants and they may have the ability to teach in the Department, but these funding sources are not guaranteed. With regard to teaching assignments, it should further be understood that students may be able to teach, but that their teaching assignment may not be on the main campus and may include in-person teaching assignments. The information noted above also applies to individuals who may have to stay for a 5th year because they were not successful at obtaining an internship placement. The only change is that those students would not be expected to have declared their intent to stay by the November 1st deadline. It should also be noted that any students deciding to stay for additional training are still required to complete their education within the 7-year timeline dictated by the School of Graduate Studies.

Students who stay in the program for a 5th year (and beyond) are required to be enrolled in the Practicum course (minimum of 3 sh) and enroll for dissertation credits (variable credits) if their dissertation is not complete. Students should also keep in mind that they may need additional credit to qualify for health insurance or other financial aid (e.g., loans). Finally, students should note that the program will assist them in finding additional clinical training experiences but that they will largely be responsible for finding, arranging, and securing such experiences unless they are sought through the PENDELDOT system. In short, the decision to stay in the program for additional years beyond the 4th year is one that should be considered at multiple levels and students should consider all pros and cons associated with this decision.

## Course Prerequisites

The coursework in the program is designed to be sequential and cumulative. Thus, in order to enroll in required courses each semester it is expected that students have successfully completed the courses from the previous and current semester. Failure to complete courses in the order they are listed in the curriculum outline in this handbook will result in students being blocked from enrolling or taking the course. This decision supersedes the listed course prerequisites for the classes as listed in the registrar's office, course catalog, or any other university publications.

## Time to Degree Completion

Students have 7-years to complete their degree requirements (including internship). The Rowan Global policy regulating this policy can be found here. If a student is granted an official leave by the program, this leave time does NOT count toward that time period. Additionally, students may request an extension to this timeline by completing and submitting the "Academic Program Time Limit Extension Request Form."

## Registering for Variable Credit Courses

A number of courses in the program can be registered for using variable credit options. This is done for situations where a student might need additional credits to qualify for health insurance or financial aid from outside of the program, among other possible reasons. When a student registers for such classes, their registration will default to the lowest number of potential credits. Following their initial registration and after the class shows up in your registration, you can then click on the number listed under hours next to the course and you can put in the correct number of hours for which you want to be registered.  (see red circle on screenshot below).



# Student Funding, Life and Living

## Funding

### *Fellowship Paperwork*

Each academic year, fellowship paperwork must be completed for students to receive both their stipends and tuition waivers.  Following the end of the Fall and Spring semesters, the Psychology Department will reach out to you to review the current required documents that you will be asked to sign and approve.  This process typically begins towards the beginning/middle of November for the upcoming Spring semester and the beginning/middle of July for the upcoming Fall semester, with the goal of all students having completed their portion of the fellowship paperwork by the end of November and July, respectively.  A meeting will be held for all first-year students and offered to all other students to explain the meaning and responsibilities contained within all documents; this will allow you to ask any questions you have regarding your stipend, your tuition, your fees, and the contracts you are signing.  First-year students are required to attend their first July meeting; as all other students are familiar with the forms, we will mandate attendance of these meetings for 2nd through 4th year students as well as the November meeting for 1st year students if there are substantial changes to your contract and/or terms and conditions.

We want to stress this meeting is your opportunity to ask any questions you have regarding your contract and terms & conditions of your fellowship in an open forum; you can also ask us questions via email if you prefer.  Once you sign your documents, you are entering into a contract with the university.

If we are unsuccessful in obtaining your approved and signed fellowship forms from you by the end of November for the Spring semester and the end of July for the Fall semester, it may result in delays in your stipend payments.  After you have delivered your documents, the paperwork will be reviewed by administration within the doctoral program, Psychology Department, College of Science and Mathematics and upper administration of Rowan University.  After all involved parties have approved, you will be asked to review the fellowship appointment and attached documents (i.e. the documents you already signed) for final approval.  Once you approve, your paperwork is complete!

### *Program Funding*

Students (in good standing) will receive a $9,000 annual stipend during their 1st year and $9,780 in their 2nd year before being awarded a Master's degree and completing their qualifying exams from Rowan University. Students in good standing will receive a $12,000 annual stipend after being awarded a Master's degree and successfully complete qualifying exams from Rowan University (years 3 & 4). Students are provided with a flat tuition of $1,000  per semester and classes are held across all three semesters (fall, spring and summer). Students should remember that there are fees and health insurance costs in addition to tuition and plan accordingly. Students are guaranteed funding for only 4 years in the program. For additional information on tuition, fees, and health insurance for students admitted to the program, please visit or call the Bursar's Office. The College of Sciences & Mathematics and the Provost's Office have traditionally been a source of financial support for Clinical Psychology through their support of these fellowship programs.

In addition to program funding, students may receive funding from a grant secured by their mentor. In such situations, this funding might be used to supplement program funding or as the students sole source of funding. Such decisions will be determined based on discussions between one's mentor, the DCT, department head, and college dean, among others. The length of funding is variable and depends upon the funding source and related regulations/stipulations.

Rowan Global sometimes provides various financial and academic support and scholarship programs for graduate students in psychology. **Handbook of *Evaluations and Standards*** for other resources on Rowan University's campus that may be helpful and for a list of frequently asked questions about student funding.

### *Student Grant Funding And Research Awards*


Students are not formally required to apply for grant funding or research awards during their time in the program independent of the grant work being done with

their mentor. However, such work is strongly encouraged.There are many national and local opportunities for students to obtain research awards and grants for their research work. Students from the Clinical Program are very competitive for these awards. The more honors and awards one can achieve, the stronger the curriculum vita will look. Before pursuing any award or funding possibility, a student should check with their mentor for guidance and suggestions. ***When an award is received, the student should notify the DCT so that it can be advertised in the college and university.*** Here is a non-comprehensive example of such awards:

- NIH grants provide investigators with the opportunity to submit a supplement award. While some restrictions apply (e.g., the proposal idea needs to be a direct extension of the grant research), this is a wonderful possibility for multiple year support. If the student is working with a faculty member who has a NIH R01 award, they should discuss the possibility of submitting a supplement with him or her.

- Many private foundations offer dissertation grant awards, and some are as high as $20K. Usually, there are few applicants and even fewer that are strong; thus, this can be an excellent funding opportunity.

- Divisions of APA (e.g., Division 12 - Clinical; Division 38 - Health) and other groups (e.g., Society of Behavioral Medicine) have various awards, such as those for travel to meetings for presenters.

***Travel Policy And Reimbursement Procedures***

**Student Travel Guidelines**

    Every August, students will be asked for various details regarding your travel plans for the upcoming academic year. You will be asked to make a list of conferences that you would like to attend on an excel spreadsheet. This list should include fall, spring and summer conferences. Once you download the excel spreadsheet and fill it out, save your list using the following title format (Last Name_First Name_MMDDYYYY). ***Please upload your list into the correct folder on google no later than August 1st, of each year by 5pm EST.*** A student can always attend fewer conferences than listed on the conference spreadsheet requested in August. Thus, see this list/excel spreadsheet as a wish list and include all potential travel plans, regardless of need for funding or any potential hurdles.
**The following guidelines are also important with regard to student travel and funding:**

1. Depending on the budget, the Department of Psychology may have travel funds for doctoral students in the Clinical Psychology program engaging in travel to promote research. Each student is allotted a certain amount of money that can reimburse various aspects of their travel such as conference registration, airfare, meals etc. For the AY 2020-2021, this reimbursement amount is $500.00. If this reimbursement price changes, a memo will be sent to all students. Students can use the travel reimbursement money for one conference/convention or over multiple conferences/conventions.

2. In order to receive departmental funding, a student need not be a presenter on an oral presentation or poster at the conference/convention.  However, additional funding (if available via grants or other outside sources) may have these requirements, amongst others.   It is recommended that the student be the first author.

3. Students must provide their Travel Request Form with documented anticipated expenses at least 2 months prior to travelling and alert via email the DCT,  doctoral administrative assistant and administrative assistant to the Department Head. The student must submit an email to all three persons to start the paperwork. Please allow enough time to start this paperwork.  Travel requests are required for all travel, regardless of reimbursement.

4. Students are expected to be aware and follow all college, university travel guidelines and paperwork policies including, but not limited to, keeping records of all itemized receipts and other proof of purchases with the exception of gas purchases (if traveling by car) and meals (paid per diem and not based on receipts), and understanding what expenses are reimbursable, and completing all appropriate forms. ***Failure to abide by these policies and not turning in forms on time will result in your forms not being accepted and you losing your travel funding for that travel.***

**Health Insurance**

Students are required to carry health insurance during their time in the training program as dictated by RU Policy. Students are eligible to use the University Insurance or another insurance policy under which they are covered. If students choose to use the University Insurance Policy, they must be registered as a full-time student (9sh). If students are covered by another policy, they do not need to be registered for the minimum 9sh, unless dictated by program requirements. However, students must annually complete a waiver proving that they have health insurance. All policies and procedures related to insurance coverage can be found at the University Bursar's Office and questions about insurance coverage should be directed to that office or the individual carrier. If questions are not addressed adequately, you may also contact the DCT for additional assistance.

**Housing & Dining**

Although the program does not provide any direct assistance with student housing or dining, we realize the importance of housing and food to students. Information about dining at the university can be found here, whereas information about on- and off-campus housing can be found here. The university has some resources available to students facing food insecurity that can be accessed here. If you are facing difficulties with housing and/or food, you are encouraged to reach out to the DCT, your mentor, or other program faculty and we will do our best to help you find available resources and help.

**Computing and Technology**

Students have access to computers, printers, and a poster printer in the department. Students can also download important software from IRT onto their personal computers for free (e.g., SPSS, Microsoft Suite). Student's questions about accessing RU wifi, using email, connecting personal devices, etc. should be directed to  the office of Information, Resources, and Technology at RU. Questions regarding technology and access to technology at RU can be directed to support@rowan.ed or by calling 856-256-4400.

