

October 2, 2023

**_Via U.S. Mail and Electronic Filing_**
Hon. Renee Bumb, U.S.D.J.
Mitchell H. Cohen Building
& U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

Re:     **Jane Doe v. Rowan University, et. al**
          **1:23-cv-20657**

**Request for Briefing Schedule and Emergent Hearing
on Plaintiff's Motion for TRO and Preliminary Injunction**

Dear Judge Bumb,

As Your Honor is aware, this Firm, together with undersigned counsel, represents the Plaintiff in the above-captioned matter. I am writing to Your Honor to respectfully request Your Honor's guidance on the scheduling of Plaintiff's Reply Brief and to petition for an emergent hearing and/or oral arguments on Plaintiff's Motion for a Temporary Restraining Order (TRO) and Preliminary Injunction.

Respectfully submitted,

Bradley R. Flynn, Esq.
For the Montgomery Law Group, PLLC.
Attorneys for the Plaintiff

---

Pennsylvania
1420 Locust Street, Suite 420
Philadelphia, PA 19102
215-650-7563

**Montgomery Law**

New Jersey
Historic Smithville, Suite 1
1 N. New York Road
Galloway NJ, 08205
856-282-5550
*all NJ mail to PA office

Florida
631 US 1, Suite 202
North Palm Beach, FL 33408
561-408-1100

Cc: Mr. JAMES ANDREW KELLER, Esq.
SAUL EWING ARNSTEIN & LEHR LLP
CENTRE SQUARE WEST
1500 MARKET STREET
38TH FLOOR
PHILADELPHIA, PA 19102