[Docket No. 2]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| JANE DOE, in her individual capacity, <br><br> Plaintiff, <br><br> v. <br><br> ROWAN UNIVERSITY and Dr. JEFFREY GREESON, in his individual and official capacities, <br><br> Defendants. | Civil No. 23-20657 (RMB-MJS) <br><br> **ORDER** |

This matter comes before the Court upon the Motion for a Temporary Restraining Order and Preliminary Injunction filed by Plaintiff Jane Doe, in her individual capacity ("Plaintiff"). [*See* Docket No. 2.] Defendants Rowan University and Jeffrey Greeson, in his individual and official capacities (collectively, "Defendants"), opposed the Motion. [Docket No. 9.] Plaintiff filed a reply on October 6, 2023. [Docket No. 11.] For the reasons set forth in the Opinion of today's date, and for good cause shown,

**IT IS**, on this **10th** day of **OCTOBER 2023**, hereby:

1. **ORDERED** that Plaintiff's Motion for a Temporary Restraining Order is **DENIED**;

2. **ORDERED** that Plaintiff's Motion for a Preliminary Injunction is **STAYED** and **ADMINISTRATIVELY TERMINATED** pending the completion of discovery;

3. **ORDERED** that discovery is referred to Magistrate Judge Shakhill and that the parties shall work together to prepare for a hearing on Plaintiff's Motion for a Preliminary Injunction;

4. **ORDERED** that, during discovery, Plaintiff shall file a motion seeking leave to proceed anonymously; and it is finally

5. **ORDERED** that the parties inform the Court via joint status report following the completion of discovery in order to schedule a hearing on Plaintiff's Motion for a Preliminary Injunction.

s/Renée Marie Bumb
RENÉE MARIE BUMB
Chief United States District Judge
