**SAUL EWING LLP**
James A. Keller, Esq.
Atty. I.D. No. 020991996
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Phone: (215) 972 – 1964/7160
james.keller@saul.com
*Counsel for Defendants*
*Rowan University*
*and Dr. Jeffrey Greeson*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT COURT OF NEW JERSEY**

| | |
|---|---|
| **Jane Doe, in her individual capacity,** *Plaintiff,* v. **Rowan University and Dr. Jeffrey Greeson, in his individual and official capacities,** *Defendants.* | Docket No. 1:23-cv-20657 CIVIL ACTION-LAW |

**APPLICATION OF ROWAN UNIVERSITY AND DR. JEFFREY GREESON TO EXTEND TIME PURSUANT TO L.R. 6.1(B)**

Defendants Rowan University and Dr. Jeffrey Greeson ("Defendants"), by and through their counsel, Saul Ewing LLP, submit this application pursuant to L.R. 6.1(b) to extend their time to answer, move, or otherwise respond to Plaintiff's Complaint until and including December 8, 2023. In support of its application, Defendants state the following:

1. Plaintiff commenced this action against Defendants by filing a complaint in this Court on September 25, 2023 (the "Complaint"). (Doc. 1.)

1

51364002.1

2. On September 26, 2023, counsel for Defendants executed a Waiver of the Service of Summons. (Doc. 5.) Accordingly, Defendants' deadline to answer, move, or otherwise reply to Plaintiff's Complaint is within 60 days thereof, which is November 24, 2023.

3. No previous extension has been obtained by Defendants to respond to the Complaint or otherwise move.

4. Pursuant to L.R. 6.1(b), Defendants respectfully request that this Application for Extension of Time to Answer, Move, or Otherwise Respond is granted and Defendants' time to answer, move, or otherwise respond to Plaintiff's Complaint be extended by 14 days, up to and including December 8, 2023.

*s/ James A. Keller*
James A. Keller, Esq.
Atty. I.D. No. 020991996

**SAUL EWING LLP**
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Phone: (215) 972 – 1964/7160
james.keller@saul.com

*Counsel for Defendants*
*Rowan University*
*and Dr. Jeffrey Greeson*

Dated: November 21, 2023

## **ORDER**

The application of Defendants Rowan University and Dr. Jeffrey Greeson to extend time to answer, move, or otherwise respond to Plaintiff's Complaint is hereby GRANTED. Defendants shall answer, move, or otherwise respond to Plaintiff's Complaint on or before December 8, 2023.

_____
Clerk of Court

DATED:

51364002.1