

February 21, 2024

<u>*Via U.S. Mail and Electronic Filing*</u>
Hon. Matthew J. Skahill, USMJ
Mitchell H. Cohen Building
& U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

Re:   <u>Jane Doe v. Rowan University, et. al</u>
         1:23-cv-20657/Settlement Language

Dear Your Honor:

As Your Honor is aware, this Firm, together with undersigned counsel, represents the Plaintiff in the above-captioned matter. The parties are stuck on some of the settlement language and, for that reason, I am respectfully requesting, please, a conference call with Your Honor at Your Honor's next availability. I am confident that with Your Honor's guidance, the parties will be able to iron out these final issues.

Respectfully submitted,

Bradley R. Flynn, Esq.
For the Montgomery Law Group, PLLC.
Attorneys for the Plaintiff

---

**Montgomery Law**

Pennsylvania
1420 Locust Street, Suite 420
Philadelphia, PA 19102
215-650-7563

New Jersey
Historic Smithville, Suite 1
1 N. New York Road
Galloway NJ, 08205
856-282-5550
*all NJ mail to PA office

Florida
631 US 1, Suite 202
North Palm Beach, FL 33408
561-408-1100

Cc: Mr. JAMES ANDREW KELLER, Esq.
SAUL EWING ARNSTEIN & LEHR LLP
CENTRE SQUARE WEST
1500 MARKET STREET
38TH FLOOR
PHILADELPHIA, PA 19102