**Stress, Mental Health & Well-Being**

Graduate training can be one of the most challenging times in a person's life, as the stress of training can feel overwhelming at times. The faculty in the program are concerned about the quality of your life as a person as much as we are the quality of your training and professional preparation. However, we also understand that matters of mental health and stress can be personal and something that students prefer not to discuss openly with faculty. Additionally, even when students are comfortable discussing such issues, there are limits to how much support and advice faculty may be able to offer. There are a number of Student Success Programs at RU that may help students thrive during their time in the program. In addition, students are encouraged to consult with their mentor and DCT if they should have concerns and are in need of additional support and/or referrals.

## Evaluation of Student Progress & Due Process Procedures & Policies

### Overview

This section of the handbook is intended to clearly outline the process and criteria that are used in evaluating students in the program and this section adds to the information presented previously in the handbook. This section is also intended to clearly provide a mechanism and process for students should they disagree with decisions made about their satisfactory progress in the training program. We realize that decisions related to satisfactory progress and potential actions can be stressful. These guidelines are meant to alleviate part of that stress by providing students with a clear plan of action should such action be necessary.

Students should be aware that due process decisions about satisfactory progress in the program can be made by the program, by the university/college, or by both. Whenever possible, terminology used to describe such decisions, and the criteria for making them, are consistent. However, there are times that such language may vary. If students have questions/concerns about the language, they should consult with the DCT to clarify and plan their course of action.

### Student Records And Evaluations

One of the most important duties of any good training program is to note the progress of its students in a clear and comprehensive manner. In order to accomplish this goal, a detailed file of student records and progress is maintained to document and chronicle students' milestones, achievements, correspondences, and problems. There are many components to evaluating student performance and progress in the clinical program. The clearest markers are the maintenance of satisfactory grades in coursework and the completion of program benchmarks. Other important factors include, but are not limited to, expertise in clinical work demonstrated through performance in practicum settings, the development of research skills and the ability to work under the mentorship of a faculty mentor, engagement in the clinical program, professional contributions, and, of course, professional and ethical conduct.

Evaluation of student progress contains both systematic and regular evaluations documented on the program's evaluation forms. However, informal observation and evaluation of students is also considered and is a part of the faculty and supervisors regular evaluation of students.  At the end of each semester, the student's practicum  supervisor  and research mentor will complete the appropriate evaluation form (see Handbook of *Evaluations and Standards*). Additionally, the student's research mentor and practicum supervisor will  provide verbal feedback to the student.

Students are also required to monitor their own progress during every academic year. See the *Evaluations and Standards* document for graduate students' annual review process that details important information the student will submit with their evaluations (e.g., CV). The student is required to track their own progress beginning their first year of training using the "five-year plan template" (see *Evaluations and Standards*). Each of the aforementioned evaluation forms will be taken into consideration by the DCT and CTC when completing an annual graduate student review rating form (see *Evaluations and Standards*). While verbal communications regarding readiness and/or evaluations may occur, any and all evaluations will also be documented in writing.

## Evaluation Domains & Standards

Student's progress in the program and their promise as a clinical psychologist are evaluated continuously. As such, evaluations and feedback are delivered regularly during their time in the program in both formal and informal ways. These evaluations, by necessity, will contain both objective and subjective data. While feedback is provided on a continuous basis in the context of the classroom and clinical, research, and professional interactions, formal feedback occurs at specific points throughout the program and during the training year. ***Students are responsible for making sure that all paperwork and evaluations are completed and delivered to the DCT/Training Program at the appropriate times delineated in this handbook or via other communication with students.*** If students are experiencing difficulty procuring necessary paperwork from supervisors, mentors, or others responsible for completing those evaluations, they should communicate that directly to the DCT who will assist them in procuring the evaluations.

A brief, non-comprehensive list of the evaluative milestones is presented below. Each of these has an affiliated rubric and/or form that is used to measure a student's progress in each domain. Rubrics and forms can generally be located in the Handbook of Evaluations and Standards, with the exception of grading criteria which would be described in the course syllabi. Additional information about how some of these domains are evaluated can be found elsewhere in the handbook. ***If you have any question about how any of these domains are evaluated, you should consult with your mentor and the DCT <u>PRIOR</u> to evaluations in order to make sure you are making satisfactory progress.*** While verbal communications regarding readiness and/or evaluations may occur, any and all evaluations will be documented in writing.

1. Course grades: The course instructor determines course grades based on established grading policies and performance on assignments contained in individual course syllabi.
2. Elevator Speech Benchmark
3. First Year Project Benchmark
4. Research Evaluations
5. Clinical/Practicum Evaluations
6. Qualifying Examination Results
7. Master's Thesis Proposal and Defense
8. Dissertation Project Proposal and Defense
9. Case Conceptualization Benchmark
10. Internship Evaluation
11. Student Annual Report/End of Year Evaluation

## Evaluations Of Readiness

In addition to the domains noted above, the clinical faculty makes evaluative decisions about the students cumulative progress in the program and their ability to be successful in the remaining parts of the program. These evaluations involve objective and subjective decisions by faculty. These timepoints and the information used in making these decisions are described below. While verbal communications regarding readiness and/or evaluations may occur, any and all evaluations will be documented in writing.

### *Evaluation of Readiness to Continue Beyond the MA and Qualifying Exams*

After both the master's thesis and qualifying exam have been completed, the doctoral committee must address the issue of whether the student should be permitted to continue in the doctoral program. Producing an acceptable thesis and successfully defending it and completing qualifying examinations in a satisfactory manner are necessary requirements for a student to continue toward the Ph.D. degree, but these are not sufficient for continuation. The department seeks excellence from its students; completion of the thesis provides the faculty with the opportunity to make an assessment of whether there is sufficient promise of excellence to warrant continuation in the doctoral program. ***The CTC must make a recommendation about continuation within two weeks of the time that a student has successfully defended the thesis, passed the qualifying exam and completed the course requirements for the Master's degree.*** A student will not be considered for doctoral candidacy without the successful completion of the first 2 years of coursework,

successful completion of clinical and research benchmarks, and passing the qualifying exam. Furthermore, the thesis must be successfully defended before a student can take the qualifying exam.

_If a student is deemed ready to continue in the program at this point, they are then advanced to Doctoral Candidacy_ and this decision is communicated to Rowan Global and other relevant parties by the DCT. It is extremely unusual for students not to be advanced to candidacy if the conditions noted above are fulfilled. Grounds for such a decision would include serious performance, professionalism, or emotional readiness concerns (broadly defined) about which the student has been notified in writing and been unable to remediate successfully. While verbal communications regarding readiness and/or evaluations may occur, any and all evaluations will be documented in writing.

### Evaluation of Readiness to Advance to 2nd Year Practicum and Additional Practicum

Following completion of all first year coursework and the first year project, the DCT, together with the student's mentor and CTC evaluates the students readiness to advance to 2nd year Practicum or the next possible practicum. This process will be completed each year that a student is in good standing within the program. It is extremely unusual for students not to be advanced to practicum; grounds for such a decision would include remediation plans, PIP, failed course work or first year project or other serious performance concerns (broadly defined) about which the student has been notified in writing and been unable to remediate successfully.While verbal communications regarding readiness and/or evaluations may occur, any and all evaluations will be documented in writing.

### Evaluation of Readiness to Advance to Internship

- Students wishing to apply for internship will undergo a Clinical Progress evaluation in early fall of the year prior to internship with respect to their readiness to begin the internship application process-typically 4th or 5th year. Students will be informed early in the fall semester of the faculty's decision to allow them to proceed in the internship placement process. While verbal communications regarding readiness and/or evaluations may occur, any and all evaluations will be documented in writing.

## Rubrics, Forms, and Evaluation Forms

Students are responsible for making sure that they are using the most recent versions of all evaluative forms. If students have any questions about which of the forms are most appropriate, they should contact the DCT in enough time that allows for appropriate communication and completion of the appropriate forms.

## Course Grades & Academic Standing

Academic Standing is determined by the program and Rowan Global/School of Graduate Studies. The Clinical Psychology Program is a "Category 2" program as noted in the "Minimum Satisfactory Academic Progress" table on the following page. Consistent with that designation and the policies and procedures of the program, students are required to maintain a minimum cumulative grade point average of 3.0 on a 4.0 scale to be considered in good academic standing.  The grading scale is calculated such that A = 4.0, B = 3.0, C = 2.0, and D = 1.0. Additionally, **_Grades of "No Credit," and any grade below a  B- are considered non-passing grades in the program._** Finally, having a grade of "Incomplete" for any courses can be detrimental to the student's academic standing and often hurt their financial aid situation(s). It should also be noted that incomplete grades default to an  "F" if they are not completed within one semester unless an extension to the incomplete is granted by the original professor. A student with an Incomplete grade will not be considered having passed that course until the Incomplete grade is formally resolved.

Should a student receive a non-passing grade in any of their courses, the student should discuss the matter with the DCT and mentor immediately. Such grades in any classes will require that the student repeat that course and achieve a grade of "B-" or higher. Students are given only one attempt to retake any given course and are able to retake no more than two (2) courses in the program. Having a non-passing grade in a course may also result in a student's progression in the program being halted in the program and/or them being not permitted to continue with research, clinical, or other program work. Additionally, the student may also be required to complete remedial work in addition to re-taking the course in order to satisfy specific deficiencies.

At the end of each semester (fall, spring, and summer) after official grades are submitted, the Rowan Global Minimum Satisfactory Academic Progress Review process is conducted by Rowan Global. This evaluation is done separate from the program's evaluation of academic progress and standing. Rowan Global will evaluate the academic record for each graduate student to determine any student whose cumulative GPA falls below the minimum GPA of 3.0.  A report is also run for unacceptable grades based on Category 2 criteria in the table below. If a student is found in violation of the Minimum Satisfactory Academic Progress policy, Rowan Global will notify students and the DCT if they have been placed in any academic warning or probation status and/or if any actions (e.g., dismissal) must be taken. This notice will also be sent to the DCT and the college Dean.

The following notes and guidelines regarding grades in program coursework should also be noted:

1. Internship selection committees review grades as a part of the selection process. Grades that are repeated in the program continue to be noted on a student's academic transcript. Thus, even though a class may have been passed a second time, it may reflect negatively on the student and negatively impact one's competitiveness for internship.

2. The DCT and CTC will be involved in ALL plans for remediation and decisions regarding grades and coursework. All remediation plans regarding coursework and grades will be discussed with the student and their mentors and will be given to students in writing.

3. All actions related to a student not getting a passing grade in a course will be documented in writing via a formal Professional Improvement Plan (PIP) that will be reviewed with the student and their mentor.

4. All action related to a student not getting a passing grade in a course will be shared with the Department Head/Chair, College Dean, Rowan Global and any other relevant parties.

5. A non-passing grade in a Clinical Practicum course reflects inadequate performance and requires a student to be evaluated for fitness for continuation in the program. The student may be placed in a different practicum setting/site. Additionally, If, while on the practicum, a student goes on probation, the Director of Clinical Training will decide whether the student will terminate or continue practicum.

6. A grade below "B-"  in either Clinical Assessment I or II requires that the prerequisite course must be repeated (and at least a grade of B obtained) before Practicum can be started, even if the student is not on probation.

7. A grade lower than "B-" in a Clinical Core, obtained during practicum, independent of probationary status, can be grounds for removal from that practicum  following review by the DCT, practicum instructors, and the CTC

## Relationship Between Rowan Global Academic Warning, Probation, and Dismissal Policies and Program Policy

Both Rowan Global and the Clinical Program have policies regarding what constitutes grounds for a student being placed on academic warning, probation and dismissal. In many instances, the program's grounds for satisfactory academic progress are more stringent or different than those of Rowan Global. In such instances, students are expected to maintain the standards set forth by the program. Please note that the policies on the next page refer ONLY to grades in academic coursework. Students not making satisfactory progress in other program areas outlined elsewhere in the handbook may be subject to other disciplinary action as outlined in the handbook.

| *Minimum Satisfactory Academic Progress* | |
|---|---|
| **Category 1** | **Program** |
| **Earn no more than two total "B-" grades** | **Applied Behavior Analysis (CAGS)** |

| | |
|---|---|
| **Earn no grades lower than a "B-"**<br><br>**Earn an official cumulative GPA of at least 3.000** | **Applied Behavior Analysis (MA)**<br><br>**Applied Behavior Analysis (Post-Bacc)** |
| **Category 2** | |
| **Earn no grades lower than a "B-"**<br><br><br><br><br><br><br>**Earn an official cumulative GPA of at least 3.000** | **Clinical Mental Health Counseling (CAGS)**<br>**Clinical Mental Health Counseling (MA)**<br>**Clinical Psychology (PhD)**<br>**Bioinformatics (MS)**<br>**Pharmaceutical Sciences (MS)**<br>**School Psychology (MA)**<br>**Pre-Health Studies (Post-bacc)**<br><br>**Athletic Training (MS) (hybrid of cat 2)**<br>**Nursing (MSN)** |
| **Category 3** | |
| **Earn no more than two total C or C+ grades**<br><br><br><br>**Earn no grades lower than a "C"**<br><br><br><br><br>**Earn an official cumulative GPA of at least 3.000** | **Wellness and Lifestyle Management (MA)**<br>**Mathematics (MA)**<br>**Computer Science (MS)**<br>**Middle School Mathematics Education (COGS)**<br><br>**Networks (COGS)**<br>**Software Engineering (COGS)**<br>**Web Development (COGS)**<br>**Data Analytics (MS, COGS)**<br>**Cybersecurity (COGS)**<br><br>**Health Data Management (COGS)** |

**Possible Disciplinary Actions**

The DCT and Clinical Training Committee (CTC) may use various terms to describe an action that they have documented is best to remedy a grievance, problem or concern for a graduate student. Actions that can be taken include: indicating a concern, issuing a warning, putting a student on probation, or dismissing a student from the program. These actions, and potential reasons for taking these actions, are described below.

*Concern*

Concern status is the mildest of all the formal actions, noting a concern is typically chosen when a student is making only marginal progress in some particular area or evidence of some minor problem in performance. The purpose of formally noting a concern to a student is to draw the student's attention to this area by recommending that the mentor work more intensively with the student to address the concerns. This action does not require a disciplinary conference, although it is common that concerns are communicated in a meeting between the student, the DCT and their mentor and documented in a letter/email issued to the student.

*Warning*

Warning status can best be thought of as a pre-probation status and it is communicated both verbally and in writing to the student. This designation is used when a student is lacking appropriate progress and performance and/or has failed to address concerns raised earlier. The student must make improvements across the board to avoid more severe action. The DCT will develop a written professional improvement plan (PIP), which is a pre-probation letter, for students who have not successfully reached various academic or clinical benchmarks or demonstrated appropriate professional conduct, among other potential reasons. The PIP will specify both what is expected of the student and the time frame that students have to resolve the issue(s) leading to the PIP. Once a PIP is issued, the student and their mentor need to develop a written timeline for progress. This document needs to be signed by both the student and mentor. The PIP will allow time for students to obtain additional support from faculty and other resources. If a student is given a PIP, the Department Head, CSM, and Rowan Global and other relevant parties will be notified and become involved as necessary. If there is no improvement during the noted time frame, students will be placed on probation as noted in the stipulations of the PIP. The steps before, during, and after probation are not taken lightly by the DCT and faculty. Once a student is on probation, this situation has to be reported on the APPIC Internship application and from the DCT on the student's Internship Readiness Form/Recommendation Letter.

**Possible reasons for a warning and resulting PIP include, but are not limited to:**

- Failure to meet thesis and dissertation timelines
- Poor professional conduct
- Poor class attendance (e.g., chronic lateness, early departures, punctuality, absences)
- "All But Dissertation" status 1-2 years after internship. (Date of defense should be scheduled during internship year)
- Failure to remain in good academic standing as described in the handbook
- Poor student evaluations from teaching fellowship position
- First failure to meet any of the program  benchmarks

*Probation*

This action is taken when the student's overall progress and performance are sufficiently unsatisfactory and it is communicated to the student both verbally and in writing. Unless improvement in specified areas takes place during the probationary period,  the student will be considered for dismissal from the program. Probation may be recommended for misconduct, unprofessional or unethical behavior, or poor academic, research and/or clinical performance that is deemed to be of significant concern.
Students on probation may not be permitted to begin a practicum, participate in the Clinical Competency or Qualifying Exams, apply for Internship, or register for Dissertation credit ***until their probationary status has***

***been resolved. Students may also be prohibited from engaging in other programmatic work (e.g., engaging in practicum) depending on the nature and reason of the probation.*** Probationary status may also affect eligibility for financial aid, assistantships, fellowships, and scholarships***. Decisions regarding students moving forward while on probation will be made by the DCT in consultation with the CTC, Department Head/Chair, the College Dean and other appropriate constituencies.***

Academic probation will occur automatically when any of the following conditions exists. Please note that this list is not meant to be a comprehensive list and other situations might result in a student being placed on probationary status.

1) Significant academic struggles (e.g., grades of D & F, multiple grades of B-)
2) Significant concerns being raised by practicum or research supervisors (e.g., a grade below "B" is received on a practicum or supervisor evaluation form); and
3) Failure on major benchmarks (e.g., student does not pass thesis proposal or defense)
4) The student fails all or parts of the qualifying exam

The student, student's mentor, Department Head, the college Dean, Rowan Global and other relevant constituencies will receive written notification of the student's probationary status from the DCT.

**Forced Leave of Absence**

A forced leave of absence may be recommended or mandated for a student who is placed on probation.This action may be taken when the faculty believes that the concern or misconduct is severe enough that the student needs to spend time away from the program to address the concern before returning to complete the program. The faculty may also recommend a leave of absence when a student faces concrete, objective obstacles to training, such as illness or family issues. Forced leaves of absence are considered disciplinary actions, whereas voluntary leaves of absences (covered elsewhere in the handbook) are not considered disciplinary actions.

*Dismissal*

The DCT, Department Head, and any other relevant program faculty will meet with the student to notify them of the recommendation for dismissal. This meeting should provide evidence for the dismissal and explain the opportunity for appeal. This decision is not taken lightly and will be presented to the administrators in the department and to the college dean. Being dismissed from the program is a serious but rare occurrence. All communications will be formally documented and placed in the student's file.  Following the initial meeting with the student and their mentor, the DCT will forward the CSM/SHP Graduate Student Dismissal Form (presented later in this section of the handbook), the dismissal letter, and any supporting documentation to the college dean.

**Program dismissal**

"Program dismissal" is a different process from university academic dismissal and it affects only graduate students who fail to meet the required program-specific standards/requirements as outlined by the academic program in which they are matriculated. If the DCT, in collaboration with the CTC, determines and can document that a student has failed to meet one or more of the established program-specific standards/requirements such that they are not able to progress in their graduate-level program, the DCT has the right to propose program dismissal using the "CSM/SHP Post-baccalaureate and Graduate Student Dismissal Form." Dismissal can take place without a student having previously been placed on probation if an extraordinary breach of conduct has taken place.

**Automatic dismissal**

Automatic dismissal from the Doctoral Program will occur when any of the following examples occurs. Please note that this list is not meant to be a comprehensive list and other situations might result in a student being placed on probationary status.

1. Academic probation extends beyond one year; a student can be dismissed after having been placed on probation and subsequently failing to resolve the issues that led to probation. The decision reflects the faculty judgment that not only has the student failed to address important professional issues, but also is unable to do so.

2. Three or more grades below "B" have been received;

3. Two grades of "F" are received;

4. If their cumulative grade-point average (GPA) remains below 3.00 for two consecutive semesters. According to Program regulations, the University Registrar places graduate students on probation if their cumulative GPA falls below 3.00. The Program permanently dismisses the student if the cumulative GPA does not rise to 3.00 or better the following semester.

5. The Clinical Qualifying Examination failed entirely twice.

6. A student fails to meet satisfactory progress while on internship

7. There is evidence of an ethical violation of the standards of the profession as delineated in the American Psychological Association's Ethical Principles of Psychologists and Code of Conduct;

8. In the opinion of the faculty, the student demonstrates significant professional impairment;

9. Failing a master's project defense examination twice

10. Failing a dissertation defense examination twice

11. Failure to successfully pass any benchmark twice

12. Student engages in unauthorized research, or clinical activities.

13. Failure to successfully complete a required field experience/practicum/internship/supervised "placement"

14. Inability to continue and/or return to a placement situation based upon the evaluation of the supervisor

15. Behaviors such as academic dishonesty or highly inappropriate professional interactions with clinical patients or research subjects. monstrate appropriate student dispositions as outlined by the program's professional standards

16. Failure to complete the program in the 7-year time period.

**Execution of  Dismissal Decisions**

Program dismissal officially ends the student's matriculation at Rowan University and prevents them from registering for future coursework (without re-application). It is recorded by Rowan Global in the student record (as an official hold with comments), but unlike university academic dismissal, it is not noted on the official Rowan transcript.

Dismissal is usually effective immediately and would prohibit registration for any future term. If any registration for a future term was already performed, it would be dropped by Rowan Global and the student will be made "inactive" in the system. In some circumstances, students may be allowed to finish the coursework for the current term.

The final dismissal decision is recorded on the "Post-baccalaureate and Graduate Student Dismissal Form," which is included in the student's official dismissal letter. This form will also indicate whether the student was placed on regular "standard dismissal" or "dismissal with recommendation."

Students placed on standard "dismissal" are not being recommended by their academic program for re-application to any program within the university as a whole. Students are permitted to seek readmission through Rowan Global after one academic year from the term in which they were dismissed; however, they are discouraged from reapplying. Approval of any new application would be made only in rare and compelling circumstances.

Students placed on "dismissal with recommendation" are usually advised to complete particular tasks (test prep, additional non-Rowan coursework, etc.) and are encouraged to re-apply to the same academic program upon successful completion of these tasks.

Students may be prohibited from reapplying to the same academic program, but may be advised to reapply to a different academic program at Rowan University. Typically, students may reapply to any other program that interests them and do so as early as the next possible admissions entry point; however, re-application is no guarantee of admission.

### *Due Process Policies And Procedures*

### <u>Overview</u>

Students will be given due process to address any and all concerns about their satisfactory progress in the program or complaints, concerns, or grievances they have. It should be noted that these concerns could involve other students, faculty, supervisors or any other person(s) involved in the students' clinical training experiences. Despite the wide scope of such concerns, it should also be noted that some concerns fall under other policies and procedures of the university (e.g., cases of discrimination or harrassment, grade disputes). The processes and policies for handling disputes at the university level are covered separately in this section or in other sections of the handbook. However, it should also be noted that the handbook is not able to capture all types of problems that might arise during training and consultation with others inside or outside the university might be warranted.

It is understood that knowing whom and where to consult about such issues can be confusing to students at times. When in doubt, we encourage you to seek out multiple consultations from sources inside and outside of the program to determine the clearest path. Furthermore, it is important to note that resolution of such concerns, complaints, and/or grievances can be pursued via informal or formal channels. Students are encouraged to first pursue informal resolutions; however, they are not mandated to do so and can pursue formal resolutions at any point if they view that as the best path. The Clinical Training Committee (CTC) is aware that there may be certain problems or grievances that cannot be resolved informally. In such instances, students should follow the formal grievance guidelines and policies. When in doubt, the student should seek assistance from their cohort leader, mentor, and/or DCT. The student may also consult the Department Head if the DCT is unavailable.  This section of the handbook is meant to clearly indicate how students can pursue both formal and informal resolutions and what appeal processes are available to students.

Please see the Organizational Leadership Chart below for the Clinical Psychology Program's  process for grievances, complaints, and concerns below. As the chart illustrates, various parties may become involved with the resolution of the grievance, complaint, or concern. Any grievance, complaint, or concern should be reported to the appropriate persons, per the below Organizational Leadership Chart. An informal issue can be

reported to the cohort leader, one's mentor, another faculty member, and/or the DCT. Upon hearing of an issue, attempts will be made to resolve the issue via informal resolution unless immediate formal grievance procedures are warranted. The DCT, on the behalf of the student or with the student, will inform all the higher appropriate administrative parties about the concerns to ensure that the Organizational Leadership Chart is followed, that all appropriate parties within the Department and the Clinical Program are informed, and that written documentation is provided along the way at all levels. If the problem cannot be resolved via an informal process, students should proceed to a formal grievance as outlined in the handbook and via other university policies.

   The process of resolving grievances, complaints and/or concerns is outlined below. It should be noted that students are responsible for making sure such issues are brought to the attention of appropriate parties in a timely fashion and that some appeals may be time sensitive (e.g., grade disputes).

1. **Informal Resolution (Level 1)**
   a. Typically, problems that arise can be resolved informally through discussion between the individuals involved. Sometimes matters arise that cannot be resolved in an informal manner. In addition, sometimes cases arise where informal consultation is not appropriate. In these cases, students should proceed to the next step.
2. **Consultation with the DCT (Level 2)**
   a. One role of the DCT (and primary mentor) is to help students find solutions to problems. Except in rare circumstances, students should always discuss program issues with their DCT and faculty mentor. If this is not effective in resolving the problem or if the issue is related to the DCT and/or faculty mentor, then the students should go to the next step.
3. **Consultation with the Department Head or Chair (Level 3)**
   a. Students who cannot resolve problems informally or through their faculty mentor or DCT should consult the Department Head or Chair, who will seek to advise the student on the best way to handle the conflict. If the student is not satisfied with this step, or is so advised by the Head/Chair, the student may proceed to the next step
4. **Appeal to the Dean of College Science and Mathematics (Level 4)**
   a. Having pursued all other steps, if the student is not satisfied, the matter may be appealed to the Dean or Vice Dean of CSM

*Psychology Department Organizational Leadership Chart*



## Appeal of Program-Level Decisions

After a written decision has been determined through either the informal or formal grievance process, the graduate student has the opportunity to file an appeal if they disagree with the decision. All students have the right to appeal any disciplinary actions, including concerns, warnings, probation or dismissal. It should be noted that most program decisions are made in consultation with the Department Head who is typically present when such decisions are communicated to students. However, students will still have the opportunity to appeal such decisions and present their case directly to the Department Head in those instances. If the Department Head and Program are in agreement, the student will be referred to the Dean. ***Any and all appeals should be completed in writing and sent to the Dean, the Department Head, the DCT, and any other relevant parties within 10 business days of a decision being communicated to the student.*** Students are asked to inform all three administrators to ensure that the proper written appeal process documentation is placed in the student's file. The purpose of an appeal is not to re-hear the case, but to address the decision that was made.

**There may be multiple reasons for an appeal, including but not limited to the feeling that:**

- The process and decisions were not fair
- The policies and procedures were not followed
- There is additional/new information to present about the situation

- The action taken was too harsh or not consistent with program/university policy

**If an appeal of any other decision except or a grade dispute or program dismissal (discussed elsewhere in the handbook) is being made to the CSM Dean, the following procedure should be followed:**

1. The student must submit a written request to the Dean, providing the rationale for the requested appeal.

2. The Dean assembles an Appeal Committee that will include the Dean, the DCT and a faculty member who was not part of the initial complaint to hear the appeal.

3. The student may submit a written report to the Appeal Committee prior to the hearing.

4. The student makes an oral presentation in person to the Appeal Committee.

5. A question-and-answer period by the committee with the student follows.

6. The Dean, who is the presiding officer for the Appeal Committee, and the Appeal Committee deliberates following the hearing and makes its decision.

7. A decision is provided to the student.

8. It should be noted that there is no provision for attorneys to be present during the proceedings of an appeals hearing (except if there are criminal charges pending regarding the concern).

### Appeal Process and Hearing After a Dismissal Decision

The student has the right to appeal the program dismissal to the Academic Dean within ten (10) business days. The dismissal appeal process will be overseen by the Dean's Office. The student will submit a written appeal document detailing the reasons why they are appealing the dismissal, extenuating circumstances affecting the academic/program record, and a plan for improving their performance if given the opportunity. An appeal hearing will be held that includes the Dean (or designee), Assistant Dean, program coordinator (i.e., DCT; or designee), student, and at least two additional CSM/SHP graduate program coordinators. During the dismissal hearing the program coordinator will provide the rationale for dismissal, the student will provide appeal evidence, and the committee will have the opportunity to ask questions of the student and program coordinator for further clarification. Following the hearing, the committee will vote and make a recommendation to the Dean regarding acceptance or denial of the appeal. The program coordinator is not considered part of the committee and does not have a vote. The Dean will make the final decision and send the decision letter to the student and all relevant parties.

The student has the right to have a representative present. If the student's representative is an attorney, then the University General Counsel also must be present at the appeal hearing. A signed FERPA waiver must be completed for any representative who will be attending the hearing. The representative will not be allowed to participate in the discussion except under the guidance of the General Counsel.

If the student appeal is accepted by the Dean, then the program coordinator, in consultation with the Dean's Office, will work with the student to develop a remediation plan. The student will be on probation until they  satisfy the remediation plan. A timeline for remediation and the consequences for not meeting the expectations need to be described in the remediation plan.

If the student does not appeal the program's decision within ten (10) business days then they will be dismissed from the University. Program dismissal is possible even if the student meets the Rowan Global-wide minimum standards for Satisfactory Academic Progress.

**<u>Grade Disputes</u>**

Please find below information on grade disputes and repeating courses and implications regarding a student's performance in the clinical program.

**Students who believe their grades are incorrect or unfair should:**

- Discuss their course work with the instructor.

- Review with the course instructor the grading policies for the course.

- If still dissatisfied, disputes concerning grades should be brought to the DCT.

- The DCT may choose to discuss the matter with the instructor to try to resolve the issue informally.

- If still dissatisfied with these informal attempts at resolution, students should continue to follow the official Grade Dispute Policy of the University. Note that there are specific timelines that must be followed in this sequence as outlined in the policy. Failure to abide by these timelines may result in the student's dispute being denied/dismissed.

**<u>Post-baccalaureate and Graduate Student Dismissal Form</u>**

The form below is completed and signed when formal dismissal from the program is initiated. Dismissal applies to students who fail to meet the required program-specific standards/requirements (such as benchmarks, final projects, thesis, tests, etc.) and/or academic requirements as outlined elsewhere in this handbook. Once this process is initiated, the DCT will submit the completed form to the CSM Dean's Office and any other necessary parties. The CSM Dean's Office will hold the form for the required 10 business days pending a student appeal.

**CSM/SHP Post-baccalaureate & Graduate Student Dismissal Form**

***ABOUT THIS FORM:*** Dismissal applies to post-baccalaureate and graduate students who fail to meet the required program-specific standards/requirements (such as benchmarks, final projects, thesis, tests, etc.) and/or academic requirements as outlined by the academic program in which they are matriculated.

The Program Coordinators(s) confirms that:

| Student's Last Name | First Name | MI | Banner ID |
|---|---|---|---|
| Program Code | Program Name | | |

Has not met the following program-specific requirements (please check one or more boxes below and include/attach notes, explanations, remediation plan forms, and any documentation):

- ☐ Failure to successfully pass a benchmark/required testing
- ☐ Failure to successfully complete a required field experience/practicum/internship/supervised placement
- ☐ Inability to continue and/or return to a placement situation based upon the evaluation of the supervisor
- ☐ Failure to successfully demonstrate appropriate student dispositions as outlined by the program's professional standards
- ☐ Failure to maintain a 3.0 GPA and/or minimum satisfactory grades
- ☐ Other:

Therefore, consistent with University policy, and in accordance with program guidelines, the program requests that the student be dismissed from the program, as follows (check only one box below, which will be noted in the dismissal letter from the Academic Dean):

- Standard dismissal: student is not being recommended by the academic program for re-application to any program within the university as a whole. While the student is permitted to seek readmission to Rowan University after one academic year from the term in which they were dismissed, the student is discouraged from reapplying, and approval of any new application would be made only in rare and compelling circumstances.

- Dismissal with recommendation, given with one of the following recommendations:
    - Students are advised to complete particular tasks (test prep, additional non-Rowan coursework, etc.) and are encouraged to re-apply to the same academic program upon successful completion of these tasks. *The tasks as outlined by the academic program are listed in the dismissal letter and will be included in the dismissal letter from the Academic Dean.*
- Students are prohibited from reapplying to the same academic program, but is permitted to reapply to a *different* academic program at Rowan University.
- Program representatives and student meeting to discuss program dismissal

occurred on (*date*) _____

Dismissal is effective (date): _____

REQUIRED SIGNATURES:


_____     _____     _____
Program Coordinator  Signature              Printed Name                                   Date


_____     _____     _____
Department Chair/Head Signature             Printed Name                                   Date


_____     _____     _____
Academic Dean (or designee) Signature       Printed Name                                   Date


SUBMIT TO: CSM/SHP Dean's Office (c/o Assistant Dean and Associate Dean for Research and Graduate Affairs)

_____

*Office Use Only*

Student Appeal?    ☐    No    ☐    Yes    Appeal Hearing (date): _____

**Student Appendix, Evaluations and Mental Health Resources Signature Page**

After reading the relevant documents referred to below, asking any relevant questions you have regarding the policies and procedure, complete this affidavit and return to the Clinical Program Office or sign via the online portal. ***This form should be completed no later than the last business day of the 3rd week of the fall semester unless otherwise noted***. Note that this form must be completed annually.

My name below indicates that I have read the Ph.D. in Clinical Psychology 2021-22 Student Handbook. I have also been made aware of how to access all relevant forms that need to be completed as indicated in this handbook. Finally, I have been issued and had the opportunity to review the Mental/Physical Health Resources document. I pledge to consult relevant policies and procedures  regarding my enrollment in the program and to comport myself in accordance with these policies and procedures. I also understand that consultation with my mentor, my supervisors, the Director of Clinical Training is always encouraged when making decisions about my course of study in the Rowan University Doctoral Program in Clinical Psychology. Finally, I acknowledge that I have had the opportunity to ask questions about any of these policies prior to signing this acknowledgement.

I am also aware that changes to this handbook (before the next published edition) will be emailed and/or communicated to me in an email and/or during a student meeting. I understand that I will be asked to acknowledge these changes after having had time to review and ask questions about any changes.

Finally, I understand that I should retain copies of all relevant evaluations, formal communications, and decision letters that are sent to me for my own record. These records include both program specific records and records communicated to/with Rowan Global or any other relevant entities that are affiliated with my training at Rowan University.

Student Signature: _____

Date: _____

# EXHIBIT 7



**Case Conceptualization Benchmark**
**Decision and Feedback**

**Aug 2, 2022,**

**Dear** ██**,**

On behalf of the clinical faculty, I would like to provide you with feedback on your performance on the Case Conceptualization Benchmark. Unfortunately, scores from your committee indicated that your overall score or one or more of your domain scores were not in the passing range. Your overall, average score across all of the domains was **70%.** The average quantitative score for each specific area and additional qualitative feedback for those areas is noted below. Non-passing scores are noted in the table below. Please note that not all faculty provided qualitative feedback for each area and some areas might have no qualitative feedback.

Although I realize getting negative feedback can be distressing, I would encourage you to review the feedback presented to you and the material in your student handbook about the next steps. You should set up a time to meet about this feedback with your DCT **_within two weeks_** of receiving this letter. During this meeting, we will discuss both the results of the benchmark and options for remediation and moving forward in the program. You can contact me at 856-256-4500, ext. 53781, or haugh@rowan.edu. Your mentor is also welcome to attend the feedback session, although they are not required to attend.

After reading this letter, please sign and return the letter to the Clinical Office **within 5 business days**. Please note that signing the letter simply indicates that you have received and read the letter. It _does not_ indicate your agreement with the decision or prevent you from proceeding with any appeal of the decision.

Sincerely,

Jim A. Haugh, Ph.D.
Director of Clinical Training

***

I have read and understand the letter above. I understand that I have the right to meet with the DCT to discuss this decision and to appeal the decision if I feel it is warranted. I further understand that I have the right to have my mentor present at meetings to discuss this decision.

_____          _____

Signature                                                                                         Date

**Rowan** University

Case Conceptualization Benchmark
Decision and Feedback

**Quantitative Feedback**

| CATEGORY | Average Score |
|---|---|
| 1. Assessment | 4.25 |
| 2. Presenting Problem and Etiology | 4.5 |
| 3. Theoretical Formulation | 5.0 |
| 4. Rationale, Elements, and Goals of Treatment | 5.5 |
| 5. Treatment Progress and/or Outcomes | 5.0 |
| 6. Termination | 5.66 |
| 7. Diversity and Cultural Context | 5.5 |
| 8. Integrated Primary Care and Health Psychology | 5.75 |
| 9. Supervision and/or Consultation | 5.75 |
| 10. Transference, Countertransference and/or Resistance | 4.5 |
| 11. Relevant Ethical and/or Legal issues | 4.5 |
| 12. Q & A | 4.0 |
| 13. Professionalism | 5.0 |
| 14. Total Points | 64.60 |
| Overall Percent | 70.99 |
| Pass Based on Scores | NO |
| Evaluators Recommending Pass | 4 |

**Qualitative Feedback**

**Feedback 1**
*Strengths*
Strengths include leveraging Behavioral Activation to support this participant (and perhaps prevent a depressive episode) while she lived in a hospital with no meaningful activity and dealt with grief of a beloved family member as well as loss of her only source of care/support. Also the presenter's description of the elements of therapy, include providing a planner, list of activities, and activity monitoring worksheet; developing ways for the client to feel connected to her mother; educating nursing staff on grief vs. depression. Another strength was the discussion of termination -- while this has not yet happened yet, I appreciated the analogy of the finish line, and celebrating the client's accomplishments in this semi-therapeutic relationship (see below for drawback to termination

Rowan University

## Case Conceptualization Benchmark
## Decision and Feedback

description). I appreciated the attention to both disability issues and racial/ethnic diversity, and clear discussion of how these conceptualizations influenced the actual therapeutic content or delivery. Several references to incorporation of supervision in the process, multidisciplinary coordinated care in a hospital setting, etc. Nice Q&A discussion of transference and counter-transference, including supervisor's role in processing.

*Area of Opportunity*

Lack of engagement with the complexity of grief vs. complicated grief vs. depression in this case conceptualization and theoretical formulation; upon questioning, sufficient but not excellent clarity provided. I would also like to have seen more nuanced discussion of the blurry roles a therapist can struggle with in a case like this, versus just strict adherence to boundaries with this person who is a life-changing crisis and aftermath. As part of that, termination discussion would be stronger for a compassionate discussion of how difficult this will be for this client to lose another source of support (e.g., in addition to the wonderful "finish line" reframe and building that analogy in the time left with her, the student clinician will probably need to talk frankly about client's worries / fears / grief around this additional loss, which coincides with another transition in her life, that of the move to the group home). The primary area of concern was the student clinician's difficulty thinking in nuanced ways about this very complex case. This might not fit neatly into a box of grief or depression, and Behavioral Activation might not be the ideal support or strategy, but may have utility -- and all of that is okay! In fact, all of that is real life, and a clinician encounters difficult, nuanced issues daily. Trying to reduce to one approach or interpretation without ability to see the value of others, or even just the complexity, actually makes it more difficult to do this job well.

## Feedback 2
*Strengths*
Adaptations of treatment appropriate for this client.

*Area of Opportunity*

Not clear why treatment was focused on depression when patient initially denied any significant symptoms (behavioral observations were helpful but rationale was not sufficiently explained); unclear differentiation between depression and grief and poor demonstration of consideration in the moment; lack of repeated assessment insufficiently justified. Presentation construction and delivery skills need work (shoud not be reading, narration was barely more than what's on the slide, over-animation, clicking sounds very distracting). Overall, student showed a limited understanding of legal issues and transference, displayed extremely concrete thinking (which does not meet expected comeptency for a third-year trainee), and provided answers to questions without sufficient depth.

## Feedback 3
*Strengths*

███ was able to describe the behavioral model of depression and explain how she attempted to us the model for treatment. ███ initially provided appropriate assessment for client developmental level. ███ did well to assess emotions and provide psychoeducation. ███ addressed the diversity discussing the client's intellectual disability. She also discussed the context of family in the client's culture. ███ was able to discuss transference the client experienced. ███ was professional throughout her presentation and polite in receiving questions and comments.

*Area of Opportunity*

Assessment was not completed throughout her time to assess for progress. ███ discussed no ability to complete the assessment due to agency issues. In discussing etiology and even theory, ███ lacked a flexibility in viewing the client in a different way (grief vs depression). ███ had difficulty also understanding other interventions and theories of intervention when asked about using Problem Solving Techniques in treatment. It would be beneficial for ███ to increase her tool box of theories and interventions available for her use working with clients. ███ did not discuss cultural differences between her and the client and how this may have affected the therapeutic relationship positively or negatively. When questioned about transference, ███ showed inflexibility in her approach to the client's transference when discussed in the question and answer section. ███ also did not address countertransference until asked in the presentation. There appeared to be a lack of



**Case Conceptualization Benchmark**
**Decision and Feedback**

knowledge with regards to legal issues that may be present (power of attorney, financial issues, etc). Overall when questioned there was an inability to see other options or other ways to view the situation. I'd like to see ⬛ discuss her client and case conceptualization from her experience rather than the feel I received that she was just reading a script of what happened. It would also be helpful for her to attempt to take the simple route to first conceptualize a client and then move from that conceptualization with more data collected.

# EXHIBIT 8

October 6, 2022

To Whom It May Concern,

I am writing this letter to appeal the decision made on my Qualifying Exam. I am requesting for the following: 1) the clinical faculty within the Psychology Department should read my Integrated Health essay and reconsider the grade that was provided (grades: 78 & 81), and 2) remove the two faculty members who graded the Integrated Health section of my Qualifying Exam ▉▉▉▉▉▉▉▉▉▉ from the appeal process given that there is a conflict of interest. The reasons listed below provides merit for why I am appealing this decision:

1. Last year (October of 2021) when I did not successfully pass the Integrated Health section on the Qualifying Exam, I had asked the department (i.e., Dr. Haugh) for access to my rubric to better understand how the grade was provided and to work on areas of improvement, however this request was denied. Instead, I had the opportunity to meet with Dr. Haugh and Dr. Jones on 5/11/22 to discuss what I should have done differently to write my essays on the Qualifying Exam. The main feedback that I received was: answer all questions, don't put more weight to answering one section more than the other; incorporating citations from the syllabus; use fewer quotes; and most importantly, stating fewer facts and more arguments (this is implying that the graders want to hear my thinking). **No other specific feedback was provided.** Assuming that these were the main reasons that I did not pass the Integrated Health section of the Qualifying Exam the first time, I made sure to address these specific issues this second time that I took the Qualifying Exam (see below for evidence: meeting notes were sent to Dr. Haugh, Dr. Jones, and Sherri on 5/11/22).

   a. I explicitly answered all the questions asked on the Integrated Health section
   b. I referenced primarily course materials (there is no single textbook one can refer to, so I referred to different course readings): **Noar (2004)** Health educator's guide to theories of health behavior (Health Psych), **Brewer and Rimer (2008)** Perspectives on HBTs that focus on individuals (Health Psych). Further, I found additional materials to support my responses. According to pg. 56 of the handbook, "*Although no specific number of citations is required, a passing answer will typically include between 4-6 citations per question*"...I had a total of **8** citations referenced in my essay: Noar (2004), Brewer & Rimer (2008), Noar (2014), Fiore et al. (2008), Cooperman et al. (2015), Bailey et al. (2018), Steinmetz et al. (2016), and Fiore et al. (2000).
   c. I did not directly quote text from readings, instead paraphrased the content
   d. Much of the essay is formatted to discuss my thoughts (you can reference the essay for many examples)



Meeting with Dr. Haugh & Dr. Jones RE: Comps

General comments:
- Answer ALL questions, don't put more weight to answering a&b, and less on b&c
- Incorporate more references (*As per Dr. Haugh & Dr. Jones' comments, include references from CORE READINGS… articles covered in class)
- Comments during meeting:
  - I include too much history/"facts" …What is MY ARGUMENT
  - Don't need flowery language and transition sentences; be explicit- rephrase question as a sentence to address each question (think answering a short answer, be succinct with sentences)
  - Format: argument, here is my evidence for this argument, explain why this evidence is applicable (ANALYZE IT/my thoughts)
  - Want to hear more of my thoughts/arguments than facts
  - Rewrite questions with multiple questions so it looks like this: a), b), c),… ask myself- did I answer these questions?

Psychopathology
- Should have included a discussion on opposing viewpoint? Multifinality?
- Give specific examples on how equifinality is related to goals of NBI rDOC, I indicated "there has been a growing attention to investigate the prevalence of biological and psychosocial determinants of psychopathology", but did not say which specific factors (e.g. social support etc.) could play a role-need more explanation??
- Did not really address PART D- Talk about resilience… coping mechanisms

IPC
- Which specific people would you hire and why – in terms of designing program for diabetes and depression?
- I talked about the psychologist's role and case manager. But, not much about what the PCP or other people would do (e.g. what about a nutritionist??)
- More info. on how the clinic as a whole will be financially supported? Not just behavioral health parts (e.g. assessments)
- *** Too much facts in this paper… reflect on what I learned from IPC course- how it works, models of care, roles of different professionals etc.

Interventions
- Need more discussion on the influence of these conditions of change on contemporary theories??

- Choose something I know (e.g. specific theory like CBT) and apply it to my work/addressing this question
Supervision& Consultation
- I focused more on advocacy in schools (e.g. education & training), need more discussion on advocacy once one becomes a professional (in practice) and why this may be important (i.e. advocate diversity in the field to meet the unique needs of clients; advocate for rights such as fair pay for assessments -MD vs. PhD pay in hospital settings)
- Function of supervision vs. consultation (SEPARATE) for future professionals
  - Supervision- didactics; power dynamics; more training/experience (license); "learning more"
  - Consultation- at practicum with medical and behavioral health professionals; "peer to peer" relationship (psychologist vs. physician); "doing more"; equal position to do advocacy work
- Dr. Haugh- I speak about "schools, schools, schools, then post doc"…what about advocacy training at graduate level such as masters and doctoral?

Other comments
- Less facts, more arguments (YOUR THINKING!!)
  - Don't have to explain concepts (E.g. equifinality-psychopathology) or facts (prevalence rate of diabetes for IPC paper)
- Be explicit answering questions
  - I'm answering this question- restate question succinctly
- Short sentences, BREVITY
- 4 pages in length
- Cultural piece for ALL ESSAYS
  - Systems vs individuals… think of settings, also don't just focus on clients… think of how your identity can impact x, y, and z
- Email professors when asking for their expertise/thoughts on a question and 'cc Dr. Haugh=Dr. Jones
- USE LESS QUOTES- because it comes off as I do not understand the material
- Dr. Haugh to provide letter if I need to miss UPenn orientation week=will speak with practicum supervisor if needed, but WILL NOT disclose academic status (e.g. probationary status/retaking comps)
- Preparations
  - Review syllabi for courses
  - Outline each comps questions (AS ARGUMENT STYLE)
  - Write out essays in advance not the day of comps
  - Reach out to professors for clarification/support

In addition, to meeting with Dr. Haugh and Dr. Jones to receive feedback on my last Integrated Health essay, I was proactive about scheduling meetings with faculty members to ensure that I would be successful the next time. As per Dr. Haugh, I attempted to meet with faculty who are seen as "content experts" (as per Dr. Haugh, Dr. Greeson & Dr. Arigo would be considered "content experts" in this area) in Integrated Health.██████████
███

    a.  Dr. Arigo was contacted on 6/21/22, as Dr. Haugh had considered this faculty to be a "specialist" in Integrated Health. Dr. Arigo declined to meet with me and recommended that I meet with Dr. Haugh.

    b.  I met with Dr. Haugh on 8/10/22. On this day, Dr. Haugh indicated that Integrated Health was not his area of expertise. Similar to my meeting with Dr. Haugh and Dr. Jones on 5/11/22, during this meeting, it was discussed that I would need to ensure that I address all questions asked on the Qualifying Exam and reference readings from the course syllabus. Dr. Haugh was able to clarify ONE specific content question (i.e., my understanding of the difference between CC model and PCMH model).

Without supports (i.e., access to graded rubric with specific feedback and meeting with "content experts") in place to help me, it was extremely difficult to discern what more I could have done differently to ensure that I successfully pass the Integrated Health section on the Qualifying exam. As page 56 of the handbook indicates, I should be allowed to remediate Qualifying Exam, "If 1-3 content areas are not passed at an 83% or above, the examinee will have one chance for remediation in each content area." The handbook **does not specify** that **students who retake the Qualifying Exam for the second time would not be allowed to remediate the Qualifying Exam**. I have passed 6 of 7 content areas, therefore I should be given the opportunity to remediate. Moreover, I do not agree with the decision that I failed the Qualifying Exam and should be dismissed from the program. While an automatic dismissal includes a situation where a student has failed the Qualifying Exam twice, it is not clear what "failing" implies because page 56 of the handbook suggests that **failing= not passing 4 or more content areas** ("*If 1-3 content areas are not passed at an 83% or above, the examinee will have one chance for remediation in each content area.* **If 4 or more content areas are not successfully passed, the student will be considered to have failed the examination**..."). Further, it was not clear if the expectation was for me to pass ALL content areas as my last PIP plan emailed to me on 9/24/21 does not explicitly indicate that I need to successfully pass all 7 content areas of the Qualifying Exam: "*In addition to the requirements stipulated above, it is also expected that you will satisfactorily complete all other program benchmarks including your qualifying exams, clinical supervisory evaluations, case conceptualization benchmark, and dissertation proposal and defense meetings in a satisfactory manner. Your qualifying exams and any clinical deficiencies in your clinical benchmarks (supervisor evaluations, case conceptualization benchmark) will result in additional remediation to be specified in a new PIP.*"

██████████████
████████████████
███ ████████████████
████████████

Finally, I am requesting the individuals who graded the Integrated Health section of my Qualifying Exam to be removed from the decision-making process of my appeal. Since I am disputing the grade that they provided, having them contribute to the decision about the appeal is inherently a conflict of interest.

Due to the aforementioned reasons, I am appealing the decision on my Qualifying Exam.

Please do not duplicate, reproduce, or share this document without my permission. This document is intended solely for the addressed individuals.


- To date (10/6/22), I have not received any formal letter from the DCT. When I do receive a formal letter, I have the right to amend my appeal if the formal letter differs from the verbal discussion. -


Thank you.


Sincerely,

███████████

Ph.D. Student, Clinical Psychology (4th Year)

# EXHIBIT 9

**Rowan University**
**Student Sexual Misconduct/Title IX Reporting Form**

*Submitted on October 10, 2022 at 9:04:14 pm EDT*

| | |
|---|---|
| Nature | **Sexual Harassment** |
| Urgency | **Not urgent Urgent** |
| Incident Date and Time | **2021-07-27** |
| Incident Location | **Robinson Hall Robinson Hall (Dr. Greeson's office& Room100 Lab), Rowan's Parking O-Lot, outside of Rowan's campus** |

Reported by

| | |
|---|---|
| Name: | ███████████ |
| Title: | |
| Email: | ███████████ |
| Phone | ██████████ |
| Address: | ███████████ |
| | **[UNAUTHENTICATED]** |

Involved Parties

███████████                          ███████████       ███████████
Complainant                          Robinson Hall & more (see specific location above)

**Jeffrey Greeson (Core Clinical**          ███████████       ███████████
**Faculty) ()**
Respondent

Questions

Present status at Rowan University
**Graduate Student**

Describe in as much detail as possible the event(s) that occurred. Please include the name(s) of all parties involved and the name(s) of any witnesses or individuals who may have knowledge of the event(s).
**Over the past two years, Dr. Greeson had verbally and repeatedly asked me out for dates, including numerous requests that I go out to lunch and dinner with him (these incidents occurred at Robinson Hall, Rowan's Parking O-Lot, outside of Rowan's campus). Further, he had invited me to his office or the lab space at late hours with the door shut and forcibly gave me bear hugs from the front (without my consent). I became so uncomfortable that I asked to leave his lab. Dr. Greeson stated that if I left his lab, he would do everything within his power to get me dismissed from the program. It was very apparent to me that remaining in the PhD program was contingent upon dating Dr. Greeson. Because I refused to date Dr. Greeson, I am now facing adverse action in the form of the University taking steps to dismiss me from the program. This is a classic example of quid pro quo sexual harassment under Title IX. This experience was severe, pervasive, and objectively offensive.**

**Another PhD student has made similar allegations, including requests that this student share a hotel room with Dr. Greeson. This student has also informed me that she has gone out to lunch/dinner, jazz clubs, and the movies with him. I was also made aware by other PhD students in the department about this concerning relationship between this student and Dr. Greeson. I am very uncomfortable by this, as I feel that I lack the same advantage in the program as this student, simply because I refused to date my professor.**

**\*Please note that this was a repeated occurrence. It appears that I am required to indicate a "date of incidence," but I can only submit one date. Therefore, the date that I had provided (7/27/2021) reflects when I was last under Dr. Jeffrey Greeson's mentorship in the PhD program.**

Did you speak with Rowan University Police Department or another police department regarding this incident?
**No**

Did you speak with a confidential resource on campus regarding this incident (confidential resources include the Counseling and Psychological Services at the Student Health Center)?
**No**

<u>Attachments</u>
notehl10.10.22.pdf

*Pending IR #00048293*
*Submitted from 174.57.253.159 and routed to Ashley Lynam (Interim Title IX Coordinator). Processed by routing rule #157.*
*Copies to: koett@rowan.edu,laytonr@rowan.edu,wheatcroft@rowan.edu,mulligan@rowan.edu,wolak@rowan.edu,lynama@rowan.edu*

# EXHIBIT 10



**Ph.D. Qualifying Exam Results**

October 12, 2022

Dear ███,

On August 16th and 18th, you completed the Ph.D. Qualifying Exam. Please find your qualitative scores below.

| Content Area Score | |
|---|---|
| 1. Assessment | **PASS** |
| 2. Intervention I & II | **PASS** |
| 3. Ethics | **PASS** |
| 4. IPC/Health | FAIL |
| 5. Psychopathology | **PASS** |
| 6. Methods/Stats | **PASS** |
| 7. Super/Consult | **PASS** |

**SUMMARY:** Unfortunately, the result of your Qualifying Exams indicates that you did not successfully complete the Integrated Health Content Area. However, all of the remaining sections were passed.

**PASS:** Pass means you received an 83% or higher from all reviewers.

**NON-PASS/FAIL:** Non-pass/fail means that your score was lower than 83% from two reviewers.

If you received a non-pass/fail score, the DCT will be in contact with you in 7-10 business days at the latest to discuss the next steps and how this decision impacts your standing in the program. Please review your program handbook in the meantime.

Please acknowledge receipt of this letter within 24-48 hours of receipt of the letter.

If you would like more information about any scores on this exam, please contact the DCT for an appointment. Your mentor(s) can be present for any meeting regarding your exam scores.

Sincerely,

Dr. Jim A. Haugh
Director of Clinical Training                    Date: ███

# EXHIBIT 11



**Ph.D. Qualifying Appeal Results**

July 11, 2023

Dear ,

On August 16th and 18th 2022, you completed the Ph.D. Qualifying Exam for the second time, and the following summary was provided to you. Please find your qualitative scores below that were issued in that original letter.

| Content Area Score | |
|---|---|
| 1. Assessment | **PASS** |
| 2. Intervention I & II | **PASS** |
| 3. Ethics | **PASS** |
| 4. IPC/Health | **FAIL** |
| 5. Psychopathology | **PASS** |
| 6. Methods/Stats | **PASS** |
| 7. Super/Consult | **PASS** |

By letter dated October 6, 2022, you filed an appeal of your failure of the IPC/Health section of the Qualifying Exam. Specifically, the letter bases your appeal on the following grounds:

1. Your request to review the rubric for the Integrated Health section of the Qualifying Exam, following your first failure, was denied. And, you were not provided the opportunity to meet with "content experts." Instead, you met with Dr. Jones and Dr. Haugh in May 2022, to discuss your exam and they provided feedback for an improved grade. Your appeal claims without the rubric or speaking to "content experts," "it was extremely difficult to discern what more [you] could have done differently to ensure that [you] successfully pass the Integrated Health section on the Qualifying Exam;"

2. You believe you should be eligible to remediate the exam because you passed 6 of the 7 sections on your second attempt at the Qualifying Exam; and,

3. You requested that Dr. Greeson be excluded from the appeal process due to what you categorized as a "conflict of interest," in that you claim to have a "tumultuous relationship" with him. And, you requested the individuals who graded the Integrated Health section of your Qualifying Exam be excluded from the appeal process. In follow up correspondence from your attorney, it was further expressed that to the extent Dr. Greeson graded the Integrated Health section of your Qualifying Exam, that grade not be considered, and that section of the Qualifying Exam be graded again.

Rowan and the Program took into consideration both your and your attorney's request that to the extent Dr. Greeson had graded the Integrated Health section of your Qualifying Exam, that it be "thrown out." As a result of that request, and in addressing ground #3 of your appeal listed above, the Program did just that. Dr. Greeson's grade for the exam was no longer considered, leaving one failing grade. Thereafter, two additional graders graded the exam following the same procedures that are normally used when grading is performed (this also included grading two other student responses on the same section to preserve anonymity during the process). As it was explained to your attorney, two failures (including the one you already had) would result in a failure. Unfortunately, this regrading again resulted in your failing that

section/question of the Qualifying Exam (80%).

As a result of the above, Rowan and the Program have addressed ground #3. Notwithstanding, your appeal on the other grounds will move forward. In other words, the Clinical Training Committee will only be provided with the information in your appeal letter related to grounds #1 and #2, and the portion of your appeal letter related to ground #3 will be redacted since it has already been addressed.

The Program would like to begin this appeal process as soon as possible, as all appeals need to be heard by the beginning of the next semester, given that the result of these appeals has consequences for your continuing in the Program. Due to prior matters involving Dr. Haugh and Dr. Greeson, both of these individuals will not be part of your appeal process and it will be directed instead by Dr. Jones. Please work with Dr. Jones moving forward to set up the appeal meeting and discuss the details. Please be in contact with Dr. Jones within 7 business days of receipt of this letter, at the latest, to discuss the next steps and how this decision impacts your standing in the Program. Please review your Program handbook in the meantime.

Please acknowledge receipt of this letter within 24-48 hours of receipt via email to the ADCT, Dr. Jones (jonesme@rowan.edu). Please note that acknowledgement of receipt of the letter simply indicates that you have received the letter.

Any questions about this letter or the appeal process should be directed to the ADCT, Dr. Jones. Your mentor(s) can be present for any meeting regarding this topic and/or included in those emails.

Sincerely,

Dr. Jim A. Haugh
Director of Clinical Training                          Date:

Cc: Dr. Tom Dinzeo (Mentor), Dr. Bobbi Dihoff (co-mentor), Dr. Tricia Yurak (Dept. Head, Psychology), Dr. Jennifer Ravelli (Dean, CSM)

**Department of Psychology**
College of Science & Mathematics, Robinson Hall, 201 Mullica Hill Road Glassboro, New Jersey 08028-1701 856-256-4870 | 856-256-4892 fax

# EXHIBIT 12



**College of Science and Mathematics**

Department of Psychology
Robinson Hall/Suites 115-116
202 Mullica Hill Rd.
Glassboro, NJ 08028

856-256-4870
856-256-4892 (fax)

**Re: Ph.D. Qualifying Exam Appeal Result**                    August 11, 2023

Dear ,

On August 16th and 18th, 2022, you completed the Ph.D. Qualifying Exam for the second time. By letter dated October 6, 2022, you filed an appeal of your failure of the IPC/Health section of the Qualifying Exam. Specifically, the letter based your appeal on 3 grounds. In response, Rowan and the Program addressed ground #3 by re-grading your IPC/Health section as detailed in the letter sent to you on July 11, 2023. This re-grading resulted in another failing grade for the IPC/Health section of the Qualifying Exam. Your appeal then moved forward on grounds #1 and #2. The Clinical Training Committee was provided with the information in your appeal letter related to grounds #1 and #2, and the portion of your appeal letter related to ground #3 was redacted. A copy of this letter was also provided to you.

Due to prior matters involving Dr. Haugh and Dr. Greeson, both of these individuals were not part of your appeal process, and it was directed instead by Dr. Jones. Per your request, all individuals who had graded your IPC/Health section of the Qualifying Exam were also excluded from your appeal process. You met with Dr. Jones and Dr. Dihoff to discuss your questions and prepare for the appeal meeting on August 2, 2023.

The appeal meeting was held on August 10, 2023. You presented your appeal to the Clinical Training Committee and the committee then discussed and voted on your appeal. The Committee voted to **deny** your appeal of your failure of the IPC/Health section of the Qualifying Exam.

Per the Professional Improvement Plan and Probation Status Notice letter dated 11/15/21, failure of this second attempt to pass the Qualifying Exam is grounds for dismissal from the Ph.D. Program in Clinical Psychology. The Clinical Training Committee will wait to move forward with discussion of your status in the program pending resolution of your appeal process.

Please consult the program handbook for detailed guidance regarding next steps in your appeal process at the college level (Dean of the College of Science and Mathematics). Please note that appeals should be completed in writing and sent to the Dean, the Department Head, the DCT, the Associate DCT, and any other relevant parties within 10 business days of your receipt of this letter. Students are asked to inform all three administrators to ensure that the proper written appeal process documentation is placed in the student's file.

Please acknowledge receipt of this letter within 24-48 hours of receipt via email to the ADCT, Dr. Jones (jonesme@rowan.edu). Please note that acknowledgement of receipt of the letter simply indicates that you have received the letter.



Any questions about this letter should be directed to the ADCT, Dr. Jones. Your mentor(s) can be present for any meeting regarding this topic and/or included in those emails. Any questions about next steps in your appeal process should be directed to the College of Science and Mathematics (Dr. Jennifer Ravelli, Assistant Dean, ravelli@rowan.edu).

Sincerely,

Dr. Meredith Jones
Associate Director of Clinical Training                Date:

Cc: Dr. Jim A. Haugh (Director of Clinical Training), Dr. Tom Dinzeo (Mentor), Dr. Bobbi Dihoff (co-mentor), Dr. Tricia Yurak (Dept. Head, Psychology), Dr. Jennifer Ravelli (Assistant Dean, CSM)

# EXHIBIT 13



**College of Science and Mathematics**

Department of Psychology                  856-256-4870
Robinson Hall/Suites 115-116              856-256-4892 (fax)
202 Mullica Hill Rd.
Glassboro, NJ 08028

**Re: Program Status Update**                                    August 23, 2023

Dear ,


You appealed the results of the Ph.D. Qualifying Exam that was taken for a second time on August 16th and 18th, 2022. This appeal was held on August 10, 2023. You presented your appeal to the Clinical Training Committee and the committee then discussed and voted on your appeal. The Committee voted to **deny** your appeal of your failure of the IPC/Health section of the Qualifying Exam. Thus, you continue to be on probationary status in the program and classified as a student not in good standing.

Based on the results of this appeal, and given your current status in the program, you will need to cease all program-related activity at this point. Specifically, your contract to teach in the fall and any program related financial support will not be provided. Additionally, you will not be permitted to secure any travel funding from the Program, and you are asked to withdraw from any program classes for Fall 2023. Finally, you are asked to work with your practicum supervisor and Dr. Jones and/or Dr. Haugh to transition out of your current practicum training site. The care of your current clients and compliance with ethical and legal responsibilities is very important, and care should be taken to facilitate the transition of care for your clients appropriately.

Please note that these changes do not change your rights to appeal the decision by the program regarding your QE appeal to the Dean of the College of Science and Mathematics, as noted to you in the letter dated August 11, 2023.

Please acknowledge receipt of this letter within 24-48 hours (1-2 business days) of receipt via email to the DCT, Dr. Haugh (clinicalpsych@rowan.edu). Please note that acknowledgement of receipt of the letter simply indicates that you have received the letter.



Any questions about this letter should be directed to the DCT, Dr. Haugh. Your mentor(s) can be present for any meeting regarding this topic and/or included in those emails. Any questions about next steps in your appeal process should be directed to the College of Science and Mathematics (Dr. Jennifer Ravelli, Assistant Dean, ravelli@rowan.edu).


Sincerely,

*Jim A. Haugh, Ph.D.*


Dr. Jim A. Haugh
Director of Clinical Training                                    ███████     Date:

Cc: Dr. Meredith Jones (Associate Director of Clinical Training), Dr. Tom Dinzeo (Mentor), Dr. Bobbi Dihoff (co-mentor), Dr. Amy Janke (Dept. Head, Psychology), Dr. Jennifer Ravelli (Assistant Dean, CSM)

# EXHIBIT 14



**College of Science & Mathematics**
Robinson Hall
Rowan University
201 Mullica Hill Road
Glassboro, NJ 08028-1701

856-256-4850
856-256-4921 fax

September 13, 2023

*VIA EMAIL*

█████████████████████

███████████

On August 21, 2023, the Dean of the College of Science & Mathematics received your request for a hearing to appeal your failing grade on the Ph.D. in Clinical Psychology qualifying exam. This followed the denial of your appeal by the Ph.D. in Clinical Psychology program on August 10, 2023.

On Friday, September 8, 2023 a Committee convened, via Webex, to hear your appeal. As per the program's handbook and agreement by you, the Committee consisted of the following: Dr. Elisabeth Morlino acting as the Dean's Designee, Dr. Carmen McDonald, Rowan-Virtua School of Nursing and Health Professions, and Dr. Bethany Raiff, Department of Psychology, College of Science & Mathematics.  Also present were Dr. Jennifer Ravelli, as the facilitator; Dr. Tom Dinzeo, as student support requested by you; Mr. Bradley Flynn, Esq., your counsel  requested by you; and Ms. Melissa Wheatcroft, Esq, General Counsel, Rowan University.

Prior to the hearing, you provided your written statement, clinical evaluations, and communications in support of your request, and this information was reviewed by the Committee prior to the hearing.  During the hearing, you presented your case requesting remediation and retake of your second attempt of your qualifying exam in the Clinical Psychology Ph.D. program. The Committee was then able to ask you questions about your presentation for further clarification.  After addressing the questions, you provided a closing statement and that concluded the hearing.

Following review and consideration of the information presented, as well as the Ph.D. Program in Clinical Psychology Student and Faculty Handbook, the Committee rendered a decision to deny your appeal.  This decision was reached based on the information provided in the Evaluation Standards & Guidelines section of the handbook which states:

> *All 7 content areas must be passed to matriculate within the Ph.D. program and be considered a doctoral candidate. If 1-3 content areas are not passed at an 83% or above, the examinee will be considered to have failed the examination and have one chance for remediation in each content area. If 4 or more content areas are not successfully passed, the student will be considered to have failed the examination and will be required to complete the entire exam at the next available testing date... A student who has failed the qualifying exam in part or entirely twice will be dismissed from the program.*

Further, the Committee took into consideration your allegations but found no evidence that the score on the second attempt you completed was compromised in any way. The qualifying exams are graded on a blind system so that the grader of each section has no knowledge of which student's paper they are grading. The Committee found no evidence indicating otherwise.

This concludes your appeal process as outlined in the Psychology Student and Faculty Handbook. This decision will be shared with the Program Director (DCT) Dr. James Haugh and he will reach out to you regarding your status in the program by September 29, 2023.

Sincerely,

Elisabeth Morlino, PhD
Associate Dean for Academics and Research Affairs

# EXHIBIT 15



**College of Science and Mathematics**

Department of Psychology                     856-256-4870
Robinson Hall/Suites 115-116                 856-256-4892 (fax)
202 Mullica Hill Rd.
Glassboro, NJ 08028

**Re: Program Status Update**                          September 26, 2023

Dear ,

You appealed the results of the Ph.D. Qualifying Exam that was taken for a second time on August 16th and 18th, 2022 to the Dean of the College of Science & Mathematics. This appeal meeting was held on Friday, September 8, 2023. According to a September 13, 2023 letter sent to you and the program, your appeal was denied. As a result, your appeal rights of the programmatic decision have been exhausted.

With respect to the Qualifying Examination, the Program Handbook specifically provides:

> All 7 content areas must be passed to matriculate within the Ph.D. program and be considered a doctoral candidate. If 1-3 content areas are not passed at an 83% or above, the examinee will be considered to have failed the examination and have one chance for remediation in each content area. If 4 or more content areas are not successfully passed, the student will be considered to have failed the examination and will be required to complete the entire exam at the next available testing date. … Unsuccessful completion of all or parts of the exam may lead to changes in funding, ability to complete additional coursework, and status in the program (i.e., probation, termination, removal from practicum). ***A student who has failed the qualifying exam in part or entirely <u>twice</u> will be dismissed from the program***.

This letter is to inform you that as a result of your having failed the Qualifying Examination twice, you are being dismissed from the Ph.D. program in Clinical Psychology. Please note that in accordance with the Program Handbook (page 103, "Appeal Process and Hearing After a Dismissal Decision"), you have the right to submit a written appeal document to the Dean of the College of Science and Mathematics. If you choose to file an appeal, you must do so within 10 business days of receiving this letter. A representative of the dean's office will be in contact with you at that time to discuss the process of the appeal meeting with you.

Please acknowledge receipt of this letter within 24-48 hours (1-2 business days) of receipt via email to the DCT, Dr. Haugh (clinicalpsych@rowan.edu). Please note that acknowledgement of receipt of the letter simply indicates that you have received the letter.



Any questions about this letter should be directed to the DCT, Dr. Haugh. Your mentor(s) can be present for any meeting regarding this topic and/or included in those emails. Any questions about next steps in your appeal process should be directed to the College of Science and Mathematics (Dr. Jennifer Ravelli, Assistant Dean, ravelli@rowan.edu).

Sincerely,

*Jim A. Haugh, Ph.D.*

Dr. Jim A. Haugh
Director of Clinical Training                                    Date:

Cc: Dr. Meredith Jones (Associate Director of Clinical Training), Dr. Tom Dinzeo (Mentor), Dr. Bobbi Dihoff (co-mentor), Dr. Amy Janke (Dept. Head, Psychology), Dr. Jennifer Ravelli (Assistant Dean, CSM)